Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gluth Bros. Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2791399** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1151 Lake Avenue**<br>**Woodstock, IL**<br>ZIP Code **60098** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**

FORM B1, Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Gluth Bros. Construction, Inc.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                          FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gluth Bros. Construction, Inc.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

**X** **/s/ Robert R. Benjamin** _____
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**June  5, 2007**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Frank Gluth** _____
Signature of Authorized Individual

**Frank Gluth**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June  5, 2007**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gluth Bros. Construction, Inc.**                                  Case No. _____

                                          Debtor(s)                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Community Bank 1290 Lake Ave. PO Box 1720 Woodstock, IL 60098 | American Community Bank 1290 Lake Ave. PO Box 1720 Woodstock, IL 60098 | secured indebtedness | | 1,991,000.00 (959,160.00 secured) |
| CENTRAL BORING INC. 3 G.K. LANE LINCOLNSHIRE, IL 60069 | CENTRAL BORING INC. 3 G.K. LANE LINCOLNSHIRE, IL 60069 | subcontractors and material supply claims | | 81,477.00 |
| CITIBANK P.O.BOX 6200 THE LAKES, NV, NV 88901-6200 | CITIBANK P.O.BOX 6200 THE LAKES, NV, NV 88901-6200 | goods and services | | 83,351.22 |
| FOX VALLEY LABORERS FRINGE BENEFIT FUNDS 75 REMITTANCE DR, Suite 1504 CHICAGO, IL 60675-1504 | FOX VALLEY LABORERS FRINGE BENEFIT FUNDS 75 REMITTANCE DR, Suite 1504 CHICAGO, IL 60675-1504 | union claims | | 61,021.95 |
| Frank Gluth 14217 Davis Road Woodstock, IL 60098 | Frank Gluth 14217 Davis Road Woodstock, IL 60098 | loans from 2002 to present | | 3,622,318.00 |
| GRABER CONCRETE PIPE CO 24 W 121 ARMY TRAIL ROAD BLOOMINGDALE, IL 60108 | GRABER CONCRETE PIPE CO 24 W 121 ARMY TRAIL ROAD BLOOMINGDALE, IL 60108 | goods and services | | 468,057.03 |
| HD SUPPLY WATERWORKS LTD. PO BOX 91036 CHICAGO, IL 60693-1036 | HD SUPPLY WATERWORKS LTD. PO BOX 91036 CHICAGO, IL 60693-1036 | goods and services | | 68,570.59 |
| KASPER TRUCKING, INC. 5441 FOREST HILLS COURT LOVES PARK, IL 61111 | KASPER TRUCKING, INC. 5441 FOREST HILLS COURT LOVES PARK, IL 61111 | goods and services | | 82,149.62 |
| LAFARGE FOX RIVER, INC. 23285 NETWORK PLACE CHICAGO, IL 60673-1232 | LAFARGE FOX RIVER, INC. 23285 NETWORK PLACE CHICAGO, IL 60673-1232 | goods and services | | 34,822.81 |

In re   **Gluth Bros. Construction, Inc.** _____   Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MCHENRY COUNTY COLLECTOR<br>2200 N SEMINARY AVE<br>WOODSTOCK, IL 60098 | MCHENRY COUNTY COLLECTOR<br>2200 N SEMINARY AVE<br>WOODSTOCK, IL 60098 | goods and services | | 29,199.92 |
| MEYER MATERIAL COMPANY<br>1819 N DOT ST<br>PO BOX 511<br>MCHENRY, IL 60051-0511 | MEYER MATERIAL COMPANY<br>1819 N DOT ST<br>PO BOX 511<br>MCHENRY, IL 60051-0511 | goods and services | | 37,033.65 |
| MID AMERICAN WATER<br>1125 N OLD RAND ROAD<br>WAUCONDA, IL 60084 | MID AMERICAN WATER<br>1125 N OLD RAND ROAD<br>WAUCONDA, IL 60084 | goods and services | | 554,489.85 |
| PETROLIANCE LLC<br>739 N STATE ST.<br>ELGIN, IL 60123 | PETROLIANCE LLC<br>739 N STATE ST.<br>ELGIN, IL 60123 | goods and services | | 57,857.91 |
| RAYCRAFT-PITEL SEPTIC INC.<br>PO BOX 193<br>RINGWOOD, IL 60072 | RAYCRAFT-PITEL SEPTIC INC.<br>PO BOX 193<br>RINGWOOD, IL 60072 | goods and services | | 31,045.00 |
| RESOURCE UTILITY SUPPLY<br>2763 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | RESOURCE UTILITY SUPPLY<br>2763 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | goods and services | | 119,049.44 |
| TONYAN BROS. INC<br>5101 ROUTE 31<br>PO BOX 70<br>RINGWOOD, IL 60072-0070 | TONYAN BROS. INC<br>5101 ROUTE 31<br>PO BOX 70<br>RINGWOOD, IL 60072-0070 | goods and services | | 94,994.61 |
| VALLEY AGGREGATES, LTD.<br>1100 BORDEN LANE<br>WOODSTOCK, IL 60098 | VALLEY AGGREGATES, LTD.<br>1100 BORDEN LANE<br>WOODSTOCK, IL 60098 | goods and services | | 33,745.39 |
| VALLEY BLOCK & SUPPLY CO.<br>13N085 COOMBS RD<br>ONE HUNT COURT<br>Elgin, IL 60123 | VALLEY BLOCK & SUPPLY CO.<br>13N085 COOMBS RD<br>ONE HUNT COURT<br>Elgin, IL 60123 | goods and services | | 35,799.77 |
| WELCH BROS. INC.<br>1050 ST. CHARLES ST.<br>ELGIN, IL 60120 | WELCH BROS. INC.<br>1050 ST. CHARLES ST.<br>ELGIN, IL 60120 | goods and services | | 50,731.00 |
| WEST BEND MUTUAL INSURANCE<br>1900 South 18th Ave.<br>West Bend, WI 53095 | WEST BEND MUTUAL INSURANCE<br>1900 South 18th Ave.<br>West Bend, WI 53095 | goods and services | | 37,496.18 |

In re  **Gluth Bros. Construction, Inc.**                                      Case No.  _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **June 5, 2007**                Signature  **/s/ Frank Gluth**
                                                  **Frank Gluth**
                                                  **President**


     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gluth Bros. Construction, Inc.**
_____ ,
Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,214,429.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,103,707.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 38,836.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 6,008,335.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 3,214,429.80 | | |
| Total Liabilities | | | | 8,150,878.70 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gluth Bros. Construction, Inc.**                                   Case No. _____
                                                                       ,
                                   Debtor

Chapter                    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re    **Gluth Bros. Construction, Inc.**                                     ,    Case No. _____
                                                                Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Gluth Bros. Construction, Inc.**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Community Bank checking** | **-** | **0.00** |
| | | **savings/sweep** | **-** | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re  **Gluth Bros. Construction, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **$1,205,668.70 less than 90 days** **$2,040,336.37 more than 90 days** | - | 2,105,269.80 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **2,105,269.80**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Gluth Bros. Construction, Inc.**                                        ,    Case No. _____
                                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Crystal Lake, Oswego, Huntley licenses and permits to work within city limits** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trucks and Trailers (market value)** | - | 119,260.00 |
| | | **PT Cruiser 2004** | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment (market value)** | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **machinery and equipment (market value)** | - | 984,400.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,109,160.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,214,429.80 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Gluth Bros. Construction, Inc.**               ,     Case No. _____

                         Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | secured indebtedness | | | | | |
| **American Community Bank** <br> **1290 Lake Ave.** <br> **PO Box 1720** <br> **Woodstock, IL 60098** | X | - | | | | | | |
| | | | Value $       959,160.00 | | | | 1,991,000.00 | 1,031,840.00 |
| Account No. 17362791399 | | | **2004 Crawler Loader (...006968)** <br> **2004 Crawler Loader (...006859)** | | | | | |
| **John Deere Credit** <br> **PO Box 6600** <br> **Johnston, IA 50131-6600** | | - | | | | | | |
| | | | Value $       150,000.00 | | | | 112,707.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal <br> (Total of this page) | 2,103,707.00 | 1,031,840.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 2,103,707.00 | 1,031,840.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                      Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Gluth Bros. Construction, Inc.** _____ ,    Case No. _____

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | first quarter 2007 | | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY P.O. BOX  80341 CHICAGO, IL 60680-3412 | | - | | | | | | 0.00 | |
| | | | | | | | 26,066.21 | | 26,066.21 |
| Account No. | | | May 2007 | | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE RETAILERS OCCUPATION TAX SPRINGFIELD, IL 62796-0001 | | - | | | | | | 0.00 | |
| | | | | | | | 285.35 | | 285.35 |
| Account No. | | | stormwater EPA permit June 2007 | | | | | | |
| ILLINOIS EPA FISCAL SERVICES CASH RECEIPTS #2 P.O. BOX 19276 SPRINGFIELD, IL 62794-9276 | | - | | | | | | 0.00 | |
| | | | | | | | 500.00 | | 500.00 |
| Account No. | | | week ending 05/26/07  payroll taxes | | | | | | |
| INTERNAL REVENUE SERVICE PO BOX 105421 ATLANTA, GA 30348-5421 | | - | | | | | | 0.00 | |
| | | | | | | | 11,190.65 | | 11,190.65 |
| Account No. | | | week ending 05/26/07  payroll taxes | | | | | | |
| WISCONSIN DEPT.OR REVENUE BOX 93931 MILWAUKEE, WI 53293-0931 | | - | | | | | | 0.00 | |
| | | | | | | | 794.00 | | 794.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 38,836.21 | 38,836.21 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 38,836.21 | 38,836.21 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re  **Gluth Bros. Construction, Inc.**                                                    ,     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | goods and services | | | | |
| AMERIGLASS & MIRROR 2300 S EASTWOOD DR WOODSTOCK, IL 60098-4615 | | | | | | | | | 206.29 |
| Account No. | | - | | | goods and services | | | | |
| ANTIOCH TIRE INC PO BOX 5948 CAROL STREAM, IL 60197-5948 | | | | | | | | | 2,519.32 |
| Account No. | | - | | | goods and services | | | | |
| ARATEX SERVICES,INC. P.O.BOX 7177 ROCKFORD, IL 61126-7177 | | | | | | | | | 187.75 |
| Account No. 33545 | | - | | | goods and services | | | | |
| Arthur J. Lootens & Son, Inc. 0S551 Joliet Road West Chicago, IL 60185 | | | | | | | | | 315.00 |

|  | Subtotal (Total of this page) | 3,228.36 |
|---|---|---|

__33__  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:33609-070521    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                              ,                    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Subcontractor and material supply claims | | | | |
| ASSOCIATED ELECTRICAL CONTRACTORS PO BOX 39 WOODSTOCK, IL 60098 | | | | | | | | 7,473.38 |
| Account No. | | - | | union claims | | | | |
| ASSOCIATED PENSION SERVICES 601 CAMPUS DRIVE SUITE B4 ARLINGTON HGTS, IL 60004 | | | | | | | | 625.00 |
| Account No. | | - | | utility | | | | |
| AT&T PO BOX 8100 AURORA, IL 60507-8100 | | | | | | | | 403.00 |
| Account No. | | - | | goods and services for phone | | | | |
| AVAYA P.O.BOX 5332 NEW YORK, NY 10087-5332 | | | | | | | | 85.98 |
| Account No. | | - | | goods and services | | | | |
| BETH & RUDNICKI INSURANCE AGENCY 5411 E. STATE ST, SUITE 204 ROCKFORD, IL | | | | | | | | 125.00 |

Sheet no. __1___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,712.36

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | goods and service | | | | |
| **BOHN'S ACE HARDWARE, INC.** **P.O. BOX 545** **WOODSTOCK, IL 60098** | - | | | | | | 1,322.04 |
| Account No. | | | goods and services | | | | |
| **BOTTS WELDING & TRUCK SERVICE** **PO BOX 430** **335 N. EASTWOOD** **WOODSTOCK, IL 60098** | - | | | | | | 9,860.46 |
| Account No. | | | goods and services | | | | |
| **BUILDING AND PUBLIC WORKS** **MILWAUKEE, WI 53293-0931** | - | | | | | | 63.44 |
| Account No. | | | goods and services | | | | |
| **CARQUEST AUTO PARTS** **1055 WANDA LANE** **WOODSTOCK, IL 60098** | - | | | | | | 871.59 |
| Account No. | | | goods and services | | | | |
| **CENTEGRA HEALTH SYSTEM** **PO BOX 5995** **PEORIA, IL 61601-5995** | - | | | | | | 543.84 |

Sheet no. __2___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,661.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                      ,      Case No. _____

                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | goods and services | | | | |
| **CENTEGRA OCCUPATIONAL MEDICINE PO BOX 755 MCHENRY, IL 60051** | - | | | | | | 130.00 |
| Account No. | | | subcontractors and material supply claims | | | | |
| **CENTRAL BORING INC. 3 G.K. LANE LINCOLNSHIRE, IL 60069** | - | | | | | | 81,477.00 |
| Account No. | | | union claims | | | | |
| **Central Laborers Pension Fund PO Box 1267 Jacksonville, IL 62651** | - | | | | | | 831.48 |
| Account No. | | | goods and services | | | | |
| **CENTRAL PIPE SALES LLC P.O. BOX 2404 JOLIET, IL 60434** | - | | | | | | 6,064.50 |
| Account No. | | | goods and services | | | | |
| **CHICAGO INTERNATIONAL TRUCK 94360 EAGLE WAY CHICAGO, IL 60678-9430** | - | | | | | | 764.11 |

Sheet no. __3___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **89,267.09**

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | union claims | | | | |
| **CHICAGO LABORERS PENSION AND WELFARE FUND 33367 TREASURY CENTER CHICAGO, IL 60694-3300** | - | | | | | | | **10,181.76** |
| Account No. | | | | goods and services | | | | |
| **Chicagoland Construction Safety Counsel 36990 N GREENBAY RD Waukegan, IL 60087** | - | | | | | | | **0.64** |
| Account No. | | | | goods and services | | | | |
| **CITIBANK P.O.BOX 6200 THE LAKES, NV, NV 88901-6200** | - | | | | | | | **83,351.22** |
| Account No. | | | | benficiary of LOC No. 05-095 | | | | |
| **City of Crystal Lake 100 W. Municipal Complex Crystal Lake, IL 60014** | - | | | | X | X | | **8,953.55** |
| Account No. | | | | goods and services for permit | | | | |
| **CITY OF ELGIN 150 DEXTER COURT ELGIN, IL 60120** | - | | | | | | | **180.00** |

Sheet no. __4___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **102,667.17**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                      ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**COMED** <br>**BILL PAYMENT CENTER** <br>**CHICAGO, IL 60668-0001** | - | | utility | | | | 467.55 |
| Account No. <br><br>**COMED** <br>**CLAIMS DEPARTMEN** <br>**THREE LINCOLN CENTRE** <br>**OAKBROOK TERRAC, IL 60181-4260** | - | | utility | | | | 8,364.49 |
| Account No. <br><br>**CONSERV FS INC.** <br>**BILL WICKERSHEIM** <br>**PO BOX 1550** <br>**WOODSTOCK, IL 60098** | - | | goods and services | | | | 5,402.31 |
| Account No. <br><br>**CONSOLIDATED ELECTRICAL** <br>**CED/CONSOLIDATED ELECTRIC** <br>**171 ERICK STREET, UNIT U1** <br>**CRYSTAL LAKE, IL 60014** | - | | goods and services | | | | 4,494.00 |
| Account No. **4137077** <br><br>**Consolidated Electrical** <br>**c/o Biehl & Biehl** <br>**325 E. Fullerton Ave.** <br>**Carol Stream, IL 60188** | - | | See Consolidate Electrical Above | | | | 0.00 |

Sheet no. __5__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,728.35

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Gluth Bros. Construction, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | subcontractors and material supply claims | | | | |
| CONTRACT DEWATERING SERVICE, INC. 5820 W RIVERSIDE DR PO BOX 1 SARANAC, MI 48881-0001 | - | | | | | | 8,850.00 |
| Account No. | | | goods and services | | | | |
| CORAL LAKE SAND & GRAVEL 400 EAST TERRA COTTA AVE CRYSTAL LAKE, IL 60014 | - | | | | | | 14,234.09 |
| Account No. | | | goods and services | | | | |
| COUNTRYSIDE FLOWERS 5301 S.TERRA COTTA AVE CRYSTAL LAKE, IL 60014 | - | | | | | | 67.25 |
| Account No. | | | goods and services | | | | |
| CURRAN CONTRACTIING COMPANY INC. 7502 SOUTH MAIN ST CRYSTAL LAKE, IL 60014 | - | | | | | | 1,356.20 |
| Account No. | | | goods and services | | | | |
| DAYTON BAG & BURLAP PO BOX 710233 CINCINNATI, OH 45271 | - | | | | | | 659.00 |

Sheet no. __6___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,166.54

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.**                                ,    Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | goods and services | | | | |
| DREISILKER ELECTRIC MOTOR 36249 Treasury Center Chicago, IL 60694-6200 | - | | | | | | | 80.00 |
| Account No. | | | | goods and services | | | | |
| EAST JORDAN IRONWORKS, INC. DEPARTMENT 59601 PO BOX 67000 DETROIT, MI 48267 | - | | | | | | | 11,002.43 |
| Account No. | | | | goods and services | | | | |
| EDS' RENTAL & SALES, INC. 904 N FRONT ST 71,300.00 MCHENRY, IL 60050 | - | | | | | | | 33.60 |
| Account No. | | | | goods and services | | | | |
| EJ EQUIPMENT, INC. P.O.BOX 665 MANTENO, IL 60950 | - | | | | | | | 1,378.19 |
| Account No. | | | | goods and services | | | | |
| FALK METZ LLC TWO FIRST NATIONAL PLAZA 20 S CLARK ST, STE 1900 CHICAGO, IL 60603 | - | | | | | | | 4,285.06 |

Sheet no. __7___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,779.28**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.**                                    ,   Case No. _____

                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| **FASTENAL** **P.O.BOX 978** **WINONA, MN 55987-0978** | - | | | | | | | 540.92 |
| Account No. | | | | goods and services | | | | |
| **FGMK, LLC** **2801 LAKESIDE DR - THIRD FLOOR** **BANNOCKBURN, IL 60015** | - | | | | | | | 894.00 |
| Account No. | | | | goods and services | | | | |
| **FILTER RENU OF ILLINOIS INC.** **375 SOUTH LOCUST ST** **MANTENO, IL 60950-3150** | - | | | | | | | 617.71 |
| Account No. | | | | goods and services | | | | |
| **FIRE & SAFETY EQ. OF ROCKFORD** **2420 Harrison Ave.** **PO Box 5646** **Rockford, IL 61125-0646** | - | | | | | | | 54.50 |
| Account No. | | | | Accounting Services | | | | |
| **Fleming and Co.** **4123 W. Shamrock Lane** **Mchenry, IL 60050** | - | | | | | | | 1,530.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,637.13

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**FORRER SUPPLY CO., INC.**<br>**W194N11811 MCCORMICK DR**<br>**PO BOX 220**<br>**GERMANTOWN, WI 53022** | - | | | goods and services | | | | 1,491.00 |
| Account No.<br><br>**FOX VALLEY LABORERS FRINGE**<br>**BENEFIT FUNDS**<br>**75 REMITTANCE DR, Suite 1504**<br>**CHICAGO, IL 60675-1504** | - | | | union claims | | | | 61,021.95 |
| Account No. **SG1**<br><br>**Foxcroft Meadows, Inc.**<br>**5402 Edgewood Road**<br>**Crystal Lake, IL 60012** | - | | | goods and services | | | | 779.49 |
| Account No.<br><br>**Frank Gluth**<br>**14217 Davis Road**<br>**Woodstock, IL 60098** | - | | | loans from 2002 to present | | | | 3,622,318.00 |
| Account No.<br><br>**GARY SCHAUER EXCAVATING INC**<br>**13201 DAVIS RD**<br>**WOODSTOCK, IL 60098** | - | | | goods and services | | | | 2,897.50 |

Sheet no. __9___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,688,507.94**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | goods and services | | | | |
| GAVERS ASPHALT PAVING & EXC. 1100 BORDEN LANE WOODSTOCK, IL 60098 | - | | | | | | 4,608.29 |
| Account No. | | | goods and services | | | | |
| GESKE & SONS, INC. 400 EAST TERRA COTTA AVE CRYSTAL LAKE, IL 60014 | - | | | | | | 7,165.85 |
| Account No. | | | goods and services | | | | |
| GRABER CONCRETE PIPE CO 24 W 121 ARMY TRAIL ROAD BLOOMINGDALE, IL 60108 | - | | | | | | 468,057.03 |
| Account No. | | | goods and services | | | | |
| GREAT LAKES AIRGAS, INC. PO BOX 2395 WATERLOO, IA 50704 | - | | | | | | 904.24 |
| Account No. | | | goods and services | | | | |
| GROVE ELECTRIC,INC. 155 S.SAYTON RD FOX LAKE, IL 60020 | - | | | | | | 665.63 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

481,401.04

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | goods and services | | | | |
| **HD SUPPLY WATERWORKS LTD. PO BOX 91036 CHICAGO, IL 60693-1036** | - | | | | | | | 68,570.59 |
| Account No. | | | See HD Supply Waterworks above | | | | |
| **HD Supply Waterworks, Ltd. c/o Howard M. Bain -- ES&B 440 Central Ave. Highland Park, IL 60035** | - | | | | | | | 0.00 |
| Account No. | | | goods and services | | | | |
| **HERITAGE CRYSTAL CLEAN P O BOX 68123 INDIANAPOLIS, IN 46268** | - | | | | | | | 734.54 |
| Account No. | | | goods and services | | | | |
| **HICKSGAS WOODSTOCK 1023 LAKE AVE WOODSTOCK, IL, 0 60098** | - | | | | | | | 152.00 |
| Account No. | | | goods and services | | | | |
| **HOWELL TRACTOR & EQUPMENT, LLC 3333 PAYSPHERE CIRCLE CHICAGO, IL 60674** | - | | | | | | | 5,877.82 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,334.95

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Gluth Bros. Construction, Inc._____,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | goods and services | | | | |
| **HSBC BUSINESS SOLUTIONS PO BOX 5219 6004-3005-8029-2917 CAROL STREAM, IL 60197-5219** | - | | | | | | 333.75 |
| Account No. | | | union claims | | | | |
| **I.U.O.E. LOCAL 150 ADMIN DUES P.O. BOX 94427 CHICAGO, IL 60690-4427** | - | | | | | | 1,405.20 |
| Account No. | | | permits and licenses | | | | |
| **ILL. DEPT. OF TRANSPORTATION ROOM 117 ADMINS. BUILDING 2300 S. DIRKSEN PARKWAY SPRINGFIELD, IL 62764** | - | | | | | | 654.08 |
| Account No. | | | goods and services | | | | |
| **INTERSTATE BATTERY SYSTEM 333 W STATE RD - UNIT D ISLAND LAKE, IL 60042-9704** | - | | | | | | 2,117.23 |
| Account No. | | | goods and services | | | | |
| **IROQUOIS PRODUCTS 2220 WEST 56TH ST CHICAGO, IL 60636-1099** | - | | | | | | 154.26 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,664.52

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                    , Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | subcontractors and material supply claims | | | | |
| **ITT FLYGT** **8402 W. 183RD ST** **TINLEY PARK, IL 60487** | - | | | | | | | **11,623.39** |
| Account No. | | | | worker's compensation | | | | |
| **Jeffrey Chiappetta** **9012 Ramble Road** **Wonder Lake, IL 60097** | - | | | | | | X | **Unknown** |
| Account No. | | | | goods and services | | | | |
| **JENSEN'S PLUMBING & HEATING, INC.** **670 E.CALHOUN ST.** **WOODSTOCK, IL 60098** | - | | | | | | | **579.18** |
| Account No. | | | | goods and services | | | | |
| **JOS. D. FOREMAN & COMPANY** **28102 INDUSTRIAL DR** **BARRINGTON, IL 60010** | - | | | | | | | **1,131.43** |
| Account No. **07 L 160** | | | | Kasper Trucking v. Gluth Brothers breach of contract | | | | |
| **Kasper Trucking** **c/o Timothy A. Miller #3543** **PO Box 4749** **Rockford, IL 61110-4749** | - | | | | | | | **0.00** |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,334.00**

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.** _____,    Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| KASPER TRUCKING, INC. 5441 FOREST HILLS COURT LOVES PARK, IL 61111 | - | | | | | | | 82,149.62 |
| Account No. | | | | goods and services | | | | |
| KIMBALL MIDWEST DEPT L - 2780 COLUMBUS, OH 43260-2780 | - | | | | | | | 141.58 |
| Account No. | | | | union claims | | | | |
| LABORERS WORK DUES FUND DEPARTMENT 4334 CAROL STREAM, IL 60122-4334 | - | | | | | | | 2,051.21 |
| Account No. | | | | goods and services | | | | |
| LAFARGE FOX RIVER, INC. 23285 NETWORK PLACE CHICAGO, IL 60673-1232 | - | | | | | | | 34,822.81 |
| Account No. | | | | goods and services | | | | |
| LAKE AUTO SUPPLY, INC. PO BOX 535 CRYSTAL LAKE, IL 60039-0535 | - | | | | | | | 1,686.49 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **120,851.71**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                    ,   Case No. _____
                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| LANDSCAPING & CONSTRUCTION SOLUTIONS 2233 PALMER DR, SUITE B SCHAUMBURG, IL 60173 | - | | | | | | | 755.00 |
| Account No. | | | | goods and services | | | | |
| LEACH ENTERPRISES 4304 RT. 176 CRYSTAL LAKE, IL 60014 | - | | | | | | | 107.84 |
| Account No. | | | | goods and services | | | | |
| LEE JENSEN SALES, INC. 101 W TERRA COTTA AVE CRYSTAL LAKE, IL 60014-3507 | - | | | | | | | 15,006.99 |
| Account No. | | | | union claims | | | | |
| Local 150IUOE Vacation Savings Plan c/o M.O.E.Fringe Benefit Funds PO Box 74632 Chicago, IL 60675-4632 | - | | | | | | | 4,979.90 |
| Account No. | | | | union claims | | | | |
| LOCAL 301 CONSTRUCTION INDUSTRY 36990 N GREENBAY RD WAUKEGAN, IL 60087 | - | | | | | | | 0.64 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,850.37

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                      ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | union claims | | | | |
| **LOCAL 301 PENSION FUND & SEVERANCE 36990 N GREENBAY RD WAUKEGAN, IL 60087** | | - | | | | | | | 400.00 |
| Account No. | | | | | union claims | | | | |
| **LOCAL 301 HEALTH & WELFATE LOCAL UNION NO. 301 I.B. 36990 N GREENBAY RD WAUKEGAN, IL 60087** | | - | | | | | | | 416.00 |
| Account No. | | | | | union claims | | | | |
| **M.O.E.CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND P.O. BOX 74632 CHICAGO, IL 60675-4632** | | - | | | | | | | 471.78 |
| Account No. | | | | | union claims | | | | |
| **MARBA INDUSTRY ADVANCEMENT FUND 36990 N GREENBAY RD WAUKEGAN, IL 60087** | | - | | | | | | | 3.84 |
| Account No. | | | | | good and services | | | | |
| **MARENGO DISPOSAL CO. BOX 673043 183,934.00 MILWAUKEE, WI 53267-3043** | | - | | | | | | | 90.00 |

Sheet no. __**16**__ of __**33**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,381.62

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.**                                    ,        Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07 M1 147436**<br><br>**Material Service Corporation**<br>**c/o Gould & Ratner/Howard Turner**<br>**222 N. LaSalle St.,**<br>**Chicago, IL 60601** | - | | See Material Service Corporation | | X | | 5,664.66 |
| Account No.<br><br>**MATERIAL SERVICE CORPORATION**<br>**181 WEST MADISON ST**<br>**SUITE 1800**<br>**CHICAGO, IL 60602-4693** | - | | goods and services | | | | 5,220.04 |
| Account No.<br><br>**MCHENRY ANALYTIC WATER LAB**<br>**4314-A CRYSTAL LAKE RD**<br>**MCHENRY, IL 60050** | - | | goods and services | | | | 918.00 |
| Account No.<br><br>**MCHENRY COUNTY COLLECTOR**<br>**2200 N SEMINARY AVE**<br>**WOODSTOCK, IL 60098** | - | | goods and services | | | | 29,199.92 |
| Account No.<br><br>**MCMASTER CARR**<br>**P.O.BOX 7690**<br>**CHICAGO, IL 60680-7690** | - | | goods and services | | | | 404.62 |

Sheet no. __**17**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,407.24

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**METRO UNDERGROUND, INC. SERVICES, INC.<br>901 RIDGEWAY AVE<br>AURORA, IL 60506** | - | | subcontractors and material supply claims | | | | 137.00 |
| Account No.<br><br>**METROPOLITAN INDUSTRIES,<br>37 FORESTWOOD DR<br>ROMEOVILLE, IL 60446-1343** | - | | subcontractors and material supply claims | | | | 2,701.00 |
| Account No.<br><br>**MEYER MATERIAL COMPANY<br>1819 N DOT ST<br>PO BOX 511<br>MCHENRY, IL 60051-0511** | - | | goods and services | | | | 37,033.65 |
| Account No.<br><br>**MID AMERICAN WATER<br>1125 N OLD RAND ROAD<br>WAUCONDA, IL 60084** | - | | goods and services | | | | 554,489.85 |
| Account No.<br><br>**MID AMERICAN WATER AURORA<br>1500 EAST MOUNTAIN<br>AURORA, IL 60505** | - | | goods and services | | | | 16,560.60 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

610,922.10

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| MIDWEST HOSE & FITTINGS INC. 1840 INDUSTRIAL DR UNIT 300 LIBERTYVILLE, IL 60048 | - | | | | | | | 2,973.76 |
| Account No. | | | | union claims | | | | |
| Midwest Operaing Engineers Welfare Fund c/o M.O.E.Fringe Benefit Funds PO Box 74632 Chicago, IL 60675-4632 | - | | | | | | | 17,953.85 |
| Account No. | | | | union claims | | | | |
| Midwest Operating Engineers Pension Fund c/o M.O.E.Fringe Benefit Funds PO Box 74632 Chicago, IL 60675-4632 | - | | | | | | | 14,677.60 |
| Account No. | | | | subcontractors and material supply claims | | | | |
| MORSE ELECTRIC INC. 500 W SOUTH ST FREEPORT, IL 61032 | - | | | | | | | 5,960.00 |
| Account No. | | | | goods and services | | | | |
| NAFISCO, INC. 4152 WARREN AVE HILLSIDE, IL 60162 | - | | | | | | | 4,663.16 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    46,228.37

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                    ,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | goods and services | | | | |
| NATIONAL PLUMBING & HEATING P.O.BOX 475 CRYSTAL LAKE, IL 60014 | - | | | | | | 22.98 |
| Account No. | | | union claims | | | | |
| NCILHWE PO BOX 9090 PEORIA, IL 61612-9090 | - | | | | | | 1,979.13 |
| Account No. | | | goods and services | | | | |
| NEENAH FOUNDRY COMPANY BOX 729 NEENAH, WI 54957 | - | | | | | | 5,652.82 |
| Account No. | | | utility | | | | |
| NICOR GAS PO BOX 416 AURORA, IL 60568-0001 | - | | | | | | 0.00 |
| Account No. | | | utility | | | | |
| NICOR GAS CLAIMS DEPT PO BOX 585 AURORA, IL 60507-0585 | - | | | | | | 0.00 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,654.93

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| NRA INSTITUTE P.O.BOX 1730 WASHINGTON, D.C. 20077-4621 | - | | | | | | | 0.00 |
| Account No. | | | | job bond | | | | |
| OLD REPUBLIC SURETY GROUP PO BOX 1635 MILWAUKEE, WI 53201 | - | | | | | | | 0.00 |
| Account No. | | | | union claims | | | | |
| OPERATING ENGINEERS LOCAL APPRENTICESHIP FUND 0, 0 | - | | | | | | | 1,834.70 |
| Account No. | | | | goods and services | | | | |
| OPTIONS 4 HEALTH 1110 E.GRANT HIGHWAY MARENGO, IL 60152 | - | | | | | | | 540.00 |
| Account No. | | | | goods and services | | | | |
| P.O. KNUTH'S, INC. 110 S. JOHNSON WOODSTOCK SQUARE MALL WOODSTOCK, IL 60098 | - | | | | | | | 22.22 |

Sheet no. __21__ of __33__ sheets attached to Schedule of                          Subtotal                2,396.92
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Official Form 6F (10/06) - Cont.

In re __**Gluth Bros. Construction, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PARTNERS IN MAINTENANCE**<br>**PO BOX 874**<br>**FREEPORT, IL 61032** | - | | goods and services | | | | 961.46 |
| Account No.<br><br>**PATTEN TRACTOR & EQUIPMENT**<br>**635 WEST LAKE ST**<br>**ELMHURST, IL 60126** | - | | goods and services | | | | 6,479.80 |
| Account No.<br><br>**PERFORMANCE DIESEL INC.**<br>**P.O. BOX 490**<br>**WOODSTOCK, IL 60098** | - | | goods and services | | | | 6,330.00 |
| Account No.<br><br>**PERMIT OFFICE LAKE COUNTY**<br>**DIVISION**<br>**OF TRANSPORTATION**<br>**600 W WINCHESTER RD**<br>**LIBERTYVILLE, IL 60048** | - | | permits and licenses | | | | 0.00 |
| Account No.<br><br>**PETROLIANCE LLC**<br>**739 N STATE ST.**<br>**ELGIN, IL 60123** | - | | goods and services | | | | 57,857.91 |

Sheet no. __**22**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     71,629.17

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| **PHIL'S EQUIPMENT & REPAIR** **P.O.BOX 173** **GILBERTS, IL 60136** | - | | | | | | | 4,689.27 |
| Account No. | | | | goods and services | | | | |
| **POMP'S TIRE SERVICE, INC.** **P.O.BOX 1630** **GREEN BAY, WI 54305-1630** | - | | | | | | | 138.82 |
| Account No. | | | | | X | X | X | |
| **Powers Auction and Eqiupment Sales** **1017 Trakk Lane** **Woodstock, IL 60098** | - | | | | | | | 0.00 |
| Account No. | | | | goods and services | | | | |
| **PRAIRIE MATERIAL** **7601 WEST 79TH ST** **BRIDGEVIEW, IL 60455** | - | | | | | | | 11,482.08 |
| Account No. | | | | goods and services | | | | |
| **PREMIER DIAMOND** **3998 FAU BLVD ST E 104 BLD** **BOCA RATON, FL 33431** | - | | | | | | | 0.00 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     16,310.17

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**QUILL CORPORATION<br>P.O. BOX 94081<br>PALATINE, IL 60094-4081** | - | | goods and services | | | | 557.46 |
| Account No.<br><br>**R & J CONSTRUCTION SUPPLY<br>11902 NORTH ST<br>HUNTLEY, IL 60142** | - | | goods and services | | | | 0.00 |
| Account No.<br><br>**R H DONNELLY<br>8519 INNOVATION WAY<br>CHICAGO, IL 60682-0085** | - | | goods and services | | | | 115.00 |
| Account No.<br><br>**R.A. ADAMS ENTERPRISES, INC.<br>260 W RT 120<br>MCHENRY, IL 60051** | - | | goods and services | | | | 0.00 |
| Account No.<br><br>**RAYCRAFT-PITEL SEPTIC INC.<br>PO BOX 193<br>RINGWOOD, IL 60072** | - | | goods and services | | | | 31,045.00 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,717.46**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**REICHERT CHEVROLET**<br>**2145 S. EASTWOOD DR**<br>**WOODSTOCK, IL 60098** | - | | goods and services | | | | 443.08 |
| Account No.<br><br>**RELIABLE OFFICE SUPPLIES**<br>**8001 INNOVATION WAY**<br>**CHICAGO, IL 60682-0080** | - | | goods and services | | | | 0.00 |
| Account No.<br><br>**REMKE'S GARAGE**<br>**8122 S.GRANT HIGHWAY**<br>**MARENGO, IL 60152** | - | | goods and services | | | | 22,269.99 |
| Account No.<br><br>**RESOURCE UTILITY SUPPLY**<br>**2763 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | - | | goods and services | | | | 119,049.44 |
| Account No.<br><br>**RIEKE SEPTIC SERVICE**<br>**PO BOX 188**<br>**DUNDEE, IL 60118** | - | | goods and services | | | | 1,320.00 |

Sheet no. __25__ of __33__ sheets attached to Schedule of                                    Subtotal                        143,082.51
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.** _____,   Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert J. Nelson** <br> **3750 E. Solon Road** <br> **Solon Mills, IL 60071** | - | | **worker's comp claim** <br> **WCA 0657584** <br> **10/1/03** | | X | X | 0.00 |
| Account No. <br><br> **ROCKFORD INDUSTRIAL WELDING** <br> **P.O.BOX 5404** <br> **ROCKFORD,IL, 0 61125-0404** | - | | **goods and services** | | | | 196.50 |
| Account No. <br><br> **ROCKFORD RIGGING, INC.** <br> **5401 MAIN SAIL** <br> **ROSCOE, IL 61073** | - | | **goods and services** | | | | 4,105.41 |
| Account No. <br><br> **ROLAND MACHINERY COMPANY** <br> **816 NORTH DIRKSEN PARKWAY** <br> **P.O. BOX 2879** <br> **SPRINGFIELD, IL 62708** | - | | **goods and services** | | | | 16,573.31 |
| Account No. <br><br> **RP SERVICES** <br> **P.O.BOX 1165** <br> **BELVIDERE, IL 61008** | - | | **goods and services** | | | | 13,420.00 |

Sheet no. __26__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **34,295.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| **SAFETY ALLIANCE, LTD.** **223 HEATH CT** **BARRINGTON, IL 60010** | - | | | | | | | 1,450.00 |
| Account No. | | | | goods and services | | | | |
| **SANITARY PLUMBING & HEATING CO** **14703 HONEYSUCKLE LN** **WOODSTOCK, IL 60098** | - | | | | | | | 95.84 |
| Account No. | | | | goods and services | | | | |
| **SCHULHOF COMPANY** **4243 N. HONORE** **CHICAGO, IL 60613-1003** | - | | | | | | X | 1,500.00 |
| Account No. | | | | goods and services | | | | |
| **SMITH ENGINEERING CONSULTING** **4500 PRIME PARKWAY** **MCHENRY, IL 60050** | - | | | | | | | 5,023.72 |
| Account No. | | | | goods and services | | | | |
| **SPRING LAKE SAND & GRAVEL** **P.O.BOX 127** **SPRING GROVE, IL 60081-0127** | - | | | | | | | 5,936.02 |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,005.58**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.** _____,  Case No. _____

                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | utility | | | | |
| SPRINT PO BOX 4181 CAROL STREAM, IL 60197-4181 | - | | | | | | | 1,482.64 |
| Account No. | | | | goods and services | | | | |
| STAN'S OFFICE MACHINES 1375 S. EASTWOOD DR WOODSTOCK, IL 60098 | - | | | | | | | 578.49 |
| Account No. | | | | goods and services | | | | |
| Stan's Office Technologies 1375 S. Eastwood Drive PO Box 1249 Woodstock, IL 60098 | - | | | | | | | 578.49 |
| Account No. | | | | goods and services | | | | |
| SUNSOURCE NW 7809 PO BOX 1450 MINNEAPOLIS, MN 55485-7809 | - | | | | | | | 117.46 |
| Account No. | | | | union claims | | | | |
| TEAMSTERS JOINT COUNCIL TRAINING FUND 36990 N GREENBAY RD WAUKEGAN, IL 60087 | - | | | | | | | 6.40 |

Sheet no. __28__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           2,763.48

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Gluth Bros. Construction, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **THELEN SAND & GRAVEL** <br> **PO BOX 730** <br> **SPRING GROVE, IL 60081-0730** | - | | goods and services | | | | 428.39 |
| Account No. <br><br> **TONYAN BROS. INC** <br> **5101 ROUTE 31** <br> **PO BOX 70** <br> **RINGWOOD, IL 60072-0070** | - | | goods and services | | | | 94,994.61 |
| Account No. **07 LA 179** <br><br> **Tonyan Bros. Inc.** <br> **c/o Donald C. Stinespring & Assts.** <br> **5414 Hill Road/ Po Box 382** <br> **Richmond, IL 60071** | - | | See Tonyan Bros. above | | | | 0.00 |
| Account No. <br><br> **UNICARE HEALTH INSURANCE** <br> **PO BOX 0797** <br> **CAROL STREAM, IL 60132-0797** | - | | goods and services | | | | 1,302.94 |
| Account No. <br><br> **UNITED PARCEL SERVICE** <br> **LOCKBOX 577** <br> **CAROL STREAM, IL 60132-0577** | - | | goods and services | | | | 12.10 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **96,738.04**

Official Form 6F (10/06) - Cont.

In re    **Gluth Bros. Construction, Inc.**                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UNITED STRUCTURAL SYSTEMS CHICAGO INC** <br> **21988 PEPPER RD** <br> **BARRINGTON, IL 60010** | - | | | subcontractors and material supply claims | | | | 2,631.00 |
| Account No. <br><br> **UNIVERSAL PIPE & SUPPLY,** <br> **P.O. BOX 2404** <br> **JOLIET, IL 60434** | - | | | goods and services | | | | 3,408.00 |
| Account No. <br><br> **VALLEY AGGREGATES, LTD.** <br> **1100 BORDEN LANE** <br> **WOODSTOCK, IL 60098** | - | | | goods and services | | | | 33,745.39 |
| Account No. <br><br> **VALLEY BLOCK & SUPPLY CO.** <br> **13N085 COOMBS RD** <br> **ONE HUNT COURT** <br> **Elgin, IL 60123** | - | | | goods and services | | | | 35,799.77 |
| Account No. <br><br> **VERMEER MIDWEST/VERMEER, IL** <br> **2801 BEVERLY DR** <br> **AURORA, IL 60504** | - | | | goods and services | | | | 3,000.00 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,584.16

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | permits and licenses | | | | |
| VILLAGE OF CARPENTERSVILLE 1200 L.W. BESINGER DR CARPENTERSVILLE, IL 60110 | - | | | | | | | 100.00 |
| Account No. | | | | permits and licenses | | | | |
| VILLAGE OF OSWEGO 113 MAIN STREET OSWEGO, IL 60543 | - | | | | | | | 100.00 |
| Account No. | | | | subcontractors and material supply claims | | | | |
| VISU SEWER CLEAN AND SEAL W230 N4855 BETKER DR PEWAUKEE   WI, 0 53072 | - | | | | | | | 2,272.20 |
| Account No. | | | | interest on goods and services | | | | |
| VULCAN MATERIALS COMPANY 75 REMITTANCE DR, STE 3 CHICAGO, IL 60675-3155 | - | | | | | | X | 1,000.00 |
| Account No. | | | | goods and services | | | | |
| WATER PRODUCTS COMPANY 4379 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | | 19,871.40 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,343.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Gluth Bros. Construction, Inc.**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | goods and services | | | | |
| **WELCH BROS. INC.** **1050 ST. CHARLES ST.** **ELGIN, IL 60120** | - | | | | | | | 50,731.00 |
| Account No. | | | | goods and services | | | | |
| **WEST BEND MUTUAL INSURANCE** **1900 South 18th Ave.** **West Bend, WI 53095** | - | | | | | | | 37,496.18 |
| Account No. | | | | goods and services | | | | |
| **WEST SIDE EXCHANGE** **DEPT 4570** **PO BOX 87618** **CHICAGO, IL 60680-0618** | - | | | | | | | 6,186.31 |
| Account No. | | | | subcontractors and material supply claims | | | | |
| **WILLIAM RUTH CO., INC.** **13417 ERNESTI RD** **HUNTLEY, IL 60142** | - | | | | | | | 750.00 |
| Account No. | | | | union claims | | | | |
| **WISCONSIN LABORERS FRINGE BENEFIT FUNDS** **BOX 684001** **MILWAUKEE, WI 53268-4001** | - | | | | | | | 1,095.12 |

Sheet no. __32__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,258.61

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Gluth Bros. Construction, Inc.**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WOODSTOCK AUTO BODY INC.** <br> **1295 S EASTWOOD DR** <br> **WOODSTOCK, IL 60098** | - | | | goods and services | | | | 2,302.33 |
| Account No. <br><br> **WOODSTOCK FORD & MERCURY** <br> **1460 S. EASTWOOD DR** <br> **WOODSTOCK, IL, 0 60098** | - | | | goods and services | | | | 126.78 |
| Account No. <br><br> **WOODSTOCK LUMBER CO., INC.** <br> **1101 LAKE AVENUE** <br> **WOODSTOCK, IL 60098** | - | | | goods and services | | | | 725.02 |
| Account No. <br><br> **ZIBELL WATER SERVICE PRODUCTS** <br> **2001 PRATT BLVD.** <br> **ELK GROVE VLGE, IL 60007** | - | | | goods and services | | | | 670.00 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 3,824.13 |
| Total <br> (Report on Summary of Schedules) | | 6,008,335.49 |

Form B6G
(10/05)

In re   **Gluth Bros. Construction, Inc.** _____,   Case No. _____
                                                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Contracts and work in progress** | **Proprietary contracts with EBCO, Bryn Mawr of Crystal Lake LLC, Plaza Excavating Contractors, Verseman Development Co. Reiche Construction, Inc. , Pulte/Del Webb, Wynwood Builders, The Ryland Group, Kimball Hill Homes,  DRH Cambridge Homes Inc, Platford Corporation, Gary Jensen, The Bruce Company of WIS, Inc, EBM Properties & Development, Inc., DCS Midwest, The Dobbins Group, Reiche Construction, Inc.** |
| **Frank Gluth**<br>**14217 Davis Road**<br>**Woodstock, IL 60098** | **non-residential lease of three parcels of vacant land adjacent to 1151 Lake Ave., Woodstock,@$1,000/month net, net, net** |
| **Frank Gluth**<br>**14217 Davis Road**<br>**Woodstock, IL 60098** | **non residential lease of 1151 W. Lake Ave., Woodstock IL**<br>**@$12,000.00/month net, net, net** |
| **Frank Gluth**<br>**14217 Davis Road**<br>**Woodstock, IL 60098** | **non residential lease of 5 parcels at Rolling Hills Subdivision Industrial Park @ tenatn  paying R.E. Taxes, insurance and maintenance only** |
| **Nextel**<br>**Sprint**<br>**PO Box 541023**<br>**Los Angeles, CA 90054-1023** | **cell phone service agreement @ $1457.24/month** |
| **Old Repubic Surety Co.**<br>**53 W. Jackson Blvd, Suite 1215**<br>**Chicago, IL 60604** | **license and permit bond job # 05-996, 06-1016** |
| **Powers Auction and Equipment Sales** | **equipment auctioneer** |
| **Stan's Office Technologies**<br>**1375 S. Eastwood Drive**<br>**PO Box 1249**<br>**Woodstock, IL 60098** | **one year service agreement for copy machine due 6/17/2007 @715.00/month** |
| **United Fire & Casualty Co.**<br>**Cedar Rapids, IA** | **maintenance bond for job 05-988** |
| **United Fire & Casualty Co.**<br>**Cedar Rapids, IA** | **highway permit bond for job # 04-961, 04-979, 03-967, 04-971** |
| **West Bend Mutual Ins. Co.**<br>**8401 Greenway Blvd., Suite 1100**<br>**Middleton, WI 53562** | **performance and payment bond for job #s 06-1016, 06-1013 and 10-1011** |

___1___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re **Gluth Bros. Construction, Inc.** , Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **West Bend Mutual Ins. Co.**<br>**8401 Greenway Blvd., Suite 1100**<br>**Middleton, WI 53562** | **license and permit bonds for job #s 05-992,**<br>**05-984, 06-1008, 07-1018, 05-986, 06-1012, 06-1016** |
| **West Bend Mutual Ins. Co.**<br>**8401 Greenway Blvd., Suite 1100**<br>**Middleton, WI 53562** | **highway permit bond for job #06-1006** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6H
(10/05)

In re **Gluth Bros. Construction, Inc.** _____, Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Frank Gluth<br>14217 Davis Road<br>Woodstock, IL 60098 | American Community Bank<br>1290 Lake Ave.<br>PO Box 1720<br>Woodstock, IL 60098 |
| Frank Gluth<br>14217 Davis Road<br>Woodstock, IL 60098 | Bluff City Materials<br>2252 Southwind Blvd.<br>Bartlett, IL 60103 |
| Frank Gluth<br>14217 Davis Road<br>Woodstock, IL 60098 | West Bend Mutual Ins. Co.<br>8401 Greenway Blvd., Suite 1100<br>Middleton, WI 53562<br>  performance and payment Bonds<br>for job #'s 06-1016, 06-1013 and 06-1011 for benefit<br>of bond holders (project value) |
| Frank Gluth<br>14217 Davis Road<br>Woodstock, IL 60098 | Old Republic Surety Co.<br>  $25,000.00 Performance Bond<br>for job #06-1016 for benefit of bond holder |

___0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gluth Bros. Construction, Inc.**                                    Case No. _____
                                                    Debtor(s)       Chapter      **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  5, 2007** _____          Signature    **/s/ Frank Gluth** _____

                                                               **Frank Gluth**
                                                               **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gluth Bros. Construction, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,005,707.00** | **Gross Receipts tax year ending 3/31/2007** |
| **$17,288,694.00** | **Gross Receipts tax year ending 3/31/2006** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,369.00** | **Misc other income** |

2

| AMOUNT | SOURCE |
|---|---|
| **$2,061.00** | **Misc. Other income** |

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Adam J. Vallez** <br> **7914 Marjorie Drive** <br> **Marengo, IL 60152** | **March 16, 2007** <br> **March 23, 2007** <br> **March 30, 2007** <br> **April 6, 2007** <br> **April 13, 2007** <br> **April 20, 2007** | **$7,012.06** | **$0.00** |
| **Adrian P. Meza** <br> **1315 6th Street** <br> **Harvard, IL 60033** | **April 27, 2007** <br> **May 4, 2007** <br> **May 11, 2007** <br> **May 18, 2007** <br> **May 25, 2007** | **$5,742.10** | **$0.00** |
| **American Community Bank** <br> **1290 Lake Ave.** <br> **PO Box 1720** <br> **Woodstock, IL 60098** | **March 27, 2007** <br> **May 10, 2007** | **$27,832.51** | **$1,991,000.00** |
| **Angelo Elswick** <br> **PO Box 137** <br> **Hebron, IL 60034-0137** | **March 23, 2007** <br> **March 30, 2007** <br> **April 6, 2007** <br> **April 13, 2007** <br> **April 20, 2007** <br> **April 27, 2007** <br> **May 4, 2007** <br> **May 11, 2007** <br> **May 18, 2007** <br> **May 25, 2007** <br> **June 1, 2007** | **$12,296.66** | **$0.00** |
| **BLUFF CITY MATERIALS INC.** <br> **2252 SOUTHWIND BLVD** <br> **BARTLETT, IL 60103** | **March 12, 2007** | **$6,400.53** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Brian R. Dunphy**<br>**130 6th Ave.**<br>**Marengo, IL 60152** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$13,732.19** | **$0.00** |
| **Bruce Friedman**<br>**521 McHenry Ave.**<br>**Woodstock, IL 60098** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$17,551.39** | **$0.00** |
| **Clark A. Young**<br>**14419 Washington**<br>**Woodstock, IL 60098** | **April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$7,729.85** | **$0.00** |
| **CITIBANK**<br>**P.O.BOX 6200**<br>**THE LAKES, NV, NV 88901-6200** | **April 12, 2007**<br>**April 16, 2007** | **$64,890.07** | **$83,351.22** |
| **CONSERV FS INC.**<br>**BILL WICKERSHEIM**<br>**PO BOX 1550**<br>**WOODSTOCK, IL 60098** | **May 18, 2007** | **$13,458.62** | **$5,402.31** |
| **Dan Szara**<br>**12879 Wild Prairie**<br>**Belvidere, IL 61008** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$19,627.47** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Daniel R. Petska**<br>**8904 Oriole Trail**<br>**Wonder Lake, IL 60097** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007** | **$20,358.56** | **$0.00** |
| **Darren M. Edmark**<br>**265 South Fork**<br>**Gurnee, IL 60031** | **March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$15,694.57** | **$0.00** |
| **Dave M. Billingham**<br>**927 Wheeler**<br>**Woodstock, IL 60098** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$13,479.94** | **$0.00** |
| **David A. Fischer**<br>**16502 Patrick Road**<br>**Woodstock, IL 60098** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$18,267.45** | **$0.00** |
| **Douglas R. Hauri**<br>**2809 West Road**<br>**Woodstock, IL 60098** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007** | **$13,261.36** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Dwyane Krenzelok**<br>**601 Waco Way**<br>**Poplar Grove, IL 61065** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$16,221.53** | **$0.00** |
| **Francisco J. Rios**<br>**3801 Phillip Drive**<br>**Zion, IL 60099** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007** | **$7,619.63** | **$0.00** |
| **FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**<br>**75 REMITTANCE DR, Suite 1504**<br>**CHICAGO, IL 60675-1504** | **March 29, 2007** | **$19,846.01** | **$61,021.95** |
| **Greardo Mendoza**<br>**7509 N. Oak**<br>**Wonder Lake, IL 60097** | **March 9, 2007**<br>**March 16, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007** | **$7,682.46** | **$0.00** |
| **ILLINOIS DEPARTMENT OF REVENUE**<br>**SPRINGFIELD, IL 62796-0001** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 2, 2007**<br>**May 9, 2007**<br>**May 15, 2007**<br>**May 31, 2007** | **$16,331.46** | **$0.00** |
| **ITT FLYGT**<br>**8402 W. 183RD ST**<br>**TINLEY PARK, IL 60487** | **March 15, 2007** | **$11,443.31** | **$11,623.39** |
| **IRS**<br>**Cincinnati, OH 45999** | **March 7, 2007 through June 4, 2007** | **$207,762.59** | **$0.00** |

6

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **James D. Chapman**<br>**Box 782**<br>**190 Oak Street**<br>**Hampshire, IL 60140** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$15,726.73** | **$0.00** |
| **Jeffrey R. Chiappetta**<br>**9012 Ramble Road**<br>**Wonder Lake, IL 60097** | **March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$12,501.73** | **$0.00** |
| **Javier Llamas Jr.**<br>**3702 Tamrack Circle**<br>**Prairie Grove, IL 60012** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$19,153.42** | **$0.00** |
| **John C. Winzenried**<br>**1708 Walnut**<br>**Woodstock, IL 60098** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007** | **$20,671.76** | **$0.00** |
| **John Deere Credit**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** | **March 30, 2007**<br>**May 1, 2007** | **$22,689.56** | **$112,707.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Jonathon C. Riley 111 Ray Street Poplar Grove, IL 61065 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 | $15,862.34 | $0.00 |
| Jorge L. Rios 717 Poplar Street Waukegan, IL 60085 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 | $7,019.95 | $0.00 |
| Joshua C. Krenzelok 11619 Woodcreek Drive Huntley, IL 60142 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 | $10,214.36 | $0.00 |
| Henry Vanacker 10102 Stacy Lane Union, IL 60180 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 | $6,515.02 | $0.00 |
| Kenneth M. Winkelman W4015 Oakwood Drive Lake Geneva, WI 53147 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 | $36,922.36 | $0.00 |
| Kenneth V. Meyer 940 Cynthia Lane Lake In The Hills, IL 60156 | March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 | $20,063.52 | $0.00 |

8

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **LAFARGE FOX RIVER, INC.**<br>**23285 NETWORK PLACE**<br>**CHICAGO, IL 60673-1232** | **May 3, 2007** | **$9,188.96** | **$34,822.81** |
| **Lawrence Berquist**<br>**5207 Heather Lane**<br>**Johnsburg, IL 60050** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$19,976.48** | **$0.00** |
| **MEYER MATERIAL COMPANY**<br>**1819 N DOT ST**<br>**PO BOX 511**<br>**MCHENRY, IL 60051-0511** | **March 15, 2007**<br>**April 13, 2007**<br>**May 10, 2007** | **$21,305.49** | **$37,033.65** |
| **Michael A. Stieg**<br>**18918 Bunker Hill**<br>**Woodstock, IL 60098** | **April 27, 2007**<br>**May 4, 2007**<br>**May 11, 2007**<br>**May 18, 2007**<br>**May 25, 2007**<br>**June 1, 2007** | **$9,601.75** | **$0.00** |
| **MIDWEST OPERATING ENGINEERS**<br>**WELFARE FUND** | **March 29, 2007** | **$5,538.23** | **$17,953.85** |
| **PERFORMANCE DIESEL INC.**<br>**P.O. BOX 490**<br>**WOODSTOCK, IL 60098** | **March 13, 2007**<br>**April 19, 2007** | **$6,140.00** | **$6,330.00** |
| **PETROLIANCE LLC**<br>**739 N STATE ST.**<br>**ELGIN, IL 60123** | **March 31, 2007**<br>**April 6, 2007**<br>**April 6, 2007** | **$83,948.39** | **$57,857.91** |
| **Randy H. Heinberg**<br>**22015 River Road**<br>**Marengo, IL 60152** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007** | **$10,344.80** | **$0.00** |
| **RAYCRAFT-PITEL SEPTIC INC.**<br>**PO BOX 193**<br>**RINGWOOD, IL 60072** | **March 9, 2007**<br>**March 26, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 10, 2007**<br>**May 22, 2007** | **$50,605.00** | **$31,045.00** |
| **Robert L. Birdsell**<br>**8516 Richmond Road**<br>**Wonder Lake, IL 60097** | **March 9, 2007**<br>**March 16, 2007**<br>**March 23, 2007**<br>**March 30, 2007**<br>**April 6, 2007**<br>**April 13, 2007**<br>**April 20, 2007**<br>**April 27, 2007**<br>**May 4, 2007** | **$9,765.06** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Rogelio C. Rios Galilee Ave. Zion, IL 60099** | **March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007** | **$7,426.40** | **$0.00** |
| **Ronald R. Welke Jr. 647 W. South Street Lake Geneva, WI 53147** | **April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 June 1, 2007** | **$10,016.61** | **$0.00** |
| **Suzanne K. Wickman 1815 Highcrest Road Marengo, IL 60152** | **March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 June 1, 2007** | **$16,744.93** | **$0.00** |
| **Timothy M. Nellessen 3003 Cherry Drive Wonder Lake, IL 60097** | **March 9, 2007 March 16, 2007 March 23, 2007 March 30, 2007 April 6, 2007 April 13, 2007 April 20, 2007 April 27, 2007 May 4, 2007 May 11, 2007 May 18, 2007 May 25, 2007 June 1, 2007** | **$20,149.20** | **$0.00** |
| **TONYAN BROS. INC 5101 ROUTE 31 PO BOX 70 RINGWOOD, IL 60072-0070** | **April 13, 2007** | **$29,517.63** | **$94,994.61** |
| **WELCH BROS. INC. 1050 ST. CHARLES ST. ELGIN, IL 60120** | **April 4, 2007 May 3, 2007** | **$28,767.40** | **$50,731.00** |
| **WEST BEND MUTUAL INSURANCE BIN 432 MILWAUKEE, WI 53288-0432** | **March 27, 2007 March 31, 2007 April 12, 2007 May 1, 2007** | **$110,835.31** | **$37,496.18** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| William R. Neilssen | April 13, 2007<br>April 20, 2007<br>April 27, 2007<br>May 4, 2007<br>May 11, 2007<br>May 18, 2007<br>May 25, 2007<br>June 1, 2007 | $7,656.00 | $0.00 |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Fleming and Co.<br>4123 W. Shamrock Lane<br>Mchenry, IL 60050<br>    Accountants | June 2006 to present | $12,530.00 | $1,530.00 |

   **4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kasper Trucking v. Gluth Brothers Construction, Inc. 07 L 160 | breach of contract | Winnebago County | pending |
| Robert J. Nelson WCA0657584 | Worker's Comp Claim | | pending |
| Material Service Corporation v. Gluth Bros 07 M1 147436 | Breach of Contract | Cook County | pending |
| Tonyan Bros, Inc. v. Gluth Bros Construction, Inc. 07 L A 179 | breach of contract | McHenry County | pending |
| Douglas J. Grossen v. Frank Gluth and Gluth Bros. Construction 04 LA 361 | automobile accident | McHenry County | pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

11

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow, Ltd.** <br> **175 W. Jackson Boulevard, Suite 160** <br> **Chicago, IL 60604** | **April 10, 2007** | **$15,000.00** |

12

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Dorii Barnes Palmer**<br>**1552 E. 19th Road**<br>**Streator, IL 61364**<br>   friend | **July 2005** | **Cadillac**<br>**$4000.00** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Community Bank**<br>**1290 Lake Ave.**<br>**PO Box 1720**<br>**Woodstock, IL 60098** | **Money Market (...5057)**<br>**$10,837.24** | **April 18, 2007** |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

13

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF | |
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Town Center Promenade**<br>**Rand Road and Long Grove Road**<br>**Village of Deer Park, IL** | **Illinois EPA**<br>**1021 N. Grand Ave. East**<br>**PO Box 19276**<br>**Springfield, IL 62794-9276** | **10/26/2006** | **415 ILCS 5/31(a)(1)** |
| **Wagner Lane Construction Site**<br>**Woodstock, IL 60098** | **Illinois EPA**<br>**1021 N. Grand Ave. East**<br>**PO Box 19276**<br>**Springfield, IL 62794-9276** | **2/20/2007** | **415 ILCS 5/31(a)(1)** |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Fleming & Co.**<br>**4123 W. Shamrock Lane**<br>**Mchenry, IL 60050** | **1987 to present** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Teamsters Local 301** | | **2006** |
| **Fox Valley Laborers Union** | | |
| **Chicago Laborers Union** | | |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME             ADDRESS

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **American Community Bank** | **2006** |
| **1290 Lake Ave.** | |
| **PO Box 1720** | |
| **Woodstock, IL 60098** | |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **April 2007** | **Frank Gluth** | **$1,103,660.00 (market value)** |
| **March 2006** | **Frank Gluth** | **$545,712.56 (book value)** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **April 2007** | **Frank Guth** |
| **March 2006** | **Frank Gluth** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Frank Guth** | **President** | **100%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Frank Gluth** | **6/21/2006** **repayment of loans** | **$82,000** |
| **President** | | |
| **Frank Gluth** | **9/19/2006** **repayment of loans** | **$25,000** |
| **President** | | |
| **Frank Gluth** | **6/30/2006 - 5/29/2007** **payroll** | **$394,000.00** |
| **President** | | |
| **Frank Gluth** | **6/30/2006-5/29/2007** **Auto expense** | **$3,000.00** |
| **President** | | |
| **Frank Gluth** | **6/30/2006 - 5/29/2007** **rental vacant** | **$12,000.00** |
| **President** | | |
| **Frank Gluth** | **3/2/2007 to 5/31/2007** **rentals improved** | **$36,000.00** |
| **President** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June  5, 2007** _____        Signature   **/s/ Frank Gluth** _____
                                                                **Frank Gluth**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Gluth Bros. Construction, Inc.**

_____,
Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Gluth**<br>**14217 Davis Road**<br>**Woodstock, IL 60098** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June  5, 2007**_____

Signature__**/s/ Frank Gluth**_____
**Frank Gluth**
**President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Gluth Bros. Construction, Inc.**                                    Case No.

                                                    Debtor(s)         Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **181**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June  5, 2007**                              **/s/ Frank Gluth**

                                                    **Frank Gluth**/**President**
                                                    Signer/Title

American Community Bank
1290 Lake Ave.
PO Box 1720
Woodstock, IL 60098


AMERIGLASS & MIRROR
2300 S EASTWOOD DR
WOODSTOCK, IL 60098-4615


ANTIOCH TIRE INC
PO BOX 5948
CAROL STREAM, IL 60197-5948


ARATEX SERVICES,INC.
P.O.BOX 7177
ROCKFORD, IL 61126-7177


Arthur J. Lootens & Son, Inc.
0S551 Joliet Road
West Chicago, IL 60185


ASSOCIATED ELECTRICAL CONTRACTORS
PO BOX 39
WOODSTOCK, IL 60098


ASSOCIATED PENSION SERVICES
601 CAMPUS DRIVE
SUITE B4
ARLINGTON HGTS, IL 60004


AT&T
PO BOX 8100
AURORA, IL 60507-8100


AVAYA
P.O.BOX 5332
NEW YORK, NY 10087-5332


BETH & RUDNICKI INSURANCE AGENCY
5411 E. STATE ST, SUITE 204
ROCKFORD, IL


BOHN'S ACE HARDWARE, INC.
P.O. BOX 545
WOODSTOCK, IL 60098

BOTTS WELDING & TRUCK SERVICE
PO BOX 430
335 N. EASTWOOD
WOODSTOCK, IL 60098


BUILDING AND PUBLIC WORKS
MILWAUKEE, WI 53293-0931


CARQUEST AUTO PARTS
1055 WANDA LANE
WOODSTOCK, IL 60098


CENTEGRA HEALTH SYSTEM
PO BOX 5995
PEORIA, IL 61601-5995


CENTEGRA OCCUPATIONAL MEDICINE
PO BOX 755
MCHENRY, IL 60051


CENTRAL BORING INC.
3 G.K. LANE
LINCOLNSHIRE, IL 60069


Central Laborers Pension Fund
PO Box 1267
Jacksonville, IL 62651


CENTRAL PIPE SALES LLC
P.O. BOX 2404
JOLIET, IL 60434


CHICAGO INTERNATIONAL TRUCK
94360 EAGLE WAY
CHICAGO, IL 60678-9430


CHICAGO LABORERS
PENSION AND WELFARE FUND
33367 TREASURY CENTER
CHICAGO, IL 60694-3300

Chicagoland Construction Safety
Counsel
36990 N GREENBAY RD
Waukegan, IL 60087


CITIBANK
P.O.BOX 6200
THE LAKES, NV, NV 88901-6200


City of Crystal Lake
100 W. Municipal Complex
Crystal Lake, IL 60014


CITY OF ELGIN
150 DEXTER COURT
ELGIN, IL 60120


COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMED
CLAIMS DEPARTMEN
THREE LINCOLN CENTRE
OAKBROOK TERRAC, IL 60181-4260


CONSERV FS INC.
BILL WICKERSHEIM
PO BOX 1550
WOODSTOCK, IL 60098


CONSOLIDATED ELECTRICAL
CED/CONSOLIDATED ELECTRIC
171 ERICK STREET, UNIT U1
CRYSTAL LAKE, IL 60014


Consolidated Electrical
c/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188


CONTRACT DEWATERING SERVICE, INC.
5820 W RIVERSIDE DR
PO BOX 1
SARANAC, MI 48881-0001

Contracts and work in progress


CORAL LAKE SAND & GRAVEL
400 EAST TERRA COTTA AVE
CRYSTAL LAKE, IL 60014


COUNTRYSIDE FLOWERS
5301 S.TERRA COTTA AVE
CRYSTAL LAKE, IL 60014


CURRAN CONTRACTIING COMPANY INC.
7502 SOUTH MAIN ST
CRYSTAL LAKE, IL 60014


DAYTON BAG & BURLAP
PO BOX 710233
CINCINNATI, OH 45271


DREISILKER ELECTRIC MOTOR
36249 Treasury Center
Chicago, IL 60694-6200


EAST JORDAN IRONWORKS, INC.
DEPARTMENT 59601
PO BOX 67000
DETROIT, MI 48267


EDS' RENTAL & SALES, INC.
904 N FRONT ST
71,300.00
MCHENRY, IL 60050


EJ EQUIPMENT, INC.
P.O.BOX 665
MANTENO, IL 60950


FALK METZ LLC
TWO FIRST NATIONAL PLAZA
20 S CLARK ST, STE 1900
CHICAGO, IL 60603


FASTENAL
P.O.BOX 978
WINONA, MN 55987-0978

FGMK, LLC
2801 LAKESIDE DR - THIRD FLOOR
BANNOCKBURN, IL 60015


FILTER RENU OF ILLINOIS INC.
375 SOUTH LOCUST ST
MANTENO, IL 60950-3150


FIRE & SAFETY EQ. OF ROCKFORD
2420 Harrison Ave.
PO Box 5646
Rockford, IL 61125-0646


Fleming and Co.
4123 W. Shamrock Lane
Mchenry, IL 60050


FORRER SUPPLY CO., INC.
W194N11811 MCCORMICK DR
PO BOX 220
GERMANTOWN, WI 53022


FOX VALLEY LABORERS FRINGE
BENEFIT FUNDS
75 REMITTANCE DR, Suite 1504
CHICAGO, IL 60675-1504


Foxcroft Meadows, Inc.
5402 Edgewood Road
Crystal Lake, IL 60012


Frank Gluth
14217 Davis Road
Woodstock, IL 60098


GARY SCHAUER EXCAVATING INC
13201 DAVIS RD
WOODSTOCK, IL 60098


GAVERS ASPHALT PAVING & EXC.
1100 BORDEN LANE
WOODSTOCK, IL 60098

```
GESKE & SONS, INC.
400 EAST TERRA COTTA AVE
CRYSTAL LAKE, IL 60014


GRABER CONCRETE PIPE CO
24 W 121 ARMY TRAIL ROAD
BLOOMINGDALE, IL 60108


GREAT LAKES AIRGAS, INC.
PO BOX 2395
WATERLOO, IA 50704


GROVE ELECTRIC,INC.
155 S.SAYTON RD
FOX LAKE, IL 60020


HD SUPPLY WATERWORKS LTD.
PO BOX 91036
CHICAGO, IL 60693-1036


HD Supply Waterworks, Ltd.
c/o Howard M. Bain -- ES&B
440 Central Ave.
Highland Park, IL 60035


HERITAGE CRYSTAL CLEAN
P O BOX 68123
INDIANAPOLIS, IN 46268


HICKSGAS WOODSTOCK
1023 LAKE AVE
WOODSTOCK, IL, 0 60098


HOWELL TRACTOR & EQUPMENT, LLC
3333 PAYSPHERE CIRCLE
CHICAGO, IL 60674


HSBC BUSINESS SOLUTIONS
PO BOX 5219
6004-3005-8029-2917
CAROL STREAM, IL 60197-5219


I.U.O.E. LOCAL 150 ADMIN DUES
P.O. BOX 94427
CHICAGO, IL 60690-4427
```

```
ILL. DEPT. OF TRANSPORTATION
ROOM 117 ADMINS. BUILDING
2300 S. DIRKSEN PARKWAY
SPRINGFIELD, IL 62764


ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
P.O. BOX  80341
CHICAGO, IL 60680-3412


ILLINOIS DEPARTMENT OF REVENUE
RETAILERS OCCUPATION TAX
SPRINGFIELD, IL 62796-0001


ILLINOIS EPA FISCAL SERVICES
CASH RECEIPTS #2
P.O. BOX 19276
SPRINGFIELD, IL 62794-9276


INTERNAL REVENUE SERVICE
PO BOX 105421
ATLANTA, GA 30348-5421


INTERSTATE BATTERY SYSTEM
333 W STATE RD - UNIT D
ISLAND LAKE, IL 60042-9704


IROQUOIS PRODUCTS
2220 WEST 56TH ST
CHICAGO, IL 60636-1099


ITT FLYGT
8402 W. 183RD ST
TINLEY PARK, IL 60487


Jeffrey Chiappetta
9012 Ramble Road
Wonder Lake, IL 60097


JENSEN'S PLUMBING & HEATING, INC.
670 E.CALHOUN ST.
WOODSTOCK, IL 60098
```

John Deere Credit
PO Box 6600
Johnston, IA 50131-6600


JOS. D. FOREMAN & COMPANY
28102 INDUSTRIAL DR
BARRINGTON, IL 60010


Kasper Trucking
c/o Timothy A. Miller #3543
PO Box 4749
Rockford, IL 61110-4749


KASPER TRUCKING, INC.
5441 FOREST HILLS COURT
LOVES PARK, IL 61111


KIMBALL MIDWEST
DEPT L - 2780
COLUMBUS, OH 43260-2780


LABORERS WORK DUES FUND
DEPARTMENT 4334
CAROL STREAM, IL 60122-4334


LAFARGE FOX RIVER, INC.
23285 NETWORK PLACE
CHICAGO, IL 60673-1232


LAKE AUTO SUPPLY, INC.
PO BOX 535
CRYSTAL LAKE, IL 60039-0535


LANDSCAPING & CONSTRUCTION
SOLUTIONS
2233 PALMER DR, SUITE B
SCHAUMBURG, IL 60173


LEACH ENTERPRISES
4304 RT. 176
CRYSTAL LAKE, IL 60014


LEE JENSEN SALES, INC.
101 W TERRA COTTA AVE
CRYSTAL LAKE, IL 60014-3507

Local 150IUOE Vacation Savings Plan
c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632


LOCAL 301
CONSTRUCTION INDUSTRY
36990 N GREENBAY RD
WAUKEGAN, IL 60087


LOCAL 301
PENSION FUND & SEVERANCE
36990 N GREENBAY RD
WAUKEGAN, IL 60087


LOCAL 301 HEALTH & WELFATE
LOCAL UNION NO. 301 I.B.
36990 N GREENBAY RD
WAUKEGAN, IL 60087


M.O.E.CONSTRUCTION INDUSTRY
RESEARCH AND SERVICE TRUST FUND
P.O. BOX 74632
CHICAGO, IL 60675-4632


MARBA INDUSTRY
ADVANCEMENT FUND
36990 N GREENBAY RD
WAUKEGAN, IL 60087


MARENGO DISPOSAL CO.
BOX 673043
183,934.00
MILWAUKEE, WI 53267-3043


Material Service Corporation
c/o Gould & Ratner/Howard Turner
222 N. LaSalle St.,
Chicago, IL 60601


MATERIAL SERVICE CORPORATION
181 WEST MADISON ST
SUITE 1800
CHICAGO, IL 60602-4693

MCHENRY ANALYTIC WATER LAB
4314-A CRYSTAL LAKE RD
MCHENRY, IL 60050


MCHENRY COUNTY COLLECTOR
2200 N SEMINARY AVE
WOODSTOCK, IL 60098


MCMASTER CARR
P.O.BOX 7690
CHICAGO, IL 60680-7690


METRO UNDERGROUND, INC.
SERVICES, INC.
901 RIDGEWAY AVE
AURORA, IL 60506


METROPOLITAN INDUSTRIES,
37 FORESTWOOD DR
ROMEOVILLE, IL 60446-1343


MEYER MATERIAL COMPANY
1819 N DOT ST
PO BOX 511
MCHENRY, IL 60051-0511


MID AMERICAN WATER
1125 N OLD RAND ROAD
WAUCONDA, IL 60084


MID AMERICAN WATER AURORA
1500 EAST MOUNTAIN
AURORA, IL 60505


MIDWEST HOSE & FITTINGS INC.
1840 INDUSTRIAL DR
UNIT 300
LIBERTYVILLE, IL 60048


Midwest Opeaing Engineers Welfare
Fund c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632

Midwest Operating Engineers Pension
Fund c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632


MORSE ELECTRIC INC.
500 W SOUTH ST
FREEPORT, IL 61032


NAFISCO, INC.
4152 WARREN AVE
HILLSIDE, IL 60162


NATIONAL PLUMBING & HEATING
P.O.BOX 475
CRYSTAL LAKE, IL 60014


NCILHWE
PO BOX 9090
PEORIA, IL 61612-9090


NEENAH FOUNDRY COMPANY
BOX 729
NEENAH, WI 54957


Nextel
Sprint
PO Box 541023
Los Angeles, CA 90054-1023


NICOR GAS
PO BOX 416
AURORA, IL 60568-0001


NICOR GAS CLAIMS DEPT
PO BOX 585
AURORA, IL 60507-0585


NRA INSTITUTE
P.O.BOX 1730
WASHINGTON, D.C. 20077-4621


Old Repubic Surety Co.
53 W. Jackson Blvd, Suite 1215
Chicago, IL 60604

OLD REPUBLIC SURETY GROUP
PO BOX 1635
MILWAUKEE, WI 53201


OPERATING ENGINEERS LOCAL
APPRENTICESHIP FUND
0, 0


OPTIONS 4 HEALTH
1110 E.GRANT HIGHWAY
MARENGO, IL 60152


P.O. KNUTH'S, INC.
110 S. JOHNSON
WOODSTOCK SQUARE MALL
WOODSTOCK, IL 60098


PARTNERS IN MAINTENANCE
PO BOX 874
FREEPORT, IL 61032


PATTEN TRACTOR & EQUIPMENT
635 WEST LAKE ST
ELMHURST, IL 60126


PERFORMANCE DIESEL INC.
P.O. BOX 490
WOODSTOCK, IL 60098


PERMIT OFFICE LAKE COUNTY DIVISION
OF TRANSPORTATION
600 W WINCHESTER RD
LIBERTYVILLE, IL 60048


PETROLIANCE LLC
739 N STATE ST.
ELGIN, IL 60123


PHIL'S EQUIPMENT & REPAIR
P.O.BOX 173
GILBERTS, IL 60136


POMP'S TIRE SERVICE, INC.
P.O.BOX 1630
GREEN BAY, WI 54305-1630

Powers Auction and Eqiupment Sales
1017 Trakk Lane
Woodstock, IL 60098


Powers Auction and Equipment Sales


PRAIRIE MATERIAL
7601 WEST 79TH ST
BRIDGEVIEW, IL 60455


PREMIER DIAMOND
3998 FAU BLVD ST E 104 BLD
BOCA RATON, FL 33431


QUILL CORPORATION
P.O. BOX 94081
PALATINE, IL 60094-4081


R & J CONSTRUCTION SUPPLY
11902 NORTH ST
HUNTLEY, IL 60142


R H DONNELLY
8519 INNOVATION WAY
CHICAGO, IL 60682-0085


R.A. ADAMS ENTERPRISES, INC.
260 W RT 120
MCHENRY, IL 60051


RAYCRAFT-PITEL SEPTIC INC.
PO BOX 193
RINGWOOD, IL 60072


REICHERT CHEVROLET
2145 S. EASTWOOD DR
WOODSTOCK, IL 60098


RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682-0080

REMKE'S GARAGE
8122 S.GRANT HIGHWAY
MARENGO, IL 60152


RESOURCE UTILITY SUPPLY
2763 PAYSPHERE CIRCLE
CHICAGO, IL 60674


RIEKE SEPTIC SERVICE
PO BOX 188
DUNDEE, IL 60118


Robert J. Nelson
3750 E. Solon Road
Solon Mills, IL 60071


ROCKFORD INDUSTRIAL WELDING
P.O.BOX 5404
ROCKFORD,IL, 0 61125-0404


ROCKFORD RIGGING, INC.
5401 MAIN SAIL
ROSCOE, IL 61073


ROLAND MACHINERY COMPANY
816 NORTH DIRKSEN PARKWAY
P.O. BOX 2879
SPRINGFIELD, IL 62708


RP SERVICES
P.O.BOX 1165
BELVIDERE, IL 61008


SAFETY ALLIANCE, LTD.
223 HEATH CT
BARRINGTON, IL 60010


SANITARY PLUMBING & HEATING CO
14703 HONEYSUCKLE LN
WOODSTOCK, IL 60098


SCHULHOF COMPANY
4243 N. HONORE
CHICAGO, IL 60613-1003

SMITH ENGINEERING CONSULTING
4500 PRIME PARKWAY
MCHENRY, IL 60050


SPRING LAKE SAND & GRAVEL
P.O.BOX 127
SPRING GROVE, IL 60081-0127


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181


STAN'S OFFICE MACHINES
1375 S. EASTWOOD DR
WOODSTOCK, IL 60098


Stan's Office Technologies
1375 S. Eastwood Drive
PO Box 1249
Woodstock, IL 60098


SUNSOURCE
NW 7809 PO BOX 1450
MINNEAPOLIS, MN 55485-7809


TEAMSTERS JOINT COUNCIL
TRAINING FUND
36990 N GREENBAY RD
WAUKEGAN, IL 60087


THELEN SAND & GRAVEL
PO BOX 730
SPRING GROVE, IL 60081-0730


TONYAN BROS. INC
5101 ROUTE 31
PO BOX 70
RINGWOOD, IL 60072-0070


Tonyan Bros. Inc.
c/o Donald C. Stinespring & Assts.
5414 Hill Road/ Po Box 382
Richmond, IL 60071

UNICARE HEALTH INSURANCE
PO BOX 0797
CAROL STREAM, IL 60132-0797


United Fire & Casualty Co.
Cedar Rapids, IA


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNITED STRUCTURAL SYSTEMS
CHICAGO INC
21988 PEPPER RD
BARRINGTON, IL 60010


UNIVERSAL PIPE & SUPPLY,
P.O. BOX 2404
JOLIET, IL 60434


VALLEY AGGREGATES, LTD.
1100 BORDEN LANE
WOODSTOCK, IL 60098


VALLEY BLOCK & SUPPLY CO.
13N085 COOMBS RD
ONE HUNT COURT
Elgin, IL 60123


VERMEER MIDWEST/VERMEER, IL
2801 BEVERLY DR
AURORA, IL 60504


VILLAGE OF CARPENTERSVILLE
1200 L.W. BESINGER DR
CARPENTERSVILLE, IL 60110


VILLAGE OF OSWEGO
113 MAIN STREET
OSWEGO, IL 60543


VISU SEWER CLEAN AND SEAL
W230 N4855 BETKER DR
PEWAUKEE   WI, 0 53072

VULCAN MATERIALS COMPANY
75 REMITTANCE DR, STE 3
CHICAGO, IL 60675-3155


WATER PRODUCTS COMPANY
4379 PAYSPHERE CIRCLE
CHICAGO, IL 60674


WELCH BROS. INC.
1050 ST. CHARLES ST.
ELGIN, IL 60120


West Bend Mutual Ins. Co.
8401 Greenway Blvd., Suite 1100
Middleton, WI 53562


WEST BEND MUTUAL INSURANCE
1900 South 18th Ave.
West Bend, WI 53095


WEST SIDE EXCHANGE
DEPT 4570
PO BOX 87618
CHICAGO, IL 60680-0618


WILLIAM RUTH CO., INC.
13417 ERNESTI RD
HUNTLEY, IL 60142


WISCONSIN DEPT.OR REVENUE
BOX 93931
MILWAUKEE, WI 53293-0931


WISCONSIN LABORERS FRINGE
BENEFIT FUNDS
BOX 684001
MILWAUKEE, WI 53268-4001


WOODSTOCK AUTO BODY INC.
1295 S EASTWOOD DR
WOODSTOCK, IL 60098


WOODSTOCK FORD & MERCURY
1460 S. EASTWOOD DR
WOODSTOCK, IL, 0 60098

WOODSTOCK LUMBER CO., INC.
1101 LAKE AVENUE
WOODSTOCK, IL 60098


ZIBELL WATER SERVICE PRODUCTS
2001 PRATT BLVD.
ELK GROVE VLGE, IL 60007

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gluth Bros. Construction, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Gluth Bros. Construction, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  5, 2007

Date

/s/ Robert R. Benjamin

**Robert R. Benjamin 0170429**
Signature of Attorney or Litigant
Counsel for   **Gluth Bros. Construction, Inc.**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**