IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No. 07 B 71375 |
| GLUTH BROS. CONSTRUCTION, INC., ) | Honorable Manuel Barbosa |
| ) | |
| Debtor. ) | |

ORDER ALLOWING INTERIM UNSECURED
POST-PETITION FINANCING AND SETTING MATTER FOR FINAL HEARING

THIS CAUSE COMING ON TO BE HEARD on Motion of Debtor, GLUTH BROS. CONSTRUCTION, INC. for entry of an order allowing Debtor to obtain interim post-petition unsecured financing pending a final hearing to approve post petition financing and it appearing to the Court that the Debtor requires the advancement of funds in order to preserve the estate and not frustrate its ability to reorganize and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A. Debtor is allowed to obtain interim post-petition unsecured financing pending notice and a hearing to approve post-petition financing;

B. Frank Gluth may advance post-petition unsecured financing to the Debtor not to exceed $75,000.00 which will be repaid under the following terms and conditions:

1. Frank Gluth will make post-petition advances to the Debtor from time to time at his sole discretion from the effective date of an order permitting post-petition financing until confirmation of the Plan which shall not exceed $75,000.00.

2. The balance due will be paid plus interest calculated at 5% either after the sale of assets that results in payment in full of all liens upon the assets or upon confirmation, whichever occurs first.

C.  This matter is set for final hearing to approve Debtor's request for post-petition financing from Frank Gluth not to exceed $200,000.00 on _June 25_, 2007 at _1:30_

D.  Debtor shall mail notice of the hearing to all creditors and parties in interest within seven (7) days of the entry of this order.

DATED: JUN 8 2007

_____
U.S. Bankruptcy Judge

Robert R. Benjamin
Beverly A. Berneman
Devon M. Eggert
QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000

Document #: 1234554

2