UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA	Hearing Date: 8-22-07

Bankruptcy Case No. 07-71375	Adversary No. _____

Title of Cause: In Re: Gluth Bros. Construction, Inc.

Brief Statement of Motion: Motion to Lift Stay of Bryn Mawr of Crystal Lake

Name and Addresses of moving counsel: _____

Representing: _____

### ORDER

1. Debtor is granted leave to file a response on or before September 5, 2007.

2. Movant shall file any reply on or before September 17, 2007.

3. This matter is set for final hearing on September 19, 2007 at 11:30 a.m.

AUG 22 2007