UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-71375 |
| GLUTH BROS. CONSTRUCTION, INC., | ) | Hon. Manuel Barbosa |
| | ) | |
| Debtor. | ) | |

### ORDER EXTENDING DEADLINE FOR REPLY AND CONTINUING FINAL HEARING ON BRYN MAWR OF CRYSTAL LAKE, LLC'S MOTION TO MODIFY THE AUTOMATIC STAY AND TO ABSTAIN

Upon consideration of the motion (the "Motion")[1] filed by Bryn Mawr of Crystal Lake LLC ("Bryn Mawr") for entry of an order (i) extending to October 8, 2007 the deadline for filing its reply in support of the Stay Motion; and (ii) continuing to October 10, 2007 the final hearing on the Stay Motion; this Court having found that the parties consent to the extensions requested in the Motion in accordance with 11 U.S.C. § 362(e)(1); it is ORDERED:

1. The Motion is granted.

2. Bryn Mawr shall file its reply to the Stay Motion on or before October 16_th_ 2007.

3. The final hearing on the Stay Motion shall be continued to October 22, 2007 at _11:00_ a.m.

Dated: OCT 3 2007

Hon. Manuel Barbosa
United States Bankruptcy Judge

Prepared by:
Mark L. Radtke (#6275738)
Shaw Gussis Fishman Glantz
    Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60610
Phone: (312) 276-1325
Fax: (312) 275-0566

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

{6213 ORD A0186097.DOC}