# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 07 B 71375** |
| **GLUTH BROS. CONSTRUCTION, INC.,** | ) | **Honorable Manuel Barbosa** |
| | ) | |
| **Debtor.** | ) | |

## ORDER GRANTING FEE PETITION OF
## SPECIAL COUNSEL FOR THE DEBTOR

THIS CAUSE COMING ON TO BE HEARD on motion by Debtor on behalf of the law firm of FALK METZ LLC, special counsel for the Debtor for a final fee award, due notice having been given and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

Special Counsel, Falk Metz LLC is allowed compensation and reimbursement of expenses in the amount of $5,309.15.

Dated:                                                                ENTER:

                                                                        _____
                                                                        Bankruptcy Judge

QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000


Document #: 1292471