## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 71375 |
| | ) | |
| GLUTH BROS. CONSTRUCTION, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Hearing:  April 22, 2009, at 10:30 a.m. |

### NOTICE OF MOTION

To the Debtor, Creditors and all Parties in Interest:

PLEASE TAKE NOTICE that the undersigned filed the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Application*") with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Western Division.  The Application seeks entry of an order (i) approving compensation for legal fees on a final basis in the amount of $307,742.57 and reimbursement of expenses in the amount of $16,488.16 for the period July 2, 2007 through March 18, 2009; and (ii) authorizing payment to Freeborn & Peters LLP of $163,990.67, representing all unpaid, non-deferred amounts owing to Freeborn & Peters LLP on account of the Application.  You can obtain a copy of the Application from the Court's website (www.ilnb.uscourts.gov) or by contacting the undersigned.

Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, prior to the hearing on the Application.

At the same time, you should also serve a copy of the objection upon the following so as to be received prior to the hearing on the Application:  Freeborn & Peters LLP, 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606 (Attn:  Aaron L. Hammer).

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON APRIL 22, 2009 AT 10:30 A.M. BEFORE THE HONORABLE MANUEL BARBOSA, UNITED STATES BANKRUPTCY JUDGE, IN THE COURTROOM USUALLY OCCUPIED BY HIM AT 211 SOUTH COURT STREET, ROCKFORD, ILLINOIS, OR BEFORE ANY SUCH JUDGE WHO MAY BE SITTING IN HIS PLACE AND STEAD.  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 2, 2009                    **FREEBORN & PETERS LLP**


By:        /s/ Aaron L. Hammer
          Aaron L. Hammer (No. 6243069)
          Shira R. Isenberg (No. 6279718)
          Brian J. Jackiw (No. 6296807)
          FREEBORN & PETERS LLP
          311 South Wacker Drive, Suite 3000
          Chicago, Illinois 60606
          Telephone:  312.360.6000
          Facsimile:  312.360.6520

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 71375 |
| | ) | |
| GLUTH BROS. CONSTRUCTION, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Hearing: April 22, 2009, at 10:30 a.m. |

## FINAL FEE APPLICATION OF FREEBORN & PETERS LLP
## AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Freeborn & Peters LLP ("*F&P*"), counsel to the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned bankruptcy case, hereby submits the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Final Fee Application*"), relating to services rendered and expenses incurred from July 2, 2007 through March 18, 2009 (the "*Final Fee Application Period*") and in support thereof, states as follows:

### BACKGROUND

1.      On June 5, 2007, the above-captioned debtor (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois.

2.      On July 2, 2007, the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code.  The Committee then selected F&P as its counsel.  On July 11, 2007, the Court entered an order authorizing the retention of F&P as counsel to the Committee, effective as of July 2, 2007.

## JURISDICTION AND VENUE

3.    The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code. Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

4.    The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## RELIEF REQUESTED

5.    F&P rendered services on behalf of the Committee from July 2, 2007 through March 18, 2009 (the "*Final Fee Application Period*"). For the Final Fee Application Period, F&P seeks approval of compensation in the amount of $307,752.57 and reimbursable expenses in the amount of $16,488.16, for a total of $324,240.73.

6.    On October 31, 2007, F&P filed the *First Interim Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*First Interim Fee Application*"), seeking interim approval and payment of fees and expenses for July 2, 2007 through September 30, 2007 in the amount of $36,193.20.[1]

7.    No objections were received to the First Interim Fee Application, and by order dated November 19, 2007 (the "*First Interim Fee Order*"), the Court approved the First Interim Fee Application, and directed the Debtor to pay to F&P $16,193.20 (representing all unpaid,

---

[1]    F&P's fees and expenses during the First Interim Fee Application period were as follows: (i) for July 2007, $17,631.00 in services and $70.90 in expenses, for a total of $17,701.90; (ii) for August 2007, $9,170.00 in services; and (iii) for September 2007, $9,321.30 in services.

non-deferred amounts owing to F&P as set forth in the First Interim Fee Application, minus a $20,000 voluntary holdback provided by F&P to the Committee). A true and correct copy of the First Interim Fee Order is attached hereto and incorporated herein as *Exhibit A*.

8. On March 6, 2008, F&P filed the *Second Interim Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Second Interim Fee Application*"), seeking interim approval and payment of fees and expenses for October 1, 2007 through January 31, 2008 in the amount of $84,426.08.[2]

9. No objections were received to the Second Interim Fee Application, and by order dated March 26, 2008 (the "*Second Interim Fee Order*"), the Court approved the Second Interim Fee Application, and directed the Debtor to pay to F&P $84,426.08, representing all unpaid, non-deferred amounts requested therein. A true and correct copy of the Second Interim Fee Order is attached hereto and incorporated herein as *Exhibit B*.[3]

10. On September 29, 2008, F&P filed the *Third Interim Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Third Interim Fee Application*"), seeking interim approval and payment of fees and expenses for February 1, 2008 through August 31, 2008 in the amount of $59,630.78 (which included a voluntarily reduction in the amount of $5,100.98).[4]

---

[2] F&P's fees and expenses during the Second Interim Fee Application period were as follows: (i) for October 2007, $30,121.25 in services and $1,469.82 in expenses, for a total of $31,591.07; (ii) for November 2007, $12,047.25 in services and $1,183.22 in expenses, for a total of $13,230.47; (iii) for December 2007, $11,660.40 in services and $50.00 in expenses, for a total of $11,710.40; and (iv) for January 2008, $27,516.15 in services and $377.99 in expenses, for a total of $27,894.14.

[3] *Exhibit B* also includes an order dated April 2, 2008, in which the Court fixed a typographical error in the Second Interim Fee Order.

[4] F&P's fees and expenses during the Third Interim Fee Application period were as follows: (i) for February 2008, $7,115.40 in services and $138.64 in expenses, for a total of $7,254.04; (ii) for March 2008, $13,838.40 in services and $1.20 in expenses, for a total of $13,839.60; (iii) for April 2008, $12,570.60 in services and $152.23 in expenses, for a total of $12,722.83; (iv) for May 2008, $7,981.20 in services and $161.37 in expenses for a total of $8,142.57; (v) for June 2008, $7,558.20 in services; (vi) for July 2008, $6,926.85 in services and $176.58 in

11.     No objections were received to the Third Interim Fee Application, and by order dated October 22, 2008 (the *Third Interim Fee Order*"), the Court approved the Third Interim Fee Application, and directed the Debtor to pay to F&P $59,630.78, representing all unpaid, non-deferred amounts requested therein (excluding F&P's voluntary reduction in the amount of $5,100.98).   A true and correct copy of the Third Interim Fee Order is attached hereto and incorporated herein as *Exhibit C*.

12.     F&P also rendered services on behalf of the Committee from September 1, 2008 through March 18, 2009 but has not filed an application to approve fees and expenses incurred during that period.

13.     For September 1, 2008 through March 18, 2009, F&P seeks approval of compensation in the amount of $151,357.20 and reimbursable expenses in the amount of $12,633.47.   A detailed schedule of services rendered and expenses incurred (broken down by project category) by F&P during this time period is attached hereto and incorporated herein as *Exhibit D*.

14.     To date, F&P has received $160,250.06 from the Debtor on account of the First Interim Fee Application, the Second Interim Fee Application and the Third Interim Fee Application.

15.     By this Final Fee Application, the Committee seeks an order:  (1) allowing F&P, on a final basis, $307,752.57 in compensation and $16,488.16 in reimbursable expenses for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and (2) authorizing payment

---

expenses, for a total of $7,103.43; and (vii) for August 2008, $8,038.35 in services and $72.74 in expenses, for a total of $8,111.09.

to F&P of $163,990.67, representing all unpaid, non-deferred amounts owing to F&P on account

of the Final Fee Application, as fully set forth below.

## DISCUSSION

16.    Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual,
> necessary services rendered by the . . . attorney and by any
> paraprofessional person . . . and . . . reimbursement for actual,
> necessary expenses. . . . In determining the amount of reasonable
> compensation to be awarded, the court shall consider the nature,
> the extent, and the value of such services, taking into account all
> relevant factors, including – (A) the time spent on such services;
> (B) the rates charged for such services; (C) whether the services
> were necessary to the administration of, or beneficial at the time at
> which the service was rendered toward the completion of, a case
> under [the Bankruptcy Code]; (D) whether the services were
> performed within a reasonable amount of time commensurate with
> the complexity, importance, and nature of the problem, issue, or
> task addressed; and (E) whether the compensation is reasonable,
> based on the customary compensation charged by comparably
> skilled practitioners in cases other than cases under this title.

17.    The Seventh Circuit Court of Appeals has stated that:

> The computation of hourly fees depends on the number of hours
> "reasonably" expended, the hourly rate of each [professional], the
> calculation of the time value of money (to account for delay in
> payment), potential increases and decreases to account for risk and
> the results obtained, and a complex of other considerations under
> the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986).  Additionally, other courts of appeal have

recognized that:

> [I]t is important for the court to maintain a sense of overall
> proportion and not become enmeshed in meticulous analysis of
> every detailed facet of the professional representation.  It is easy to
> speculate in retrospect that the work could have been done in less
> time or with fewer attorneys or with an associate rather than a
> partner.  On the other hand, it is also possible that [the client]
> would not have enjoyed the success it did had its counsel managed
> matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

18.    In reviewing the Final Fee Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.").

19.    In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

20.    In evaluating the Final Fee Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by F&P's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the

results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

21.     F&P's hourly rates of compensation for those attorneys and para-professionals during the Final Fee Application Period periods range from $40 to $620 (however, no professional with an hourly rate in excess of $475 (as discounted) has performed services herein).   Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction.   F&P consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient, and practical manner possible.

22.     In addition, as an accommodation to the Committee and the Debtor's estate (the "*Estate*"), F&P agreed to defer until the conclusion of the Chapter 11 Case the following fees (collectively, the "*Deferred Fees*"): (i) ten percent (10%) of professional fees incurred in connection with the Debtor's case, effective September 1, 2007, equal to roughly $40,000 during the Final Fee Application Period; (ii) $20,000 of professional fees incurred under the First Interim Fee Application; (iii) $5,100.98 of professional fees with respect to the Third Interim Fee Application; and (iv) fifty percent (50%) of professional fees incurred with respect to travel time to and from the Bankruptcy Court in Rockford, Illinois, equal to roughly $14,000. *In total, the Deferred Fees aggregate roughly $80,000, which F&P is prepared to waive upon full and final approval of the Final Fee Application.*

23.    A summary of the compensation requested herein regarding each of F&P's

professionals and para-professionals is set forth below:

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate[5] | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Allen, Patricia O. | Paralegal | N/A | $148.50 - $175.50 | 15.7 | $2,442.15 |
| Bergmann, Cynthia A. | Partner | 1985 | $396.00 | 0.3 | $118.80 |
| Cain-Lyle, Maurita V. | Paralegal | N/A | $175.50 | 119.9 | $21,042.45 |
| Fawkes, Thomas R. | Partner | 2002 | $275.00 - $364.50 | 137.8 | $44,350.20 |
| Franczyk, Cathleen | Paralegal | N/A | $162.00 - $180.00 | 5.8 | $1,008.00 |
| Girsch, Rebecca M. | Associate | 2000 | $234.00 | 22.6 | $5,288.40 |
| Goldstein, Harley J. | Partner | 1998 | $475.00 | 12.9 | $6,127.50 |
| Gomez, Teresa | Paralegal | N/A | $165.00 | 1.2 | $198.00 |
| Gray, James S. | Partner | 1969 | $423.00 | 11.4 | $4,822.20 |
| Hammer, Aaron L. | Partner | 1997 | $427.50 - $475.00 | 206.5 | $89,974.9 |
| Isenberg, Shira R. | Associate | 2003 | $319.50 | 225 | $70,652.10 |
| Jackiw, Brian | Associate | 2008 | $225.00 | 186.9 | $41,602.50 |
| Jazwiec, Jenny | Paralegal | N/A | $103.50 - $105.00 | 19 | $1,975.80 |
| Lamperis, Eleni S. | Associate | 1998 | $283.50 | 31.6 | $8,958.60 |
| McClintock, Matthew E. | Associate | 2003 | $260.00 | 28.1 | $6,786.00 |
| Morgan, James E. | Partner | 2001 | $475.00 | 21.1 | $8,362.5 |
| Morris, Wendy E. | Associate | 2003 | $265.50 | 39 | $10,354.50 |
| Pieper, Laura C. | Associate | 2001 | $265.50 | 21.9 | $5,277.15 |
| Thomas, Kathryn | Partner | 1993 | $217.50 - $435.00 | 3.3 | $961.35 |
| Toma, Susan E. | Paralegal | 2001 | $165.00 | 13 | $2,140.05 |
| Tovar-Risley, Jackline | Paralegal | N/A | $171.00 | 2.4 | $410.40 |
| **TOTAL:** | | | | **1125.4** | **$332,853.55[6]** |

---

[5]    The Hourly Rates displayed in the table reflects the fact that the billing rates of certain F&P professionals and para-professionals increased on January 1, 2008 and on January 1, 2009.

[6]    This total does not take into consideration the (i) $20,000 in deferred professional fees in the First Interim Fee Application, and (ii) $5,100.98 voluntary reduction in the Third Interim Fee Application. F&P is prepared to waive its right to seek payment of these amounts upon full and final approval of the Final Fee Application.

24.    No agreement or understanding exists between F&P and any other person for the sharing of compensation received or to be received in connection with this chapter 11 case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

25.    F&P reserves the right to correct, amend, or supplement this Final Fee Application, including, without limitation, to seek payment of the Deferred Fees in the event this Final Fee Application is not approved in full.

### SERVICES PERFORMED

26.    This Final Fee Application sets forth in detail the work performed by F&P and the time spent during the Final Fee Application Period.

**A.    General                                    $78,799.35**

27.    F&P spent 255.20 hours at a cost of $78,799.35 on general matters.  This category primarily includes time spent reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, corresponding with parties in interest concerning general case matters, and performing necessary administrative tasks typically associated with a committee representation (including performing court filings, maintaining and updating dockets, calendars, and correspondence files, and retrieving necessary documents). This category also includes time spent negotiating a (failed) settlement with the Debtor's principal, Frank Gluth, that would have significantly streamlined the administration of this chapter 11 case and resulted in a more expeditious distribution of funds to creditors.  Under this settlement, the Debtor's estate would have taken a mortgage of Frank Gluth's real property and a security interest in his personal property.  Ultimately, Frank Gluth withdrew from the settlement

process. Finally, this category includes matters which encompass more than one other discrete category.

**B.     Schedules and Reports**                                    **$2,473.65**

28.     F&P spent 5.8 hours at a cost of $2,473.65 on schedules and reports issues. This category primarily includes time spent reviewing and analyzing the monthly operating reports filed by the Debtor in this case.

**C.     F&P Retention and Fee Applications**                       **$33,311.42**

29.     F&P spent 140.6 hours at a cost of $33,311.42, preparing F&P's retention application, interim fee applications, this Final Fee Application, handling details of F&P's engagement by the Committee, and evaluating any and all related issues such as conflict and disclosure issues.   In connection with the Third Interim Fee Application, and as an accommodation to the estate, F&P voluntarily reduced its request for compensation on account of this project category in the amount of $5,100.98. This reduction is reflected in the total amount of professional fees for this project category sought to be approved in this Final Fee Application.[7]

**D.     Other Professional Retention and Fee Applications**       **$2,374.80**

30.     F&P spent 6.9 hours at a cost of $2,374.80 on other retention and fee application issues. This category primarily includes time spent reviewing fee applications of the Debtor's counsel, Querry & Harrow, Ltd., the Debtor's accountant, Fleming & Co., P.C., and the Debtor's motions to employ an auctioneer and real estate broker.

---

[7]     Not reflected in this total is the voluntary $20,000 holdback under the First Interim Fee Application related to this category (and others) that F&P is prepared to waive upon approval of the Final Fee Application in full.

E.      **Executory Contracts & Unexpired Leases**              **$213.75**

31.     F&P spent 0.5 hours at a cost of $213.75 on executory contracts and unexpired
lease issues.  This category primarily includes time spent reviewing the Debtor's motion to reject
certain executory contracts.

F.      **Claims Analysis and Operations**                      **$11,727.45**

32.     F&P spent 46 hours at a cost of $11,727.45 on claims analysis and operations.
This category primarily includes time spent on claims analysis and reviewing and addressing
multiple objections filed by the Debtor to claims.

G.      **Secured Creditors**                                   **$41,935.55**

33.     F&P spent 130.1 hours at a cost of $41,935.55 on secured creditor issues.  This
category primarily includes time spent reviewing the Debtor's motion to execute lien waivers,
negotiating issues regarding the same with Debtor's counsel and certain of the Debtor's
customers, analyzing the collateral position of the Debtor's pre-petition senior lender, American
Community Bank & Trust (the "*Bank*"), reviewing the Bank's motion to be dismissed from the
Debtor's chapter 11 case, and negotiating with the Bank and the Debtor regarding payments
made to the Bank on account of its purported secured claims.

H.      **Committee Meetings and Governance**                   **$10,891.60**

34.     F&P spent 28.9 hours at a cost of $10,891.60 on Committee meetings and
governance issues.  This category primarily includes time spent preparing for and conducting
meetings of the Committee, drafting minutes of Committee meetings, drafting the Committee by-
laws, ensuring that the Committee was governed pursuant to applicable requirements, and
addressing inquiries of Committee members with respect thereto.

**I.      Creditor Inquiries, Negotiations, and Settlement        $2,246.60**

35.      F&P spent 5.5 hours at a cost of $2,246.60 on issues concerning creditor
inquiries, negotiations, and settlement.  This category primarily includes time spent responding
to inquiries of unsecured creditors concerning their claims against the Debtor's estate, and
corresponding with parties in interest concerning unsecured creditor issues.

**J.      Asset Sales                                            $7,772.25**

36.      F&P spent 20.9 hours at a cost of $7,772.25 on asset sale issues.  This category
primarily includes time spent reviewing the Debtor's motion to sell assets outside the ordinary
course of business, investigating the potential retention of an alternate auctioneer, negotiating the
terms of the sale with the Debtor and other parties-in-interest, and entertaining inquiries from
creditors and potential purchasers of the Debtor's assets.

**K.      Avoidance Actions                                      $384.50**

37.      F&P spent 0.9 hours at a cost of $384.50 on avoidance action issues.  This
category primarily includes time spent investigating potential avoidance actions that may be
brought by the Debtor's estate for the benefit of unsecured creditors.

**L.      Plan & Disclosure Statement                            $119,429.10**

38.      F&P spent 407.1 hours at a cost of $119,429.10 on plan and disclosure statement
issues during the Final Fee Application Period.  This category primarily includes time spent
(i) drafting a Joint Plan of Reorganization (the "*Initial Plan*") and negotiating the terms of the
Initial Plan with Debtor's counsel, which was withdrawn by the Debtor in September 2008, and
(ii) then drafting the Committee's own Plan of Liquidation Dated January 27, 2009 (the
"*Liquidation Plan*") and related documentation (i.e., disclosure statement, creditor trust
agreement, memorandum in support of confirmation of the Liquidation Plan, proposed order
confirming the Liquidation Plan).  The Liquidation Plan proposed by the Committee was

unanimously accepted by creditors entitled to vote on the Liquidation Plan, and was confirmed by the Court on March 4, 2009 without any objection.

**M.    Litigation**                                                      **$1,417.05**

39.    F&P spent 4.3 hours at a cost of $1,417.05 on litigation issues. This category primarily includes time spent reviewing the Debtor's motion to approve settlement with a mechanics' lien claimant and time spent reviewing the Debtor's motions and drafting material transactional documents in connection with the Initial Plan.

**N.    Travel**                                                         **$14,111.75**

40.    F&P spent 69.8 hours at a cost of $14,111.75 on travel. This category primarily includes time spent by F&P attorneys traveling to and from Rockford, Illinois to attend hearings before the Court.   Additionally, this category includes time spent traveling to and from Committee meetings. Travel time for F&P attorneys reflects a fifty percent (50%) discount from F&P's standard billing rates.

<u>**REASONABLE EXPENSES INCURRED**</u>

41.    Detailed itemizations of all expenses incurred are incorporated in the detailed itemization of expenses attached hereto. Expenses during the Final Fee Application Period were incurred in the following general categories:

(a)    <u>Photocopying</u>: F&P incurred copying and printing charges in the amount of $9,284.60. The documents copied included the Liquidation Plan and related materials (which were sent to creditors entitled to vote on the plan), as well as correspondence, pleadings, research, briefs, memoranda, and similar materials relating to the chapter 11 case. F&P maintains a record of in-house copies made through a computerized system. This procedure requires an operator to key in a client's code number on a keypad attached to the copier. For

13

large projects, F&P uses outside copy services for purposes of efficiency and charges amounts actually incurred. No such outside copying service was used in this case.

(b)    <u>Outside Teleconferencing</u>:  F&P incurred expenses in the amount of $483.96 in connection with teleconferencing services. These expenses were necessary in order to conduct Committee meetings telephonically and participate in court hearings (through the Tele-Court system) at significant cost savings to the estate compared to requiring the Committee members and their counsel to meet in person, or for counsel to travel to Rockford for court hearings. F&P makes no profit on these expenses.

(c)    <u>Transportation</u>: F&P incurred expenses in the amount of $946.18 in connection with traveling to and from Rockford, Illinois for court appearances. These expenses were necessary in order to participate in court hearings. In extraordinary circumstances, additional expense was incurred when it became necessary to work late on matters directly connected to F&P's general representation of the Committee.

(d)    <u>Computer Legal Research</u>:  Computerized research services, charges for which amounted to $1,834.95, allowed F&P to reduce the time expended in researching complex areas of law. The information obtained from such computer assisted research was instrumental in preparing and arguing certain pleadings. The Seventh Circuit Court of Appeals has stated that even the most experienced attorney must conduct (or have conducted for her) research to evaluate changes in the law, address new issues, and refresh her recollection. Failure to do so would be to court sanctions or a malpractice suit. *Continental Illinois Securities Litigation*, 962 F.2d at 570.

(e)    <u>Title/UCC Searches</u>:  F&P incurred an expense in the amount of $501.95 in connection with performing title searches and UCC lien searches for various assets of the

Debtor.  This expense was necessary in order to effectively represent the Committee's interest with respect to various issues involving security interests and the Debtor's assets.

(f)   <u>Postage Expenses</u>:  F&P incurred expenses in the amount of $999.69 in connection with necessary postage expenses.  Postal services were necessary to solicit the Liquidation Plan on creditors and provide related notices, as well as to provide pleadings, motions, and other documents to parties in a timely manner, all as required by the Bankruptcy Rules and the Local Rules of this Court.  F&P incurred actual out-of-pocket expenses in relation to postal services, which were necessary for the proper representation of the Committee in this bankruptcy case.  F&P makes no profit on these expenses.

(g)   <u>Other Fees, Other Outside Services, Miscellaneous Expenses, and Meal and Conference Expenses</u>:  F&P incurred expenses in the amount of $1,409.51 in connection with necessary fees in other categories.  Such categories included wire fees for funds transfers, outside document filing, messenger service fees, court docket fees, and retrieval services, and miscellaneous meals and costs.

42.   All expenses incurred by F&P in connection with its representation of the Committee were ordinary and necessary expenses.  All expenses billed to the Committee were billed in the same manner as F&P bills non-bankruptcy clients.

43.   F&P does not bill its clients or seek compensation in this Final Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Instead, such expenses are factored into F&P's hourly rates.  F&P has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

## BENEFIT TO THE ESTATE

44.    F&P's efforts have benefited unsecured creditors.  Throughout the Debtor's case,

F&P was active on all matters in its representation of the Committee and filed the appropriate

pleadings to ensure that the rights of unsecured creditors are protected in accordance with the

Bankruptcy Code.  More importantly, after months of negotiations with the Debtor, Frank Gluth

and the U.S. Trustee, F&P drafted and filed the Liquidation Plan that was ultimately confirmed

by the Bankruptcy Court.  The Liquidation Plan provides for the orderly liquidation of the

Debtor's remaining assets and the prosecution of significant causes of action against third

parties.  As the Debtor's remaining assets are liquidated and collected, a creditor trustee will

make distributions to creditors on a pro rata basis after establishing appropriate reserves.  The

Liquidation Plan was unanimously accepted by creditors entitled to vote on the Liquidation Plan

and increases the opportunity for creditors to receive a meaningful return on their claims.  This

result may not have been the case if the chapter 11 case was converted to a chapter 7 liquidation,

which appeared the likely result had the Committee's Liquidation Plan not been confirmed

within the time frame agreed to among the parties.

## BILLING DISCRETION

45.    As set forth above, as an accommodation to the Committee and the Estate, F&P

agreed to defer the following Deferred Fees until the conclusion of the chapter 11 case: (i) ten

percent (10%) of professional fees incurred in connection with the Debtor's case, effective

September 1, 2007, equal to roughly $40,000 during the Final Fee Application Period;

(ii) $20,000 of professional fees incurred under the First Interim Fee Application; (iii) $5,100.98

of professional fees with respect to the Third Interim Fee Application; and (iv) fifty percent

(50%) of professional fees incurred with respect to travel time to and from the Bankruptcy Court

in Rockford, Illinois, equal to roughly $14,000.  ***In total, the Deferred Fees aggregate roughly***

***$80,000, which F&P is prepared to waive upon full and final approval of the Final Fee Application.***    In addition, and not reflected in the amount of fees and expenses sought pursuant to this Final Fee Application, F&P did not bill for a substantial portion of its time: (a) engaging in internal strategy conferences; and (b) discussing the cases and related issues with creditors and their professionals or advisors.

## COMMITTEE REVIEW

46.    The Committee members have reviewed this Final Fee Application and have approved of all the professional fees and expenses sought herein.

## NOTICE

47.    Pursuant to Bankruptcy Rule 2002(a)(6), twenty days' notice of this Final Fee Application has been provided to: (a) the Debtor and its counsel; (b) the Office of the United States Trustee; (c) all parties who have filed a request to receive notice pursuant to Bankruptcy Rule 2002; and (d) all creditors and parties-in-interest listed on the Debtor's creditor matrix.

**WHEREFORE**, F&P respectfully requests that the Court enter an order:

(a)    allowing F&P, on a final basis, $307,752.57 in compensation for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)    allowing F&P, on a final basis, $16,488.16 in reimbursable expenses for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)    authorizing payment to F&P of $163,990.67, representing all unpaid, non-deferred amounts (i.e., the Deferred Fees) owing to F&P on account of the Final Fee Application; and

(d)    granting such other and further relief as the Court deems just and proper.

Dated:  April 2, 2009                    **FREEBORN & PETERS LLP**


By:    _____/s/ Aaron L. Hammer_____
       Aaron L. Hammer (No. 6243069)
       Shira R. Isenberg (No. 6279718)
       Brian J. Jackiw (No. 6296807)
       FREEBORN & PETERS LLP
       311 South Wacker Drive, Suite 3000
       Chicago, Illinois 60606
       Telephone:  312.360.6000
       Facsimile:  312.360.6520

18

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 71375 |
| | ) | |
| GLUTH BROS. CONSTRUCTION, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Hearing: April 22, 2009, at 10:30 a.m. |
| | ) | |

## CERTIFICATE OF SERVICE

I, Aaron L. Hammer, hereby certify that on Thursday, April 2, 2009, I caused a true and correct copy of the foregoing *Notice of Motion, Coversheet and Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* to be filed electronically with the Court and be served upon the ECF Notice Parties by electronic mail, and the *Notice of Motion of the Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* be served upon the Manual Service list via U.S. Mail postage pre-paid.

                                         /s/ Aaron L. Hammer

Aaron L. Hammer (No. 6243069)
Shira R. Isenberg (No. 6279718)
Brian J. Jackiw (No. 6296807)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile:  312.360.6520

# **ECF NOTICE LIST**

The following is the list of parties who are currently on the list to receive e-mail notices for this case.

Robert R Benjamin    rbenjamin@querrey.com, ksheldon@querrey.com,cfallara@querrey.com
Beverly A Berneman    bberneman@querrey.com, cfallara@querrey.com
Jeffrey Chang    jchang@wildman.com, ecf-filings@wildman.com
Jennifer L. Dunitz-Geiringer    jdunitz.geiringer@baumsigman.com
Devon J Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
Jeffrey L. Gansberg    gansberg@live.com
Raymond R Geimer    kissnryan@aol.com
Peggy D. Gerkin    jpm@fgmlaw.com
Aaron L Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
Richard N. Kessler    rkessler@mcdonaldhopkins.com,
costachowski@mcdonaldhopkins.com;nscanlon@tbalaws.com
LaKisha M Kinsey-Sallis    lkinsey@dbb-law.com
Bradley T Koch    bkoch@holmstromlaw.com
Christina K Krivanek    christinak@chilpwf.com, fundcounsel@gmail.com
Wendy E Morris    wmorris@freebornpeters.com, bkdocketing@freebornpeters.com
William Neary    USTPRegion11.MD.ECF@usdoj.gov
William S. Piper    wpiper@rmp-llc.com, hemmett@rmp-llc.com
Mark L Radtke    mradtke@shawgussis.com, dkrasa-berstell@akingump.com
Michele M. Reynolds    efile@dbb-law.com
Kenneth F. Ritz    kenritz@aol.com
Jason H Rock    jrock@bslbv.com
Eileen M Sethna    esethna@querrey.com, cfallara@querrey.com
James E Stevens    jstevens@bslbv.com
Peter G Swan    peter@esb-law.com
Kathryn C Thomas    kthomas@freebornpeters.com
Gary M. Vanek    gvanek@sbfklaw.com
Patrick T. Wallace    wallace.patrick@gmail.com, fundcounsel@gmail.com
Thomas P. Walz    thomas.p.walz@usdoj.gov
Raphael E Yalden    raphaeleyaldenii@msn.com

**MANUAL SERVICE LIST**

Label Matrix for local noticing
0752-3
Case 07-71375
Northern District of Illinois
Rockford
Wed Apr  1 14:47:16 CDT 2009

American Community Bank
c/o Attorney James M. Kiss
96 Kennedy Memorial Drive
Suite 203
Carpentersville, IL 60110

Centegra Health Systems
4201 Medical Center Drive
McHenry, IL 60050-8409

Construction and General Laborers' Dist
999 McClintock Drive, Suite 300
Burr Ridge, IL 60527-0824

Contract Dewatering Services
5820 W Riverside Dr
Saranac, MI 48881

EBCO Construction, LLC
c/o John Cruciani
Blackwell Sanders
4801 Main St., Suite 1000
Kansas City, MO 64112-2551

Fox Valley Laborers Health & Welfare Fund
2400 Big Timber Road
Bldg B Suite 206
Elgin, IL 60124-7835

Fox Valley Laborers Pension Fund
2400 Big Timber Road
Bldg B Suite 206
Elgin, IL 60124-7835

Foxcroft Meadows, Inc
5402 Edgewood Rd
Crystal Lake, IL 60012-1318

Gluth Bros. Construction, Inc.
1151 Lake Avenue
Woodstock, IL 60098-7413

HD Supply Waterworks, Inc.
c/o Emalfarb Swan & Bain
440 Central Ave
Highland Park, IL 60035-2651

John Deere Construction & Forestry Company
P.O. Box 6600
Johnston, IA 50131-6600

Landscaping & Construction Solutions
2233 Palmer Dr
Suite B
Schaumburg, IL 60173-3806

Lee Jensen Sales Co., Inc
101 W. Terra Cotta Ave.
Crystal Lake, IL 60014-3507

Meyer Material Company
Raphael E. Yalden II
Yalden, Olsen & Willette
1318 E. State Street
Rockford, IL 61104-2228

Mid American Water Aurora
1500 East Mountain
Aurora, IL 60505-2441

Morse Electric
500 W South Street
Freeport, Il 61032-6836

Partners in Maintenance
1504 S Oak AVe
Freeport, IL 61032-6445

PetroLiance LLC
PetroLiance LLC
739 N. State Street
Elgin, IL 60123-2144

Prairie Material
7601 W 79th St
Bridgeview, IL 60455-1115

RP Services
P O BOX 1165
Belvidere, IL 61008-1165

Raycraft-Pitel Septic Inc
5219 Richmond Road
PO Box 193
Ringwood, IL 60072-0193

Shaw Gussis Fishman Glantz Wolfson & Towbin
321 N. Clark Street
Suite 800
Chicago, IL 60654-4766

Tonyan Bros Inc
PO Box 70
5101 N Route 31
Ringwood, IL 60072-9614

Tonyan Bros Inc dba Spring Lake Sand & Grave
PO Box 70
5101 N Route 31
Ringwood, IL 60072-9614

Valley Block & Supply Co.
13 N 085 Coombs Road
Elgin, IL 60124-7913

Valley Block/Northfield Block
13N085 Coombs Rd
Elgin, IL 60124-7913

West Bend Mutual Insurance Company
8401 Greenway Blvd
Suite 1100
P.O. Box 620976
Middleton, wi 53562-0976

Woodstock Napo
C/O John Reichert
666 E. Calhoun Street
Woodstock, IL 60098-4287

U.S. Bankruptcy Court
Western Division
211 S. Court Street
Rockford, IL 61101-1219

AMERIGLASS & MIRROR
2300 S EASTWOOD DR
WOODSTOCK, IL 60098-4615

ANTIOCH TIRE INC
440 East Rte 173
Antioch, Il 60002

ARATEX SERVICES,INC.
P.O.BOX 7177
ROCKFORD, IL 61126-7177

ASSOCIATED ELECTRICAL CONTRACTORS
PO BOX 39
WOODSTOCK, IL 60098-0039

ASSOCIATED PENSION SERVICES
601 CAMPUS DRIVE
SUITE B4
ARLINGTON HGTS, IL 60004-7800

AT&T
PO BOX 8100
AURORA, IL 60507-8100

AVAYA
P.O.BOX 5332
NEW YORK, NY 10087-5332

Aaron L Hammer
Freeborn & Peters LLP
311 So. Wacker Drive  Ste 3000
Chicago, Il 60606-6679

American Community Bank
1290 Lake Ave
PO Box 1720
Woodstock, Il 60098-1720

American Community Bank & Trust
% Raymond R Geimer
Kiss Ryan & Anderson Ltd PC
96 Kennedy Memorial Dr  Ste 203
Carpentersville, Il 60110

Arthur J. Lootens & Son, Inc.
08551 Joliet Road
West Chicago, IL 60185-3762

Attorney Devon J Eggert
Querrey & Harrow
175 W Jackson Blvd  Ste 1600
Chicago, Il 60604-2686

Attorney Samuel H Levine
Arnstein & Lehr LLP
120 S Riverside Plaza  Ste 1200
Chicago, Il 60606-3910

Avaya Inc
% RMS Bankruptcy Recovery Serv
PO Box 5126
Timonium, MD 21094-5126

BETH & RUDNICKI INSURANCE AGENCY
5411 E. STATE ST, SUITE 204
ROCKFORD, IL 61108-2376

BOHN'S ACE HARDWARE, INC.
P.O. BOX 545
WOODSTOCK, IL 60098-0545

BOTTS WELDING & TRUCK SERVICE
PO BOX 430
WOODSTOCK, IL 60098-0430

BUILDING AND PUBLIC WORKS
MILWAUKEE, WI 53293-0931

Brian J Jackiw
Freeborn & Peters LLP
311 So Wacker Dr  Ste 3000
Chicago, Il 60606-6679

Bryn Mawr of Crystal Lake LLC
% James E Stevens
6833 Stalter Drive
Rockford, Il 61108-2579

Bryn Mawr of Crystal Lake LLC
308 W Erie St  Ste 700
Chicago, Il 60654-3963

Bryn Mawr of Crystal Lake, LLC
308 W. Erie Street, Suite 700
Chicago, IL 60654-3963

CARQUEST AUTO PARTS
1055 WANDA LANE
WOODSTOCK, IL 60098-4658

CENTEGRA HEALTH SYSTEM
PO BOX 5995
PEORIA, IL 61601-5995

CENTEGRA OCCUPATIONAL MEDICINE
PO BOX 755
MCHENRY, IL 60051-9012

CENTRAL BORING INC.
3 G.K. LANE
LINCOLNSHIRE, IL 60069-4316

CENTRAL PIPE SALES LLC
P.O. BOX 2404
JOLIET, IL 60434-2404

CHICAGO INTERNATIONAL TRUCK, LLC
1827 Walden Office Square  Ste 275
Schaumburg, Il 60173-4269

CHICAGO LABORERS
PENSION AND WELFARE FUND
33367 TREASURY CENTER
CHICAGO, IL 60694-3300

CITIBANK
P.O.BOX 6200
THE LAKES, NV, NV 88901-0001

CITY OF ELGIN
150 DEXTER COURT
ELGIN, IL 60120-5555

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

COMED
CLAIMS DEPARTMEN
THREE LINCOLN CENTRE
OAKBROOK TERRAC, IL 60181-4204

CONSERV FS INC.
BILL WICKERSHEIM
PO BOX 1550
WOODSTOCK, IL 60098-1550

CONSOLIDATED ELECTRICAL
CED/CONSOLIDATED ELECTRIC
171 ERICK STREET, UNIT U1
CRYSTAL LAKE, IL 60014-4550

CONTRACT DEWATERING SERVICE, INC.
5820 W RIVERSIDE DR
PO BOX 1
SARANAC, MI 48881-0001

CORAL LAKE SAND & GRAVEL
400 EAST TERRA COTTA AVE
CRYSTAL LAKE, IL 60014-3611

COUNTRYSIDE FLOWERS
5301 S.TERRA COTTA AVE
CRYSTAL LAKE, IL 60014

CURRAN CONTRACTIING COMPANY INC.
7502 SOUTH MAIN ST
CRYSTAL LAKE, IL 60014-8036

Central Boring Inc
% Richard N Kessler
McDonald Hopkins LLC
640 N LaSalle  Ste 590
Chicago, Il 60654-3731

Central Boring, Inc.
c/o Attorney Michael D. Furlong
Trobe, Babowice & Associates, LLC
404 West Water Street
Waukegan, IL 60085-5528

Central Laborers Pension Fund
PO Box 1267
Jacksonville, IL 62651-1267

Central Laborers' Pension, Welfare & An
c/o Richard A. Toth
Daley and George, Ltd.
20 S. Clark St., Suite 400
Chicago, IL 60603-1835

Cheers Holdings LLC
% Atty Bradley T Koch
Holstrom & Kennedy PC
PO Box 589
Rockford, Il 61105-0589

Chicagoland Construction Safety
Counsel
36990 N GREENBAY RD
Waukegan, IL 60087-3406

City of Crystal Lake
100 W. Municipal Complex
Crystal Lake, IL 60014-4200

ComEd Co
Attn Bankruptcy Section/Revenue Mgmt
2100 Swift Dr
Oakbrook, Il 60523-1559

Consolidated Electrical
c/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188-1865

Consolidated Electrical Distributors
CED Credit Office
PO Box 2107
LaGrange, Il 60525-8207

DAYTON BAG & BURLAP
PO BOX 710233
CINCINNATI, OH 45271-0001

DREISILKER ELECTRIC MOTOR
36249 Treasury Center
Chicago, IL 60694-6200

DRH Cambridge Homes, Inc.
c/o Deborah M. Gutfeld
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263

Department of the Treasury
Internal Revenue Service
30 E 7th St  Ste 1222 M/S 5700
St Paul, MN 55101-4940

EAST JORDAN IRONWORKS, INC.
PO Box 439
East Jordan MI 49727-0439

EBCO Construction
% Jeffrey Chang
Wildman Harrold Allen & Dixon LLP
225 W Wacler Dr  Ste 2000
Chicago, Il 60606-1270

EBCO Construction LLC
% John J Cruciani
Blackwell Sanders LLP
4801 Main St  Ste 1000
Kansas City, MO 64112-2551

EDS' RENTAL & SALES, INC.
904 N FRONT ST
71,300.00
MCHENRY, IL 60050

EJ EQUIPMENT, INC.
P.O.BOX 665
MANTENO, IL 60950-0665

FALK METZ LLC
TWO FIRST NATIONAL PLAZA
20 S CLARK ST, STE 1900
CHICAGO, IL 60603-1884

FASTENAL COMPANY
Attn: Legal
P.O.BOX 978
WINONA, MN 55987-0978

FGMK, LLC
2801 LAKESIDE DR - THIRD FLOOR
BANNOCKBURN, IL 60015-1211

FILTER RENU OF ILLINOIS INC.
375 SOUTH LOCUST ST
MANTENO, IL 60950-1603

FIRE & SAFETY EQ. OF ROCKFORD
2420 Harrison Ave.
PO Box 5646
Rockford, IL 61125-0646


FORRER SUPPLY CO., INC.
W194N11811 MCCORMICK DR
PO BOX 220
GERMANTOWN, WI 53022-0220

FOX VALLEY LABORERS BENEFIT FUNDS
% Dowd Bicch & Bennett
8 S Michigan Ave 19th Flr
CHICAGO, IL 60603-3357

Fleming and Co.
4123 W. Shamrock Lane
Mchenry, IL 60050-8289


Frank Gluth
14217 Davis Road
Woodstock, IL 60098-7650

GARY SCHAUER EXCAVATING INC
13201 DAVIS RD
WOODSTOCK, IL 60098-7680

GAVERS ASPHALT PAVING & EXC.
1100 BORDEN LANE
WOODSTOCK, IL 60098-2320


GESKE & SONS, INC.
400 EAST TERRA COTTA AVE
CRYSTAL LAKE, IL 60014-3611

GRABER CONCRETE PIPE CO
24 W 121 ARMY TRAIL ROAD
BLOOMINGDALE, IL 60108-1396

GREAT LAKES AIRGAS, INC.
PO BOX 2395
WATERLOO, IA 50704-2395


GROVE ELECTRIC,INC.
155 S.SAYTON RD
FOX LAKE, IL 60020-1763

Graber Engineering & Sales Co
24 W 121 Army Trail Rd
Bloomingdale, Il 60108-1375

HD SUPPLY WATERWORKS LTD.
PO BOX 91036
CHICAGO, IL 60693-1036


HD Supply Waterworks, Ltd.
c/o Howard M. Bain -- ES&B
440 Central Ave.
Highland Park, IL 60035-2651

HERITAGE CRYSTAL CLEAN
P O BOX 68123
INDIANAPOLIS, IN 46268-0123

HICKSGAS WOODSTOCK
1023 LAKE AVE
WOODSTOCK, IL 60098-7409


HOWELL TRACTOR & EQUPMENT, LLC
3111 W 16th St
Hazel Crest, Il 60429

HSBC BUSINESS SOLUTIONS
PO BOX 5219
6004-3005-8029-2917
CAROL STREAM, IL 60197-5219

HSBC Bank Nevada, N.A.
eCAST Settlement Corporation
(Menards)
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083


I.U.O.E. LOCAL 150 ADMIN DUES
P.O. BOX 94427
CHICAGO, IL 60690-4427

ILL. DEPT. OF TRANSPORTATION
ROOM 117 ADMINS. BUILDING
2300 S. DIRKSEN PARKWAY
SPRINGFIELD, IL 62764-0002

ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
Atty General Sect / 9th Flr
33 So State Street
CHICAGO, IL 60603-2804


ILLINOIS EPA FISCAL SERVICES
CASH RECEIPTS #2
P.O. BOX 19276
SPRINGFIELD, IL 62794-9276

INTERNAL REVENUE SERVICE
PO BOX 105421
ATLANTA, GA 30348-5421

INTERSTATE BATTERY SYSTEM
333 W STATE RD - UNIT D
ISLAND LAKE, IL 60042-9704


IROQUOIS PRODUCTS
2220 WEST 56TH ST
CHICAGO, IL 60636-1046

ITT FLYGT
8402 W 183rd St
Tinley Park, Il 60487-6201

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

JENSEN'S PLUMBING & HEATING, INC.
670 E.CALHOUN ST.
WOODSTOCK, IL 60098-4287

JOS. D. FOREMAN & COMPANY
28102 INDUSTRIAL DR
BARRINGTON, IL 60010-2450

James S Jorgensen
Adm of Funds
% Christina Krivanek
53 W Jackson Blvd  #550
Chicago, Il 60604-3425


James S Jorgensen
Adm of Funds
% Patrick T Wallace
53 W Jackson Blvd  #550
Chicago, Il 60604-3425

Jeffrey Chiappetta
9012 Ramble Road
Wonder Lake, IL 60097-8415

John Deere Construction & Forestry Company
Attn:  Ruth Van Roekel
P.O. Box 6600
Johnston, IA  50131-6600


John Deere Credit
PO Box 6600
Johnston, IA 50131-6600

KASPER TRUCKING, INC.
5441 FOREST HILLS COURT
LOVES PARK, IL 61111-8318

KIMBALL MIDWEST
DEPT L - 2780
COLUMBUS, OH 43260-0001


Kasper Trucking
c/o Timothy A. Miller #3543
PO Box 4749
Rockford, IL 61110-4749

Kathryn C Thomas
Freeborn & Peters LLP
311 So Wacker Dr  Ste 3000
Chicago, Il 60606-6679

Kimball Hill Homes Illinois LLC
% Atty Samuel H Levine
120 So Riverside Plaza  Ste 1200
Chicago, Il 60606-3910


LABORERS WORK DUES FUND
DEPARTMENT 4334
CAROL STREAM, IL 60122-4334

LAFARGE FOX RIVER, INC.
23285 NETWORK PLACE
CHICAGO, IL 60673-1232

LAKE AUTO SUPPLY, INC.
PO BOX 535
CRYSTAL LAKE, IL 60039-0535


LEACH ENTERPRISES
4304 RT. 176
CRYSTAL LAKE, IL 60014-3799

LOCAL 301
CONSTRUCTION INDUSTRY
36990 N GREENBAY RD
WAUKEGAN, IL 60087-3406

LOCAL 301
PENSION FUND & SEVERANCE
36990 N GREENBAY RD
WAUKEGAN, IL 60087-3406


LOCAL 301 HEALTH & WELFATE
LOCAL UNION NO. 301 I.B.
36990 N GREENBAY RD
WAUKEGAN, IL 60087-3406

LaKisha M Kinsey-Sallis
Michele M Reynolds
Dowd, Bloch & Bennett
8 S Michigan Ave  19th Flr
Chicago, Il 60603-3357

Laborers District Council
c/o Dowd Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603-3357


Laborers Health & Welfare Fund of the Health
Dept of Cons & Gen Lab Dist Council of C
% Christina K Krivanek
53 W Jackson Blvd  #550
Chicago, Il 60604-3425

Laborers' Pension and Welfare Fund
Attn Christina Krivanek
53 W. Jackson, #550
Chicago, Il 60604-3425

Laborers'Pension Fund & Laborers'W
Health & Welfare Dept
Patrick T Wallace
53 W Jackson Blvd  #550
Chicago, Il 60604-3425


Local 150 I.U.O.E. Vacation Savings Plan
c/o Jennifer Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Suite 2200
Chicago, IL 60606-5231

Local 150 I.U.O.E. Vacation Savings Plan
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

Local 150IUOE Vacation Savings Plan
c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632


M.O.E.CONSTRUCTION INDUSTRY
RESEARCH AND SERVICE TRUST FUND
P.O. BOX 74632
CHICAGO, IL 60675-4632

MARBA INDUSTRY
ADVANCEMENT FUND
36990 N GREENBAY RD
WAUKEGAN, IL 60087-3406

MARENGO DISPOSAL CO.
BOX 673043
183,934.00
MILWAUKEE, WI 53267-0001

MATERIAL SERVICE CORPORATION
181 WEST MADISON ST
SUITE 1800
CHICAGO, IL 60602-4693

MCHENRY ANALYTIC WATER LAB
4314-A CRYSTAL LAKE RD
MCHENRY, IL 60050-4281

MCHENRY COUNTY COLLECTOR
2200 N SEMINARY AVE
WOODSTOCK, IL 60098-2698

MCMASTER CARR
P.O.BOX 7690
CHICAGO, IL 60680-7690

METRO UNDERGROUND, INC.
SERVICES, INC.
901 RIDGEWAY AVE
AURORA, IL 60506-5432

METROPOLITAN INDUSTRIES,
37 FORESTWOOD DR
ROMEOVILLE, IL 60446-1343

MEYER MATERIAL COMPANY
1819 N DOT ST
PO BOX 511
MCHENRY, IL 60051-0511

MID AMERICAN WATER
1125 N OLD RAND ROAD
WAUCONDA, IL 60084-1203

MIDWEST HOSE & FITTINGS INC.
1840 INDUSTRIAL DR
UNIT 300
LIBERTYVILLE, IL 60048-9400

MOE Construction Industry Research and Servi
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

Material Service Corporation
c/o Gould & Ratner/Howard Turner
222 N. LaSalle St.,
Chicago, IL 60601-1003

Meyer Material Company
% Raphael E Yalden II
Yalden Olsen & Willette
1318 E State St
Rockford, Il 61104-2228

Mid American Water of Waconda, Inc.
1500 Mountain
Aurora, IL 60505-2441

Mid American Water of Wauconda
1500 Mountain
Aurora, IL 60505-2441

Midwest Operaing Engineers Welfare
Fund c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632

Midwest Operating Engineers Apprenticeship F
6150 Joliet Road
Countryside, IL 60525-3956

Midwest Operating Engineers Pension
Fund c/o M.O.E.Fringe Benefit Funds
PO Box 74632
Chicago, IL 60675-4632

Midwest Operating Engineers Pension Fund
6150 Joliet Road
Countryside, IL 60525-3994

Midwest Operating Engineers Pension Fund
c/o Jennifer Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Suite 2200
Chicago, IL 60606-5231

Midwest Operating Engineers Pension Fund
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

Midwest Operating Engineers Vacation Savings
6150 Joliet Road
Countryside, IL 60525-3956

Midwest Operating Engineers Welfare Fund
6150 Joliet Road
Countryside, IL 60525-3994

Midwest Operating Engineers Welfare Fund
c/o Jennifer Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Suite 2200
Chicago, IL 60606-5231

Midwest Operating Engineers Welfare Fund
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

NAFISCO, INC.
4152 WARREN AVE
HILLSIDE, IL 60162-1783

NATIONAL PLUMBING & HEATING
P.O.BOX 475
CRYSTAL LAKE, IL 60039-0475

NCILHWE
PO BOX 9090
PEORIA, IL 61612-9090

NEENAH FOUNDRY COMPANY
BOX 729
NEENAH, WI 54957-0729

NICOR GAS
PO BOX 416
AURORA, IL 60568-0001

NICOR GAS CLAIMS DEPT
PO BOX 585
AURORA, IL 60507-0585

NRA INSTITUTE
P.O.BOX 1730
WASHINGTON, D.C 20077-0001

Nextel
Sprint
PO Box 541023
Los Angeles, CA 90054-1023

OLD REPUBLIC SURETY GROUP
PO BOX 1635
MILWAUKEE, WI 53201-1635


OPTIONS 4 HEALTH
1110 E.GRANT HIGHWAY
MARENGO, IL 60152-3410

Official Comm of Unsecured Creditors
% Thomas R Fawkes
311 So Wacker Dr  Ste 3000
Chicago, Il 60606-6683

Old Repubic Surety Co.
53 W. Jackson Blvd, Suite 1215
Chicago, IL 60604-3785


Operating Engineers Local 150 Apprenticeship
c/o Jennifer Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Suite 2200
Chicago, IL 60606-5231

Operating Engineers Local 150 Apprenticeship
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

P.O. KNUTH'S, INC.
110 S. JOHNSON
WOODSTOCK SQUARE MALL
WOODSTOCK, IL 60098-3259


PARTNERS IN MAINTENANCE
PO BOX 874
FREEPORT, IL 61032-0874

PATTEN TRACTOR & EQUIPMENT
635 WEST LAKE ST
ELMHURST, IL 60126-1409

PERFORMANCE DIESEL INC.
P.O. BOX 490
WOODSTOCK, IL 60098-0490


PERMIT OFFICE LAKE COUNTY DIVISION
OF TRANSPORTATION
600 W WINCHESTER RD
LIBERTYVILLE, IL 60048-1329

PETROLIANCE LLC
739 N STATE ST.
ELGIN, IL 60123-2144

PHIL'S EQUIPMENT & REPAIR
P.O.BOX 173
GILBERTS, IL 60136-0173


POMP'S TIRE SERVICE, INC.
P.O.BOX 1630
GREEN BAY, WI 54305-1630

PRAIRIE MATERIAL
7601 WEST 79TH ST
BRIDGEVIEW, IL 60455-1115

PREMIER DIAMOND
3998 FAU BLVD ST E 104 BLD
BOCA RATON, FL 33431-6429


Powers Auction and Eqiupment Sales
1017 Trakk Lane
Woodstock, IL 60098-9488

QUILL CORPORATION
P.O. BOX 94081
PALATINE, IL 60094-4081

R & J CONSTRUCTION SUPPLY
11902 NORTH ST
HUNTLEY, IL 60142-9603


R H DONNELLY
8519 INNOVATION WAY
CHICAGO, IL 60682-0085

R.A. ADAMS ENTERPRISES, INC.
260 W RT 120
MCHENRY, IL 60051

RAYCRAFT-PITEL SEPTIC INC.
PO BOX 193
RINGWOOD, IL 60072-0193


REICHERT CHEVROLET
2145 S. EASTWOOD DR
WOODSTOCK, IL 60098-4604

RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682-0080

REMKE'S GARAGE
8122 S.GRANT HIGHWAY
MARENGO, IL 60152-9443


RIEKE SEPTIC SERVICE
PO BOX 188
DUNDEE, IL 60118-0188

ROCKFORD INDUSTRIAL WELDING
P.O.BOX 5404
ROCKFORD,IL 61125-0404

ROCKFORD RIGGING, INC.
5401 MAIN SAIL
ROSCOE, IL 61073-8669

ROLAND MACHINERY COMPANY
816 NORTH DIRKSEN PARKWAY
P.O. BOX 2879
SPRINGFIELD, IL 62708-2879

RP Services
C/o Attorney Charles T. Sewell
215 South State Street
Belvidere, IL 61008-3616

Resource Companies Inc/Resource Utility Supp
% Elizabeth Bates/Huck Bouma PC
1755 S Naperville Rd  #200
Wheaton, Il 60189-5844


Robert J. Nelson
3750 E. Solon Road
Solon Mills, IL 60071-8001

SAFETY ALLIANCE, LTD.
223 HEATH CT
BARRINGTON, IL 60010-4822

SANITARY PLUMBING & HEATING CO
14703 HONEYSUCKLE LN
WOODSTOCK, IL 60098-9675


SCHULHOF COMPANY
4243 N. HONORE
CHICAGO, IL 60613-1080

SMITH ENGINEERING CONSULTING
4500 PRIME PARKWAY
MCHENRY, IL 60050-2136

SPRING LAKE SAND & GRAVEL
P.O.BOX 127
SPRING GROVE, IL 60081-0127


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181

STAN'S OFFICE MACHINES
1375 S. EASTWOOD DR
WOODSTOCK, IL 60098-4648

SUNSOURCE
NW 7809 PO BOX 1450
MINNEAPOLIS, MN 55485-7809


Spring Lake Sand & Gravel
% Donald C Stinespring & Assoc
5414 Hill Rd / PO Box 382
Richmond, Il 60071-0382

Stan's Office Technologies
1375 S. Eastwood Drive
PO Box 1249
Woodstock, IL 60098-1249

State of Wisconsin-Dept of Revenue
POB 8901
Madison WI 53708-8901


TEAMSTERS JOINT COUNCIL
TRAINING FUND
36990 N GREENBAY RD
WAUKEGAN, IL 60087-3406

THELEN SAND & GRAVEL
PO BOX 730
SPRING GROVE, IL 60081-0730

TONYAN BROS. INC
5101 ROUTE 31
PO BOX 70
RINGWOOD, IL 60072-0070


Tonyan Bros Inc
%Donald C Stinespring & Assoc
5414 Hill Road
PO Box 382
Richmond, Il 60071-0382

Tonyan Bros. Inc.
c/o Donald C. Stinespring & Assts.
5414 Hill Road/ Po Box 382
Richmond, IL 60071-0382

UNICARE HEALTH INSURANCE
PO BOX 0797
CAROL STREAM, IL 60132-0001


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0001

UNITED STRUCTURAL SYSTEMS
CHICAGO INC
21988 PEPPER RD
BARRINGTON, IL 60010-2551

UNIVERSAL PIPE & SUPPLY,
P.O. BOX 2404
JOLIET, IL 60434-2404


United Fire & Casualty Co.
Cedar Rapids, IA

VALLEY AGGREGATES, LTD.
1100 BORDEN LANE
WOODSTOCK, IL 60098-2320

VALLEY BLOCK & SUPPLY CO./Northfield Block C
13N085 COOMBS RD
Elgin, IL 60124-7913


VERMEER MIDWEST/VERMEER, IL
2801 BEVERLY DR
AURORA, IL 60502-9763

VILLAGE OF CARPENTERSVILLE
1200 L.W. BESINGER DR
CARPENTERSVILLE, IL 60110-2097

VILLAGE OF OSWEGO
113 MAIN STREET
OSWEGO, IL 60543-8593

VISU SEWER CLEAN AND SEAL
W230 N4855 BETKER DR
PEWAUKEE  WI 53072-1430

VULCAN MATERIALS COMPANY
75 REMITTANCE DR, STE 3
CHICAGO, IL 60675-3155

WATER PRODUCTS COMPANY
4379 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0043


WELCH BROS. INC.
1050 ST. CHARLES ST.
ELGIN, IL 60120-8441

WEST BEND MUTUAL INSURANCE
1900 South 18th Ave.
West Bend, WI 53095-9791

WEST SIDE EXCHANGE
DEPT 4570
PO BOX 87618
CHICAGO, IL 60680-0618


WILLIAM RUTH CO., INC.
13417 ERNESTI RD
HUNTLEY, IL 60142-9784

WISCONSIN DEPT.OR REVENUE
BOX 93931
MILWAUKEE, WI 53293-0931

WISCONSIN LABORERS FRINGE
BENEFIT FUNDS
BOX 684001
MILWAUKEE, WI 53268-4001


WOODSTOCK AUTO BODY INC.
1295 S EASTWOOD DR
WOODSTOCK, IL 60098-4672

WOODSTOCK FORD & MERCURY
1460 S. EASTWOOD DR
WOODSTOCK, IL 60098-4651

WOODSTOCK LUMBER CO., INC.
1101 LAKE AVENUE
WOODSTOCK, IL 60098-7413


Water Products Company of Aurora Inc
3255 East New York
Aurora, Illinois 60504-6604

Water Products Company of Aurora Inc.
% James P Chivilo
131 So Dearborn St  30th Flr
Chicago, Il 60603-5517

Welch Bros Inc
% Gary M Vanek
Schnell Bazos Freeman Kramer et al
1250 Larkin Ave  Ste 100
Elgin, IL 60123-6078


Wendy E Morris
Freeborn & Peters LLP
311 So. Wacker Dr  Ste 3000
Chicago, Il 60606-6679

West Bend Mutual Ins. Co.
8401 Greenway Blvd., Suite 1100
Middleton, WI 53562-4671

William R. Nellessen
901 Indian Point Rd.
Twin Lakes, WI 53181


ZIBELL WATER SERVICE PRODUCTS
2001 PRATT BLVD.
ELK GROVE VLGE, IL 60007-5987

Beverly A Berneman
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2686

Devon J Eggert
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606-6679


Eileen M Sethna
Querrey & Harrow
175 W. Jackson Blvd.  Suite 1600
Chicago, IL 60604-2686

John Cruciani
c/o Blackwell Sanders LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112-2551

Robert Nelson
c/o Franks, Gerkin & McKenna, P.C.
P.O. Box 5
Marengo, IL 60152-0005


Robert R Benjamin
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2686

William Neary
Office of the U.S. Trustee, Region 11
780 Regent Street
Suite 304
Madison, WI 53715-2635

c/o Receivable Mgmt Avaya Inc
P.O. Box 5126
Timonium, MD 21094-5126


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AJ Unlimited, LLC dba Carquest of Woodstoc

(u)Airgas North Central

(u)Ameriglass and Mirror

(u)Botts Welding & Truck

(u)Bryn Mawr of Crystal Lake LLC

(u)Central Boring, Inc.

(u)Cheers Holding, LLC

(u)E J Equipment, Inc.

(u)Fleming & Co PC

(u)Fox Valley Laborers Benefit Funds

(u)Freeborn & Peters LLP

(u)Graber Concrete Pipe Co

(u)Graber Engineering & Sales

(u)Harding Real Estate

(u)Kasper Trucking Inc

(u)Kimball Homes

(u)Laborers District Council

(u)Laborers Health and Welfare Fund of the He

(u)Local 150, I.U.O.E. Vacation Savings Plan

(u)McHenry Analytical

(u)Mid American Water

(u)Mid American Water of Wauconda, Inc.

(u)Midwest Operating Engineers Pension Fund

(u)Midwest Operating Engineers Welfare Fund

(u)Nafisco Inc

(u)Official Committee of Unsecured Creditors

(u)Operating Engineers Local 150 Apprenticesh

(u)Querrey & Harrow Ltd

(u)Roland Machinery Company

(u)Welch Bros., Inc.

(u)Ziebell Water Service Products, Inc.

(d)American Community Bank
1290 Lake Ave.
PO Box 1720
Woodstock, IL 60098-1720

(u)Contracts and work in progress

(d)Foxcroft Meadows, Inc.
5402 Edgewood Road
Crystal Lake, IL 60012-1318

(d)ITT FLYGT
8402 W. 183RD ST
TINLEY PARK, IL 60487-6201

(d)John Deere Construction & Forestry
PO Box 6600
Johnston, IA 50131-6600

(d)John Deere Credit
PO Box 6600
Johnston, IA 50131-6600

(d)LANDSCAPING & CONSTRUCTION
SOLUTIONS
2233 PALMER DR, SUITE B
SCHAUMBURG, IL 60173-3806

(d)LEE JENSEN SALES, INC.
101 W TERRA COTTA AVE
CRYSTAL LAKE, IL 60014-3507

(u)Laborers'Pension and Welfare Fund

(d)MID AMERICAN WATER AURORA
1500 EAST MOUNTAIN
AURORA, IL 60505-2441

(d)MOE Construction Industry Research and Ser
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

(d)MORSE ELECTRIC INC.
500 W SOUTH ST
FREEPORT, IL 61032-6836

(u)OPERATING ENGINEERS LOCAL
APPRENTICESHIP FUND
0, 0

(u)Powers Auction and Equipment Sales

(d)RP SERVICES
P.O.BOX 1165
BELVIDERE, IL 61008-1165

(u)Gordon Stade

(u)William Ruth

End of Label Matrix
Mailable recipients  266
Bypassed recipients   48
Total                314