**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GLUTH BROS. CONSTRUCTION, INC., | ) |
| | ) Case No. 07 B 71375 |
| Debtor. | ) |
| | ) Hon. Thomas M. Lynch |
| | ) |
| | ) Hearing: March 21, 2018, at 10:30 a.m. |
| | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, March 21, 2018, at 10:30 a.m., the undersigned shall appear before the Honorable Thomas C. Lynch in Courtroom 3100, or whomever may be sitting in his place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 South Court Street, Rockford, Illinois 61101, and then and there present the attached *Motion for Final Decree Pursuant to Section 350(a) and Bankruptcy Rule 3022* a copy of which is attached hereto and herewith served upon you.

Dated: March 14, 2018

**CHARLES GRABER, JR., NOT IN HIS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE GLUTH BROS. CONSTRUCTION, INC. CREDITOR TRUST**

By:   /s/ Shira R. Isenberg
       One of His Attorneys
       John T. Shapiro (No. 6207791)
       Shira R. Isenberg (No. 6279718)
       FREEBORN & PETERS LLP
       311 South Wacker Drive, Ste. 3000
       Chicago, Illinois 60606-6677
       Telephone: 312.360.6000
       Facsimile: 312.360.6995

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GLUTH BROS. CONSTRUCTION, INC., | ) |
| | ) Case No. 07 B 71375 |
| Debtor. | ) |
| | ) Hon. Thomas M. Lynch |
| | ) |
| | ) Hearing: March 21, 2018, at 10:30 a.m. |
| | ) |

**CERTIFICATE OF SERVICE**

I, Shira R. Isenberg, an attorney, hereby certify that on March 14, 2018, I caused a true and correct copy of the foregoing *Notice of Motion* and *Motion for Final Decree Pursuant to Section 350(a) and Bankruptcy Rule 3022* to be filed with the Court and served upon the following parties by the manners listed.

/s/ Shira R. Isenberg

**Service List**

**ECF Service List**

| | |
|---|---|
| John M Brom | jbrom@querrey.com |
| Jeffrey Chang | jchang@changlawpllc.com |
| John Collen | jcollen@salawus.com |
| Patrick G. Donnelly | pdonnelly@dlhlawoffices.com |
| Jennifer L. Dunitz-Geiringer | jdunitz.geiringer@baumsigman.com |
| Thomas R. Fawkes | tomf@restructuringshop.com |
| Jeffrey L. Gansberg | jgansberg@muchshelist.com |
| Raymond R Geimer | kissnryan@aol.com |
| Peggy D. Gerkin | jpm@fgmlaw.com |
| Josiah A Groff | JGroff@laboradvocates.com |
| Elizabeth M Groncki | bgroncki@yahoo.com |
| William S Hackney | whackney@salawus.com |
| Aaron L. Hammer | ahammer@sugarfgh.com |
| Brian J Jackiw | brianj@restructuringshop.com |
| Richard N. Kessler | rkessler@mcdonaldhopkins.com |
| LaKisha M Kinsey-Sallis | lkinsey@dbb-law.com |
| Bradley T Koch | bkoch@holmstromlaw.com |
| Christina K Krivanek | christinak@chilpwf.com |
| Elizabeth A LaRose | elarose@local150.org |
| Thomas E. Laughlin | tloff@aol.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |

2

| | |
|---|---|
| G. Alexander McTavish | amctavish@fmcolaw.com |
| W. Erin Morris-Campbell | wmorris@morriscampbell.com |
| Anthony J Morrone | amorrone@cozen.com |
| Kevin H Morse | kevin.morse@saul.com |
| William S. Piper | wpiper@rmp-llc.com |
| Mark L Radtke | mradtke@shawfishman.com |
| Michele M. Reynolds | efile@dbb-law.com |
| Kenneth F. Ritz | kenritz@aol.com |
| Jason H Rock | jrock@bslbv.com |
| Elizabeth Rowe | erowe@laboradvocates.com |
| Thomas P. Sandquist | tsandquist@wilmac.com |
| Eileen M Sethna | esethna@chuhak.com |
| James E Stevens | jimstevens@bslbv.com |
| Peter G Swan | peter@esb-law.com |
| Kathryn C Thomas | kthomas@freebornpeters.com |
| Gary M. Vanek | gvanek@sbfklaw.com |
| Patrick T. Wallace | wallace.patrick@gmail.com |
| Thomas P. Walz | thomas.p.walz@usdoj.gov |
| Raphael E Yalden | raphaeleyaldenii@msn.com |

**U.S. Mail Service List**

Service of Notice and Motion on all parties identified on the following mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 07-71375<br>Northern District of Illinois<br>Rockford<br>Mon Mar 12 10:25:30 CDT 2018 | American Community Bank<br>c/o Attorney James M. Kiss<br>96 Kennedy Memorial Drive<br>Suite 203<br>Carpentersville, IL 60110 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 |
| Centegra Health Systems<br>4201 Medical Center Drive<br>McHenry, IL 60050-8409 | Construction and General Laborers' Dist<br>999 McClintock Drive, Suite 300<br>Burr Ridge, IL 60527-0824 | Contract Dewatering Services<br>5820 W Riverside Dr<br>Saranac, MI 48881-9837 |
| EBCO Construction, LLC<br>c/o John Cruciani<br>Blackwell Sanders<br>4801 Main St., Suite 1000<br>Kansas City, MO 64112-2551 | Fox Valley Laborers Health & Welfare Fund<br>2400 Big Timber Road<br>Bldg B Suite 206<br>Elgin, IL 60124-7812 | Fox Valley Laborers Pension Fund<br>2400 Big Timber Road<br>Bldg B Suite 206<br>Elgin, IL 60124-7835 |
| Foxcroft Meadows, Inc<br>5402 Edgewood Rd<br>Crystal Lake, IL 60012-1318 | Gluth Bros. Construction, Inc.<br>1151 Lake Avenue<br>Woodstock, IL 60098-7413 | HD Supply Waterworks, Inc.<br>c/o Emalfarb Swan & Bain<br>440 Central Ave<br>Highland Park, IL 60035-2688 |
| John Deere Construction & Forestry Company<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | Landscaping & Construction Solutions<br>2233 Palmer Dr<br>Suite B<br>Schaumburg, IL 60173-3806 | Lee Jensen Sales Co., Inc<br>101 W. Terra Cotta Ave.<br>Crystal Lake, IL 60014-3507 |
| Meyer Material Company<br>Raphael E. Yalden II<br>Yalden, Olsen & Willette<br>1318 E. State Street<br>Rockford, IL 61104-2228 | Mid American Water Aurora<br>1500 East Mountain<br>Aurora, IL 60505-2441 | Morse Electric<br>500 W South Street<br>Freeport, Il 61032-6836 |
| Partners in Maintenance<br>1504 S Oak AVe<br>Freeport, IL 61032-6445 | PetroLiance LLC<br>PetroLiance LLC<br>739 N. State Street<br>Elgin, IL 60123-2144 | Prairie Material<br>7601 W 79th St<br>Bridgeview, IL 60455-1409 |
| RP Services<br>P O BOX 1165<br>Belvidere, IL 61008-1165 | Raycraft-Pitel Septic Inc<br>5219 Richmond Road<br>PO Box 193<br>Ringwood, IL 60072-0193 | Shaw Gussis Fishman Glantz Wolfson & Towbin<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654-4766 |
| Tonyan Bros Inc<br>PO Box 70<br>5101 N Route 31<br>Ringwood, IL 60072-0070 | Tonyan Bros Inc dba Spring Lake Sand & Grave<br>PO Box 70<br>5101 N Route 31<br>Ringwood, IL 60072-0070 | Valley Block & Supply Co.<br>13 N 085 Coombs Road<br>Elgin, IL 60124-7913 |
| Valley Block/Northfield Block<br>13N085 Coombs Rd<br>Elgin, IL 60124-7913 | West Bend Mutual Insurance Company<br>8401 Greenway Blvd<br>Suite 1100<br>P.O. Box 620976<br>Middleton, wi 53562-0976 | Woodstock Napo<br>C/O John Reichert<br>666 E. Calhoun Street<br>Woodstock, IL 60098-4287 |

| | | |
|---|---|---|
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 | AMERIGLASS & MIRROR<br>2300 S EASTWOOD DR<br>WOODSTOCK, IL 60098-4615 |
| ANTIOCH TIRE INC<br>440 East Rte 173<br>Antioch, Il 60002 | ARATEX SERVICES,INC.<br>P.O.BOX 7177<br>ROCKFORD, IL 61126-7177 | ASSOCIATED ELECTRICAL CONTRACTORS<br>PO BOX 39<br>WOODSTOCK, IL 60098-0039 |
| ASSOCIATED PENSION SERVICES<br>601 CAMPUS DRIVE<br>SUITE B4<br>ARLINGTON HGTS, IL 60004-7800 | AT&T<br>PO BOX 8100<br>AURORA, IL 60507-8100 | AVAYA<br>P.O.BOX 5332<br>NEW YORK, NY 10087-5332 |
| Aaron L Hammer<br>Freeborn & Peters LLP<br>311 So. Wacker Drive  Ste 3000<br>Chicago, Il 60606-6679 | Aaron L Hammer<br>Freeborn & Peters LLP<br>3611 So. Wacker Dr  Ste 3000<br>Chicago, Il 60606 | American Commuity Bank & Trust<br>c/o Thomas P Sandquist<br>Scott C Sullivan<br>120 W State/P O Box 219<br>Rockford, IL 61105-0219 |
| American Community Bank<br>1290 Lake Ave<br>PO Box 1720<br>Woodstock, Il 60098-1720 | American Community Bank & Trust<br>% Raymond R Geimer<br>Kiss Ryan & Anderson Ltd PC<br>96 Kennedy Memorial Dr  Ste 203<br>Carpentersville, Il 60110 | Arthur J. Lootens & Son, Inc.<br>0S551 Joliet Road<br>West Chicago, IL 60185-3762 |
| Attorney Devon J Eggert<br>Querrey & Harrow<br>175 W Jackson Blvd  Ste 1600<br>Chicago, Il 60604-2686 | Attorney Samuel H Levine<br>Arnstein & Lehr LLP<br>120 S Riverside Plaza  Ste 1200<br>Chicago, Il 60606-3910 | Avaya Inc<br>% RMS Bankruptcy Recovery Serv<br>PO Box 5126<br>Timonium, MD 21094-5126 |
| BETH & RUDNICKI INSURANCE AGENCY<br>5411 E. STATE ST, SUITE 204<br>ROCKFORD, IL 61108-2376 | BOHN'S ACE HARDWARE, INC.<br>P.O. BOX 545<br>WOODSTOCK, IL 60098-0545 | BOTTS WELDING & TRUCK SERVICE<br>PO BOX 430<br>WOODSTOCK, IL 60098-0430 |
| BUILDING AND PUBLIC WORKS<br>MILWAUKEE, WI 53293-0931 | Brian J Jackiw<br>Freeborn & Peters LLP<br>311 So Wacker Dr  Ste 3000<br>Chicago, Il 60606-6679 | Bryn Mawr of Crystal Lake LLC<br>% James E Stevens<br>6833 Stalter Drive<br>Rockford, Il 61108-2579 |
| Bryn Mawr of Crystal Lake, LLC<br>308 W. Erie Street, Suite 700<br>Chicago, IL 60654-3963 | CARQUEST AUTO PARTS<br>1055 WANDA LANE<br>WOODSTOCK, IL 60098-4658 | CENTEGRA HEALTH SYSTEM<br>PO BOX 5995<br>PEORIA, IL 61601-5995 |
| CENTEGRA OCCUPATIONAL MEDICINE<br>PO BOX 755<br>MCHENRY, IL 60051-9012 | CENTRAL BORING INC.<br>3 G.K. LANE<br>LINCOLNSHIRE, IL 60069-4316 | CENTRAL PIPE SALES LLC<br>P.O. BOX 2404<br>JOLIET, IL 60434-2404 |

CHICAGO INTERNATIONAL TRUCK, LLC
1827 Walden Office Square  Ste 275
Schaumburg, Il 60173-4269

CHICAGO LABORERS
PENSION AND WELFARE FUND
33367 TREASURY CENTER
CHICAGO, IL 60694-3300

CITIBANK
P.O.BOX 6200
THE LAKES, NV, NV 88901-6200


CITY OF ELGIN
150 DEXTER COURT
ELGIN, IL 60120-5555

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

COMED
CLAIMS DEPARTMEN
THREE LINCOLN CENTRE
OAKBROOK TERRAC, IL 60181-4204


CONSERV FS INC.
BILL WICKERSHEIM
PO BOX 1550
WOODSTOCK, IL 60098-1550

CONSOLIDATED ELECTRICAL
CED/CONSOLIDATED ELECTRIC
171 ERICK STREET, UNIT U1
CRYSTAL LAKE, IL 60014-4550

CONTRACT DEWATERING SERVICE, INC.
5820 W RIVERSIDE DR
PO BOX 1
SARANAC, MI 48881-0001


CORAL LAKE SAND & GRAVEL
400 EAST TERRA COTTA AVE
CRYSTAL LAKE, IL 60014-3611

COUNTRYSIDE FLOWERS
5301 S.TERRA COTTA AVE
CRYSTAL LAKE, IL 60014

CURRAN CONTRACTIING COMPANY INC.
7502 SOUTH MAIN ST
CRYSTAL LAKE, IL 60014-8045


Central Boring Inc
% Richard N Kessler
McDonald Hopkins LLC
640 N LaSalle  Ste 590
Chicago, Il 60654-3731

Central Boring, Inc.
c/o Attorney Michael D. Furlong
Trobe, Babowice & Associates, LLC
404 West Water Street
Waukegan, IL 60085-5528

Central Laborers Pension Fund
PO Box 1267
Jacksonville, IL 62651-1267


Central Laborers' Pension, Welfare & An
c/o Richard A. Toth
Daley and George, Ltd.
20 S. Clark St., Suite 400
Chicago, IL 60603-1835

Cheers Holdings LLC
% Atty Bradley T Koch
Holstrom & Kennedy PC
PO Box 589
Rockford, Il 61105-0589

Chicagoland Construction Safety
Counsel
36990 N GREENBAY RD
Waukegan, IL 60087-3406


City of Crystal Lake
100 W. Municipal Complex
Crystal Lake, IL 60014-4200

ComEd Co
Attn Bankruptcy Section/Revenue Mgmt
2100 Swift Dr
Oakbrook, Il 60523-1559

Consolidated Electrical
c/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188-1865


Consolidated Electrical Distributors
CED Credit Office
PO Box 2107
LaGrange, Il 60525-8207

Construction Industry Research and Service T
c/o Elizabeth A LaRose
6141 Joliet Road
Countryside IL 60525

DAYTON BAG & BURLAP
PO BOX 710233
CINCINNATI, OH 45271-0001


DREISILKER ELECTRIC MOTOR
36249 Treasury Center
Chicago, IL 60694-6200

DRH Cambridge Homes, Inc.
c/o Deborah M. Gutfeld
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263

David J Flynn
Querrey & Harrow
175 W Jackson Blvd  Ste 1600
Chicago, Il 60604-2686


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

EAST JORDAN IRONWORKS, INC.
PO Box 439
East Jordan MI 49727-0439

```
EBCO Construction                EBCO Construction LLC            EDS RENTAL & SALES, INC.
% Jeffrey Chang                  % John J Cruciani                904 N FRONT ST
Wildman Harrold Allen & Dixon LLP Blackwell Sanders LLP           71,300.00
225 W Wacler Dr  Ste 2000        4801 Main St  Ste 1000           MCHENRY, IL 60050
Chicago, Il 60606-1270           Kansas City, MO 64112-2551


EJ EQUIPMENT, INC.               FALK METZ LLC                    FASTENAL COMPANY
P.O.BOX 665                      TWO FIRST NATIONAL PLAZA         Attn:  Legal
MANTENO, IL 60950-0665           20 S CLARK ST, STE 1900          P.O.BOX 978
                                 CHICAGO, IL 60603-1884           WINONA, MN 55987-0978


FGMK, LLC                        FILTER RENU OF ILLINOIS INC.     FIRE & SAFETY EQ. OF ROCKFORD
2801 LAKESIDE DR - THIRD FLOOR   375 SOUTH LOCUST ST              2420 Harrison Ave.
BANNOCKBURN, IL 60015-1211       MANTENO, IL 60950-1603           PO Box 5646
                                                                  Rockford, IL 61125-0646


FORRER SUPPLY CO., INC.          FOX VALLEY LABORERS BENEFIT FUNDS Fleming and Co.
W194N11811 MCCORMICK DR          % Dowd Bicch & Bennett            4123 W. Shamrock Lane
PO BOX 220                       8 S Michigan Ave  19th Flr       Mchenry, IL 60050-8245
GERMANTOWN, WI 53022-0220        CHICAGO, IL 60603-3357


Frank Gluth                      GARY SCHAUER EXCAVATING INC      GAVERS ASPHALT PAVING & EXC.
14217 Davis Road                 13201 DAVIS RD                   1100 BORDEN LANE
Woodstock, IL 60098-7650         WOODSTOCK, IL 60098-7680         WOODSTOCK, IL 60098-2320


GESKE & SONS, INC.               GRABER CONCRETE PIPE CO          GREAT LAKES AIRGAS, INC.
400 EAST TERRA COTTA AVE         24 W 121 ARMY TRAIL ROAD         PO BOX 2395
CRYSTAL LAKE, IL 60014-3611      BLOOMINGDALE, IL 60108-1396      WATERLOO, IA 50704-2395


GROVE ELECTRIC,INC.              Graber Engineering & Sales Co    HD SUPPLY WATERWORKS LTD.
155 S.SAYTON RD                  24 W 121 Army Trail Rd           PO BOX 91036
FOX LAKE, IL 60020-1844          Bloomingdale, Il 60108-1375      CHICAGO, IL 60693-1036


HD Supply Waterworks, Ltd.       HERITAGE CRYSTAL CLEAN           HICKSGAS WOODSTOCK
c/o Howard M. Bain -- ES&B       P O BOX 68123                    1023 LAKE AVE
440 Central Ave.                 INDIANAPOLIS, IN 46268-0123      WOODSTOCK, IL 60098-7409
Highland Park, IL 60035-2688


HOWELL TRACTOR & EQUPMENT, LLC   HSBC BUSINESS SOLUTIONS          HSBC Bank Nevada, N.A.
3111 W 16th St                   PO BOX 5219                      eCAST Settlement Corporation
Hazel Crest, Il 60429            6004-3005-8029-2917              (Menards)
                                 CAROL STREAM, IL 60197-5219      c/o Bass & Associates, P.C.
                                                                  3936 E. Ft. Lowell Rd, Suite 200
                                                                  Tucson, AZ 85712-1083


I.U.O.E. LOCAL 150 ADMIN DUES    ILL. DEPT. OF TRANSPORTATION     ILLINOIS DEPARTMENT OF
P.O. BOX 94427                   ROOM 117 ADMINS. BUILDING        EMPLOYMENT SECURITY
CHICAGO, IL 60690-4427           2300 S. DIRKSEN PARKWAY          Atty General Sect / 9th Flr
                                 SPRINGFIELD, IL 62764-0002       33 So State Street
                                                                  CHICAGO, IL 60603-2808
```

| | | |
|---|---|---|
| ILLINOIS EPA FISCAL SERVICES<br>CASH RECEIPTS #2<br>P.O. BOX 19276<br>SPRINGFIELD, IL 62794-9276 | INTERSTATE BATTERY SYSTEM<br>333 W STATE RD - UNIT D<br>ISLAND LAKE, IL 60042-9704 | IROQUOIS PRODUCTS<br>2220 WEST 56TH ST<br>CHICAGO, IL 60636-1046 |
| ITT FLYGT<br>8402 W 183rd St<br>Tinley Park, Il 60487-6219 | Illinois Department of Revenue Bankruptcy Se<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, Illinois 60604-1705 |
| International Union of Operating Engineers<br>Elizbeth LaRose, Local 150 Legal Departm<br>6140 Joliet Road<br>Country, IL 60525-3956 | JENSEN'S PLUMBING & HEATING, INC.<br>670 E.CALHOUN ST.<br>WOODSTOCK, IL 60098-4287 | JOS. D. FOREMAN & COMPANY<br>28102 INDUSTRIAL DR<br>BARRINGTON, IL 60010-2450 |
| James S Jorgensen<br>Adm of Funds<br>% Christina Krivanek<br>53 W Jackson Blvd #550<br>Chicago, Il 60604-3425 | James S Jorgensen<br>Adm of Funds<br>% Patrick T Wallace<br>53 W Jackson Blvd #550<br>Chicago, Il 60604-3425 | Jeffrey Chiappetta<br>9012 Ramble Road<br>Wonder Lake, IL 60097-8415 |
| John Deere Construction & Forestry Company<br>Attn: Ruth Van Roekel<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | John Deere Credit<br>PO Box 6600<br>Johnston, IA 50131-6600 | John M Brom<br>Querrey & Harrow Ltd<br>175 West Jackson Blvd #1600<br>Chicago, Il 60604-2686 |
| John T Shapiro<br>Freeborn & Peters LLP<br>311 So Wacker Drive Ste 3000<br>Chicago, Il 60606-6679 | KASPER TRUCKING, INC.<br>5441 FOREST HILLS COURT<br>LOVES PARK, IL 61111-8318 | KIMBALL MIDWEST<br>DEPT L - 2780<br>COLUMBUS, OH 43260-2780 |
| Kasper Trucking<br>c/o Timothy A. Miller #3543<br>PO Box 4749<br>Rockford, IL 61110-4749 | Kasper Trucking Inc<br>% Elizabeth Groncki<br>Howard, Hardyman & Worden LLP<br>124 N Water St Ste 100<br>Rockford, Il 61107-3961 | Kathryn C Thomas<br>Freeborn & Peters LLP<br>311 So Wacker Dr Ste 3000<br>Chicago, Il 60606-6679 |
| Kevin H Morse<br>Amstein & Lehr LLP<br>120 S Riversize Plaza Ste 1200<br>Chicago, Il 60606-3910 | Kimball Hill Homes Illinois LLC<br>% Atty Samuel H Levine<br>120 So Riverside Plaza Ste 1200<br>Chicago, Il 60606-3910 | LABORERS WORK DUES FUND<br>DEPARTMENT 4334<br>CAROL STREAM, IL 60122-4334 |
| LAFARGE FOX RIVER, INC.<br>23285 NETWORK PLACE<br>CHICAGO, IL 60673-1232 | LAKE AUTO SUPPLY, INC.<br>PO BOX 535<br>CRYSTAL LAKE, IL 60039-0535 | LEACH ENTERPRISES<br>4304 RT. 176<br>CRYSTAL LAKE, IL 60014-3799 |
| LOCAL 301<br>CONSTRUCTION INDUSTRY<br>36990 N GREENBAY RD<br>WAUKEGAN, IL 60087-3406 | LOCAL 301<br>PENSION FUND & SEVERANCE<br>36990 N GREENBAY RD<br>WAUKEGAN, IL 60087-3406 | LOCAL 301 HEALTH & WELFATE<br>LOCAL UNION NO. 301 I.B.<br>36990 N GREENBAY RD<br>WAUKEGAN, IL 60087-3406 |

| | | |
|---|---|---|
| LaKisha M Kinsey-Sallis<br>Michele M Reynolds<br>Dowd, Bloch & Bennett<br>8 S Michigan Ave  19th Flr<br>Chicago, Il 60603-3315 | Laborers District Council<br>c/o Dowd Bloch & Bennett<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603-3357 | Laborers Health & Welfare Fund of the Health<br>Dept of Cons & Gen Lab Dist Council of C<br>% Christina K Krivanek<br>53 W Jackson Blvd  #550<br>Chicago, Il 60604-3425 |
| Laborers' Pension and Welfare Fund<br>Attn Christina Krivanek<br>53 W. Jackson, #550<br>Chicago, IL 60604-3425 | Laborers'Pension Fund & Laborers'W<br>Health & Welfare Dept<br>Patrick T Wallace<br>53 W Jackson Blvd  #550<br>Chicago, Il 60604-3425 | Local 150 I.U.O.E. Vacation Savings Plan<br>c/o Elizabeth A LaRose<br>6141 Joliet Road<br>Countryside, IL 60525 |
| Local 150 I.U.O.E. Vacation Savings Plan<br>c/o Jennifer Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams St., Suite 2200<br>Chicago, IL 60606-5231 | Local 150 I.U.O.E. Vacation Savings Plan<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL   60606-5231 | Local 150IUOE Vacation Savings Plan<br>c/o M.O.E.Fringe Benefit Funds<br>PO Box 74632<br>Chicago, IL 60675-4632 |
| M.O.E.CONSTRUCTION INDUSTRY<br>RESEARCH AND SERVICE TRUST FUND<br>P.O. BOX 74632<br>CHICAGO, IL 60675-4632 | MARBA INDUSTRY<br>ADVANCEMENT FUND<br>36990 N GREENBAY RD<br>WAUKEGAN, IL 60087-3406 | MARENGO DISPOSAL CO.<br>BOX 673043<br>183,934.00<br>MILWAUKEE, WI 53267-3043 |
| MATERIAL SERVICE CORPORATION<br>181 WEST MADISON ST<br>SUITE 1800<br>CHICAGO, IL 60602-4693 | MCHENRY ANALYTIC WATER LAB<br>4314-A CRYSTAL LAKE RD<br>MCHENRY, IL 60050-4281 | MCHENRY COUNTY COLLECTOR<br>2200 N SEMINARY AVE<br>WOODSTOCK, IL 60098-2698 |
| MCMASTER CARR<br>P.O.BOX 7690<br>CHICAGO, IL 60680-7690 | METRO UNDERGROUND, INC.<br>SERVICES, INC.<br>901 RIDGEWAY AVE<br>AURORA, IL 60506-5432 | METROPOLITAN INDUSTRIES,<br>37 FORESTWOOD DR<br>ROMEOVILLE, IL 60446-1343 |
| MEYER MATERIAL COMPANY<br>1819 N DOT ST<br>PO BOX 511<br>MCHENRY, IL 60051-0511 | MID AMERICAN WATER<br>1125 N OLD RAND ROAD<br>WAUCONDA, IL 60084-1203 | MIDWEST HOSE & FITTINGS INC.<br>1840 INDUSTRIAL DR<br>UNIT 300<br>LIBERTYVILLE, IL 60048-9400 |
| MOE Construction Industry Research and Servi<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL   60606-5231 | Material Service Corporation<br>c/o Gould & Ratner/Howard Turner<br>222 N. LaSalle St.,<br>Chicago, IL 60601-1003 | Meyer Material Company<br>% Raphael E Yalden II<br>Yalden Olsen & Willette<br>1318 E State St<br>Rockford, Il 61104-2228 |
| Michael L Gesas<br>Amstein & Lehr LLP<br>120 S Riverside Plaza  Ste 1200<br>Chicago, Il 60606-3910 | Mid American Water of Waconda, Inc.<br>1500 Mountain<br>Aurora, IL 60505-2441 | Mid American Water of Wauconda<br>1500 Mountain<br>Aurora, IL 60505-2441 |
| Midwest Operaing Engineers Welfare<br>Fund c/o M.O.E.Fringe Benefit Funds<br>PO Box 74632<br>Chicago, IL 60675-4632 | Midwest Operating Engineers Apprenticeship F<br>6150 Joliet Road<br>Countryside, IL 60525-3956 | Midwest Operating Engineers Pension<br>Fund c/o M.O.E.Fringe Benefit Funds<br>PO Box 74632<br>Chicago, IL 60675-4632 |

```
Midwest Operating Engineers Pension Fund        Midwest Operating Engineers Pension Fund        Midwest Operating Engineers Pension Fund
6150 Joliet Road                                c/o Attorney Elizabeth A LaRose                 c/o Jennifer Dunitz-Geiringer
Countryside, IL 60525-3994                      6141 Joliet Road                                Baum Sigman Auerbach & Neuman, Ltd.
                                                Countryside, IL 60525                           200 W. Adams St., Suite 2200
                                                                                                Chicago, IL 60606-5231


Midwest Operating Engineers Pension Fund        Midwest Operating Engineers Vacation Savings    Midwest Operating Engineers Welfare Fund
c/o Jennifer L. Dunitz-Geiringer                6150 Joliet Road                                6150 Joliet Road
Baum Sigman Auerbach & Neuman, Ltd.             Countryside, IL 60525-3956                      Countryside, IL 60525-3994
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231


Midwest Operating Engineers Welfare Fund        Midwest Operating Engineers Welfare Fund        Midwest Operating Engineers Welfare Fund
c/o Elizabeth A LaRose                          c/o Jennifer Dunitz-Geiringer                   c/o Jennifer L. Dunitz-Geiringer
6141 Joliet Road                                Baum Sigman Auerbach & Neuman, Ltd.             Baum Sigman Auerbach & Neuman, Ltd.
Countryside, IL 60525                           200 W. Adams St., Suite 2200                    200 W. Adams Street, Suite 2200
                                                Chicago, IL 60606-5231                          Chicago, IL   60606-5231


NAFISCO, INC.                                   NATIONAL PLUMBING & HEATING                     NCILHWE
4152 WARREN AVE                                 P.O.BOX 475                                     PO BOX 9090
HILLSIDE, IL 60162-1751                         CRYSTAL LAKE, IL 60039-0475                     PEORIA, IL 61612-9090


NEENAH FOUNDRY COMPANY                          NICOR GAS                                       NICOR GAS CLAIMS DEPT
BOX 729                                         PO BOX 416                                      PO BOX 585
NEENAH, WI 54957-0729                           AURORA, IL 60568-0001                           AURORA, IL 60507-0585


NRA INSTITUTE                                   Nextel                                          OLD REPUBLIC SURETY GROUP
P.O.BOX 1730                                    Sprint                                          PO BOX 1635
WASHINGTON, D.C. 20077-4621                     PO Box 541023                                   MILWAUKEE, WI 53201-1635
                                                Los Angeles, CA 90054-1023


OPTIONS 4 HEALTH                                Official Comm of Unsecured Creditors            Old Repubic Surety Co.
1110 E.GRANT HIGHWAY                            % Thomas R Fawkes                               53 W. Jackson Blvd, Suite 1215
MARENGO, IL 60152-3410                          311 So Wacker Dr  Ste 3000                      Chicago, IL 60604-3574
                                                Chicago, Il 60606-6683


Operating Engineers Local 150 Apprenticeship    Operating Engineers Local 150 Apprenticeship    Operating Engineers Local 150 Apprenticeship
c/o Elizabeth A LaRose                          c/o Jennifer Dunitz-Geiringer                   c/o Jennifer L. Dunitz-Geiringer
6141 Joliet Road                                Baum Sigman Auerbach & Neuman, Ltd.             Baum Sigman Auerbach & Neuman, Ltd.
Countryside, IL 60525                           200 W. Adams St., Suite 2200                    200 W. Adams Street, Suite 2200
                                                Chicago, IL 60606-5231                          Chicago, IL   60606-5231


P.O. KNUTH'S, INC.                              PARTNERS IN MAINTENANCE                         PATTEN TRACTOR & EQUIPMENT
110 S. JOHNSON                                  PO BOX 874                                      635 WEST LAKE ST
WOODSTOCK SQUARE MALL                           FREEPORT, IL 61032-0874                         ELMHURST, IL 60126-1409
WOODSTOCK, IL 60098-3259


PERFORMANCE DIESEL INC.                         PERMIT OFFICE LAKE COUNTY DIVISION              PETROLIANCE LLC
P.O. BOX 490                                    OF TRANSPORTATION                               739 N STATE ST.
WOODSTOCK, IL 60098-0490                        600 W WINCHESTER RD                             ELGIN, IL 60123-2144
                                                LIBERTYVILLE, IL 60048-1329
```

PETROLIANCE LLC
G Alexander
Mctavish myler et al
105 E Galena Blvd Suite 800
Aurora IL 60505-3357

PHIL'S EQUIPMENT & REPAIR
P.O.BOX 173
GILBERTS, IL 60136-0173

POMP'S TIRE SERVICE, INC.
P.O.BOX 1630
GREEN BAY, WI 54305-1630

PRAIRIE MATERIAL
7601 WEST 79TH ST
BRIDGEVIEW, IL 60455-1409

PREMIER DIAMOND
3998 FAU BLVD ST E 104 BLD
BOCA RATON, FL 33431-6429

Powers Auction and Eqiupment Sales
1017 Trakk Lane
Woodstock, IL 60098-9488

QUILL CORPORATION
P.O. BOX 94081
PALATINE, IL 60094-4081

R & J CONSTRUCTION SUPPLY
11902 NORTH ST
HUNTLEY, IL 60142-9603

R H DONNELLY
8519 INNOVATION WAY
CHICAGO, IL 60682-0085

R.A. ADAMS ENTERPRISES, INC.
260 W RT 120
MCHENRY, IL 60051

RAYCRAFT-PITEL SEPTIC INC.
PO BOX 193
RINGWOOD, IL 60072-0193

REICHERT CHEVROLET
2145 S. EASTWOOD DR
WOODSTOCK, IL 60098-4604

RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682-0080

REMKE'S GARAGE
8122 S.GRANT HIGHWAY
MARENGO, IL 60152-9443

RIEKE SEPTIC SERVICE
PO BOX 188
DUNDEE, IL 60118-0188

ROCKFORD INDUSTRIAL WELDING
P.O.BOX 5404
ROCKFORD,IL, 0   61125-0404

ROCKFORD RIGGING, INC.
5401 MAIN SAIL
ROSCOE, IL 61073-8669

ROLAND MACHINERY COMPANY
816 NORTH DIRKSEN PARKWAY
P.O. BOX 2879
SPRINGFIELD, IL 62708-2879

RP Services
C/o Attorney Charles T. Sewell
215 South State Street
Belvidere, IL 61008-3616

Resource Companies Inc/Resource Utility Supp
% Elizabeth Bates/Huck Bouma PC
1755 S Naperville Rd  #200
Wheaton, Il 60189-5844

Robert J. Nelson
3750 E. Solon Road
Solon Mills, IL 60071-8001

SAFETY ALLIANCE, LTD.
223 HEATH CT
BARRINGTON, IL 60010-4822

SANITARY PLUMBING & HEATING CO
14703 HONEYSUCKLE LN
WOODSTOCK, IL 60098-9675

SCHULHOF COMPANY
4243 N. HONORE
CHICAGO, IL 60613-1003

SMITH ENGINEERING CONSULTING
4500 PRIME PARKWAY
MCHENRY, IL 60050-2136

SPRING LAKE SAND & GRAVEL
P.O.BOX 127
SPRING GROVE, IL 60081-0127

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

STAN'S OFFICE MACHINES
1375 S. EASTWOOD DR
WOODSTOCK, IL 60098-4648

SUNSOURCE
NW 7809 PO BOX 1450
MINNEAPOLIS, MN 55485-7809

Spring Lake Sand & Gravel
% Donald C Stinespring & Assoc
5414 Hill Rd / PO Box 382
Richmond, Il 60071-0382

| | | |
|---|---|---|
| Stan's Office Technologies<br>1375 S. Eastwood Drive<br>PO Box 1249<br>Woodstock, IL 60098-1249 | State of Wisconsin-Dept of Revenue<br>POB 8901<br>Madison WI 53708-8901 | TEAMSTERS JOINT COUNCIL<br>TRAINING FUND<br>36990 N GREENBAY RD<br>WAUKEGAN, IL 60087-3406 |
| THELEN SAND & GRAVEL<br>PO BOX 730<br>SPRING GROVE, IL 60081-0730 | TONYAN BROS. INC<br>5101 ROUTE 31<br>PO BOX 70<br>RINGWOOD, IL 60072-0070 | Thomas P Yardley<br>Amstein & Lehr LLP<br>120 S Riverside Plaza  Ste 1200<br>Chicago, Il 60606-3910 |
| Tonyan Bros Inc<br>%Donald C Stinespring & Assoc<br>5414 Hill Road<br>PO Box 382<br>Richmond, Il 60071-0382 | Tonyan Bros. Inc.<br>c/o Donald C. Stinespring & Assts.<br>5414 Hill Road/ Po Box 382<br>Richmond, IL 60071-0382 | UNICARE HEALTH INSURANCE<br>PO BOX 0797<br>CAROL STREAM, IL 60132-0797 |
| UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 | UNITED STRUCTURAL SYSTEMS<br>CHICAGO INC<br>21988 PEPPER RD<br>BARRINGTON, IL 60010-2551 | UNIVERSAL PIPE & SUPPLY,<br>P.O. BOX 2404<br>JOLIET, IL 60434-2404 |
| United Fire & Casualty Co.<br>Cedar Rapids, IA | VALLEY AGGREGATES, LTD.<br>1100 BORDEN LANE<br>WOODSTOCK, IL 60098-2320 | VALLEY BLOCK & SUPPLY CO./Northfield Block C<br>13N085 COOMBS RD<br>Elgin, IL 60124-7913 |
| VERMEER MIDWEST/VERMEER, IL<br>2801 BEVERLY DR<br>AURORA, IL 60502-9763 | VILLAGE OF CARPENTERSVILLE<br>1200 L.W. BESINGER DR<br>CARPENTERSVILLE, IL 60110-2000 | VILLAGE OF OSWEGO<br>113 MAIN STREET<br>OSWEGO, IL 60543-8593 |
| VISU SEWER CLEAN AND SEAL<br>W230 N4855 BETKER DR<br>PEWAUKEE   WI 53072-1430 | VULCAN MATERIALS COMPANY<br>75 REMITTANCE DR, STE 3<br>CHICAGO, IL 60675-3155 | WATER PRODUCTS COMPANY<br>4379 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0043 |
| WELCH BROS. INC.<br>1050 ST. CHARLES ST.<br>ELGIN, IL 60120-8441 | WEST BEND MUTUAL INSURANCE<br>1900 South 18th Ave.<br>West Bend, WI 53095-9791 | WEST SIDE EXCHANGE<br>DEPT 4570<br>PO BOX 87618<br>CHICAGO, IL 60680-0618 |
| WILLIAM RUTH CO., INC.<br>13417 ERNESTI RD<br>HUNTLEY, IL 60142-9784 | WISCONSIN DEPT.OR REVENUE<br>BOX 93931<br>MILWAUKEE, WI 53293-0931 | WISCONSIN LABORERS FRINGE<br>BENEFIT FUNDS<br>BOX 684001<br>MILWAUKEE, WI 53268-4001 |
| WOODSTOCK AUTO BODY INC.<br>1295 S EASTWOOD DR<br>WOODSTOCK, IL 60098-4672 | WOODSTOCK FORD & MERCURY<br>1460 S. EASTWOOD DR<br>WOODSTOCK, IL 60098-4651 | WOODSTOCK LUMBER CO., INC.<br>1101 LAKE AVENUE<br>WOODSTOCK, IL 60098-7413 |

| | | |
|---|---|---|
| Water Products Company of Aurora Inc<br>3255 East New York<br>Aurora, Illinois 60504-6604 | Water Products Company of Aurora Inc<br>% James P Chivilo<br>131 So Dearborn St  30th Flr<br>Chicago, Il 60603-5517 | Welch Bros Inc<br>% Gary M Vanek<br>Schnell Bazos Freeman Kramer et al<br>1250 Larkin Ave  Ste 100<br>Elgin, IL 60123-6078 |
| Wendy E Morris<br>Freeborn & Peters LLP<br>311 So. Wacker Dr  Ste 3000<br>Chicago, Il 60606-6679 | West Bend Mutual Ins. Co.<br>8401 Greenway Blvd., Suite 1100<br>Middleton, WI 53562-4671 | West Bend Mutual Insurance Company<br>c/o Attorney John Collen<br>233 S Wacker Dr., Suite 2200<br>Chicago, IL 60606-6399 |
| William R. Nellessen<br>901 Indian Point Rd.<br>Twin Lakes, WI 53181 | WilliamsMcCarthy LLP<br>120 W State St  #400<br>Rockford, Il 61101-1159 | ZIBELL WATER SERVICE PRODUCTS<br>2001 PRATT BLVD.<br>ELK GROVE VLGE, IL 60007-5987 |
| John Cruciani<br>c/o Blackwell Sanders LLP<br>4801 Main Street<br>Suite 1000<br>Kansas City, MO 64112-2551 | Patrick S Layng<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 |
| Robert Nelson<br>c/o Franks, Gerkin & McKenna, P.C.<br>P.O. Box 5<br>Marengo, IL 60152-0005 | c/o Receivable Mgmt Avaya Inc<br>P.O. Box 5126<br>Timonium, MD 21094-5126 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)INTERNAL REVENUE SERVICE<br>PO BOX 105421<br>ATLANTA, GA 30348-5421 | SPRINT<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AJ Unlimited, LLC dba Carquest of Woodstoc | (u)Airgas North Central, Inc | (u)Ameriglass and Mirror |
| (u)Arnstein & Lehr LLP | (u)Botts Welding & Truck | (u)Bryn Mawr of Crystal Lake LLC |

| | | |
|---|---|---|
| (u)Central Boring, Inc. | (u)Charles Dixon and Charles Graber, Jr., not | (u)Charles Dixon and Charles Graeber, Jr., no |
| (u)Cheers Holding, LLC | (u)Construction Industry Research and Service | (u)E J Equipment, Inc. |
| (u)Fleming & Co PC | (u)Fox Valley Laborers Benefit Funds | (u)Freeborn & Peters LLP |
| (u)Graber Concrete Pipe Co | (u)Graber Engineering & Sales | (u)Harding Real Estate |
| (u)Kasper Trucking Inc | (u)Kimball Homes | (u)Laborers District Council |
| (u)Laborers Health and Welfare Fund of the He | (u)Local 150, I.U.O.E. Vacation Savings Plan | (u)McHenry Analytical |
| (u)Mid American Water | (u)Mid American Water of Wauconda, Inc. | (u)Midwest Operating Engineers Pension Fund |
| (u)Midwest Operating Engineers Welfare Fund | (u)Nafisco Inc | (u)Northern Illinois Gas Company |
| (u)Official Committee of Unsecured Creditors | (u)Operating Engineers Local 150 Apprenticesh | (u)Querrey & Harrow Ltd |
| (u)Roland Machinery Company | (u)Welch Bros., Inc. | (u)West Bend Mutual Insurance Company |

| | | |
|---|---|---|
| (u)Ziebell Water Service Products, Inc. | (d)American Community Bank<br>1290 Lake Ave.<br>PO Box 1720<br>Woodstock, IL 60098-1720 | (d)Brian J Jackiw<br>Freeborn & Peters LLP<br>311 So Wacker Drive  Ste 3000<br>Chicago, Il 60606-6679 |
| (d)Bryn Mawr of Crystal Lake LLC<br>% James E Stevens<br>6833 Stalter Drive<br>Rockford, Il 61108-2579 | (u)Contracts and work in progress | (d)Foxcroft Meadows, Inc.<br>5402 Edgewood Road<br>Crystal Lake, IL 60012-1318 |
| (d)ITT FLYGT<br>8402 W. 183RD ST<br>TINLEY PARK, IL 60487-6219 | (d)John Deere Construction & Forestry<br>PO Box 6600<br>Johnston, IA 50131-6600 | (d)John Deere Credit<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| (d)LANDSCAPING & CONSTRUCTION<br>SOLUTIONS<br>2233 PALMER DR, SUITE B<br>SCHAUMBURG, IL 60173-3806 | (d)LEE JENSEN SALES, INC.<br>101 W TERRA COTTA AVE<br>CRYSTAL LAKE, IL 60014-3507 | (u)Laborers' Pension and Welfare Fund |
| (du)Local 150 I.U.O.E. Vacation Savings Plan | (d)MID AMERICAN WATER AURORA<br>1500 EAST MOUNTAIN<br>AURORA, IL 60505-2441 | (d)MOE Construction Industry Research and Ser<br>c/o Jennifer L. Dunitz-Geiringer<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL   60606-5231 |
| (d)MORSE ELECTRIC INC.<br>500 W SOUTH ST<br>FREEPORT, IL 61032-6836 | (u)OPERATING ENGINEERS LOCAL<br>APPRENTICESHIP FUND<br>0, 0 | (u)Powers Auction and Equipment Sales |
| (d)RP SERVICES<br>P.O.BOX 1165<br>BELVIDERE, IL 61008-1165 | (d)eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 | (u)Douglas L Grossen |
| (u)Frank Gluth | (u)Gordon Stade | (u)William Ruth |

End of Label Matrix
Mailable recipients    283
Bypassed recipients     60
Total                  343

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GLUTH BROS. CONSTRUCTION, INC., ) | |
| ) | Case No. 07 B 71375 |
| Debtor. ) | |
| ) | Hon. Thomas M. Lynch |
| ) | |
| ) | Hearing: March 21, 2018, at 10:30 a.m. |
| ) | |

**MOTION FOR FINAL DECREE PURSUANT TO**
**SECTION 350(a) AND BANKRUPTCY RULE 3022**

Charles Graber, Jr., not in his individual capacity but solely as trustee (the "*Creditor Trustee*") of the Gluth Bros. Construction, Inc. Creditor Trust (the "*Creditor Trust*"), by and through his undersigned attorneys, hereby moves (the "*Motion*"), pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedures (the "*Bankruptcy Rules*") for the entry of a final decree ("*Final Decree*") closing the chapter 11 case of Gluth Bros. Construction, Inc. (the "*Debtor*"). In support of this Motion, the Creditor Trustee states as follows:

1. On June 5, 2007 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*").

2. On January 27, 2009, the Official Committee of Unsecured Creditors of Gluth Bros. Construction, Inc. filed the *Plan of Liquidation dated January 27, 2009* (Docket No. 580) (the "*Plan*") and the *Disclosure Statement with Respect to Plan of Liquidation of Official Committee of Unsecured Creditors of Gluth Bros. Construction, Inc. Pursuant to 11 U.S.C. § 1125* (Docket No. 581) (the "*Disclosure Statement*").

3. On March 4, 2009, the Court entered an order (Docket No. 643) (the "*Confirmation Order*") approving the adequacy of the disclosures in the Disclosure Statement

and confirming the Plan and approving the *Gluth Bros. Construction, Inc. Creditor Trust Agreement* (the "*Creditor Trust Agreement*") entered into among the Debtor, the Official Committee of Unsecured Creditors of Gluth Bros. Construction, Inc. and the Creditor Trustees (which, at the time, consisted of Charles Dixon and current sole Creditor Trustee, Charles Graber, Jr.).

4. Together with the Plan, the Creditor Trust Agreement established the Creditor Trust for the primary purposes of collecting, litigating, settling, and administering the remaining assets of the Debtor's estate.

5. The Creditor Trustee's largest lawsuit – that against former owner of the Debtor, Frank Gluth (Adv. Case No. 09-96131) – did not have a successful outcome. Even though the Creditor Trustee obtained a default judgment against Frank Gluth in the amount of $2,087,090.10, Frank Gluth did not pay any of the judgment, and the Trust only was able to recover a few assets in partial payment of that judgment. Prior to entry of the default judgment, Frank Gluth disappeared as his debts mounted, and he may have since passed away.

6. Since then, the Creditor Trustee has sought to liquidate remaining assets and pursue avoidance actions. However, the remaining assets, comprising of parcels of land that Frank Gluth owned, only garnered *de minimus* recoveries due to the state of the market, the fact that there were various environmental and other problems with the real estate to be sold, and that the real estate parcels had previously unknown substantial taxes owed on them, hindering any sale. The Creditor Trustee had waited for conditions to improve to try selling the real estate again, to no avail.

**RELIEF REQUESTED**

7. By this Motion, the Creditor Trustee seeks entry of an order for Final Decree closing the Debtor's chapter 11 case.

8. Section 350(a) provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a).

9. Bankruptcy Rule 3022, which implements section 350 of the Bankruptcy Code, further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

10. The term "fully administered" is not defined in the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Note to Bankruptcy Rule 3022, however, sets forth the following non-exclusive factors to be considered in determining whether a case has been fully administered:

> (a) Whether the order confirming the plan has become final;
>
> (b) Whether deposits required by the plan have been distributed;
>
> (c) Whether the property proposed by the plan to be transferred has been transferred;
>
> (d) Whether the debtor or its successor has assumed the business or the management of the property dealt with by the plan;
>
> (e) Whether payments under the plan have commenced; and
>
> (f) Whether all motions, contested matters, and adversary proceedings have been finally resolved.

Courts have affirmed its adoption of the view that "these factors are but a guide in determining whether a case has been fully administered, and not all factors need to be present before the case is closed. *In re Mold Makers, Inc.*, 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990); *see also In re*

3

*Kliegel Bros. Universal Elec. Stage Lighting Co., Inc.*, 238 B.R. 531, 542 (Bankr. E.D.N.Y. 1999) (recognizing that bankruptcy courts weigh factors contained in the Advisory Committee Note when deciding whether to close a case); *In re Jay Bee Enters., Inc.*, 207 B.R. 536, 538 (Bankr. E.D. Ky 1997) (same); *Walnut Assocs. v. Saidel*, 164 B.R. 487, 493 (E.D. Pa. 1994) ("[A]ll of the factors in the Committee Note need not be present before the Court will enter a final decree).

11. The factors set forth in the Advisory Committee Note weigh in favor of an entry of Final Decree. First, the Court has entered the Confirmation Order confirming the Plan which is final and non-appealable.

12. Second, the Creditor Trustee has made all Plan payments that he is able to make. Specifically, in accordance with Local Rule 3022-1, the status of payments to each class under the Plan is as follows:

| **Class** | **Status** |
| --- | --- |
| Class 1 (Allowed Administrative Claims) | Paid in full or disallowed by Court |
| Class 2 (Allowed Priority Tax Claims) | Creditor Trustee not aware of any amounts still owing |
| Class 3 (Allowed Priority Claims) | Will receive no distribution |
| Class 4 (Allowed Secured Claims) | All claims were disallowed by Court |
| Class 5 (Allowed General Unsecured Claims) | Will receive no distribution |
| Class 6 (Equity Securities) | Will receive no distribution |

13. Third, the Plan was a liquidating plan and the Plan did not contemplate that the Debtor's business would be continuing.

14. Finally, all motions, contested matters, and adversary proceedings have been resolved.

15. Accordingly, the Creditor Trustee submits that Court should enter a Final Decree closing this chapter 11 case because the Debtor's estate has been administered and the Plan has been substantially consummated.

4

## **NOTICE**

16. In accordance with Local Rule 3022-1, the Creditor Trustee shall give notice of this Motion to the United States Trustee and all creditors.

**WHEREFORE**, the Creditor Trustee requests the entry of an order: entering a Final Decree and closing this chapter 11 case, and granting such other and further relief as is just and to which the Trustee may be entitled under the circumstances.

Dated: March 14, 2018

    **CHARLES GRABER, JR., NOT IN HIS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE GLUTH BROS. CONSTRUCTION, INC. CREDITOR TRUST**

    By:  /s/ Shira R. Isenberg
         One of Their Attorneys
         John T. Shapiro (No. 6207791)
         Shira R. Isenberg (No. 6279718)
         FREEBORN & PETERS LLP
         311 South Wacker Drive, Ste. 3000
         Chicago, Illinois 60606-6677
         Telephone:  312.360.6000
         Facsimile:   312.360.6995