**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GLUTH BROS. CONSTRUCTION, INC., | ) |
| | ) Case No. 07 B 71375 |
| Debtor. | ) |
| | ) Hon. Thomas M. Lynch |
| | ) |
| | ) Hearing: April 4, 2018, at 10:30 a.m. |
| | ) |

## AMENDED NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Wednesday, April 4, 2018, at 10:30 a.m., the undersigned shall appear before the Honorable Thomas C. Lynch in Courtroom 3100, or whomever may be sitting in his place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Western Division, 327 South Court Street, Rockford, Illinois 61101, and then and there present the attached *Motion for Final Decree Pursuant to Section 350(a) and Bankruptcy Rule 3022* a copy of which was previously served upon you.

Dated:  March 20, 2018               **CHARLES GRABER, JR., NOT IN HIS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE GLUTH BROS. CONSTRUCTION, INC. CREDITOR TRUST**

                                       By:    /s/ Shira R. Isenberg
                                                One of His Attorneys
                                                John T. Shapiro (No. 6207791)
                                                Shira R. Isenberg (No. 6279718)
                                                FREEBORN & PETERS LLP
                                                311 South Wacker Drive, Ste. 3000
                                                Chicago, Illinois 60606-6677
                                                Telephone:  312.360.6000
                                                Facsimile:  312.360.6995

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GLUTH BROS. CONSTRUCTION, INC., | ) |
| | ) Case No. 07 B 71375 |
| Debtor. | ) |
| | ) Hon. Thomas M. Lynch |
| | ) |
| | ) Hearing: April 4, 2018, at 10:30 a.m. |
| | ) |

**CERTIFICATE OF SERVICE**

I, Shira R. Isenberg, an attorney, hereby certify that on March 20, 2018, I caused a true and correct copy of the foregoing *Amended Notice of Motion* to be filed with the Court and served upon the following parties by the manner listed.

/s/ Shira R. Isenberg

**Service List**

**ECF Service List**

| | |
|---|---|
| John M Brom | jbrom@querrey.com |
| Jeffrey Chang | jchang@changlawpllc.com |
| John Collen | jcollen@salawus.com |
| Patrick G. Donnelly | pdonnelly@dlhlawoffices.com |
| Jennifer L. Dunitz-Geiringer | jdunitz.geiringer@baumsigman.com |
| Thomas R. Fawkes | tomf@restructuringshop.com |
| Jeffrey L. Gansberg | jgansberg@muchshelist.com |
| Raymond R Geimer | kissnryan@aol.com |
| Peggy D. Gerkin | jpm@fgmlaw.com |
| Josiah A Groff | JGroff@laboradvocates.com |
| Elizabeth M Groncki | bgroncki@yahoo.com |
| William S Hackney | whackney@salawus.com |
| Aaron L. Hammer | ahammer@sugarfgh.com |
| Brian J Jackiw | brianj@restructuringshop.com |
| Richard N. Kessler | rkessler@mcdonaldhopkins.com |
| LaKisha M Kinsey-Sallis | lkinsey@dbb-law.com |
| Bradley T Koch | bkoch@holmstromlaw.com |
| Christina K Krivanek | christinak@chilpwf.com |
| Elizabeth A LaRose | elarose@local150.org |
| Thomas E. Laughlin | tloff@aol.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |
| G. Alexander McTavish | amctavish@fmcolaw.com |

| | |
|---|---|
| W. Erin Morris-Campbell | wmorris@morriscampbell.com |
| Anthony J Morrone | amorrone@cozen.com |
| Kevin H Morse | kevin.morse@saul.com |
| William S. Piper | wpiper@rmp-llc.com |
| Mark L Radtke | mradtke@shawfishman.com |
| Michele M. Reynolds | efile@dbb-law.com |
| Kenneth F. Ritz | kenritz@aol.com |
| Jason H Rock | jrock@bslbv.com |
| Elizabeth Rowe | erowe@laboradvocates.com |
| Thomas P. Sandquist | tsandquist@wilmac.com |
| Eileen M Sethna | esethna@chuhak.com |
| James E Stevens | jimstevens@bslbv.com |
| Peter G Swan | peter@esb-law.com |
| Kathryn C Thomas | kthomas@freebornpeters.com |
| Gary M. Vanek | gvanek@sbfklaw.com |
| Patrick T. Wallace | wallace.patrick@gmail.com |
| Thomas P. Walz | thomas.p.walz@usdoj.gov |
| Raphael E Yalden | raphaeleyaldenii@msn.com |