UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )  BK No.:  07-71375
GLUTH BROS CONSTRUCTION, INC., )
)  Chapter:  11
)  Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR FINAL DECREE
## PURSUANT TO SECTION 350(a) AND BANKRUPTCY RULE 3022

Upon consideration of the motion (the "Motion") of Charles Graber, Jr., not in his individual capacity but solely as trustee (the "Creditor Trustee") of the Gluth Bros. Construction, Inc. Creditor Trust (the "Creditor Trust"), for entry of an order of final decree closing this chapter 11 bankruptcy case pursuant to 11 U.S.C. § 350(a) and Bankruptcy Rule 3022; due and proper notice of this Motion having been given, and after due deliberation and sufficient cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The case is hereby closed.

Enter:  *Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  April 04, 2018

**Prepared by:**

Shira R. Isenberg
Freeborn & Peters LLP
311 S. Wacker Dr., Ste 3000
Chicago, IL 60606